UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute,
Center for Biological Diversity, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), The
Humane Society of the United States,
Indigenous Environmental Network,
Klamath Forest Alliance, Minnesota Wolf
Alliance, RESTORE: The North Woods,
and the Wildlands Project,

                Plaintiffs,

vs.

Gale Norton, Secretary of the Interior,
United States Department of the Interior,
Matthew J. Hogan, Acting Director of the
United States Fish and Wildlife Service, and
United States Fish and Wildlife Service,

                Defendants.

Case No. _____

**MOTION FOR ADMISSION PRO HAC VICE OF BRIAN B. O'NEILL,
RICHARD A. DUNCAN, ELIZABETH H. SCHMIESING,
COLETTE B. ROUTEL AND SANNE H. KNUDSEN
AND MOTION FOR RELIEF FROM LOCAL RULE 83.2 (c)**

Jason C. Rylander, of Defenders of Wildlife, being an active member of the bar of this Court, hereby moves for an order admitting Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, Colette B. Routel and Sanne H. Knudsen to the bar of this Court, to participate as counsel pro hac vice in the above-captioned case. Mr. O'Neill (Minn. License #82521), Mr. Duncan (Minn. License #192983), Ms. Schmiesing (Minn. License #229258),

Ms. Routel (Minn. License #313336), and Ms. Knudsen (MN License #0344552) are members in good standing of the bar of the Supreme Court of Minnesota. Submissions, in the form of affidavits, providing all of the information required under Local Rule 83.2(d) are submitted herewith.

Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen will not participate before this Court unless associated with the undersigned active resident member of the bar of this Court. Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen will each promptly comply with all orders of this Court and consent to the exercise of disciplinary jurisdiction by this Court. Pursuant to Local Rule 83.2(d), the undersigned requests permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen to participate in court proceedings in this case.

In addition, the undersigned requests permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen to sign pleadings in this case, provided that the undersigned will approve the pleadings prior to signing. Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen are actively involved in the case and have ready access to the technology required by the Court's Electronic Case Filing System. Relief from Local Rule 83.2(c) will greatly improve plaintiff counsel's ability to comply with the Court's order that all pleadings be filed electronically.

WHEREFORE, the undersigned respectfully requests that Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen be admitted to the bar of this Court for the duration of this case, and that they be granted permission to appear and sign pleadings.

Dated: August 4, 2005

Respectfully submitted,

*/s/ Jason C. Rylander*
Jason C. Rylander, DC # 474995
**DEFENDERS OF WILDLIFE**
National Headquarters
1130 17th Street, N.W.,
Washington, DC 20036

Brian B. O'Neill, MN # 82521
Richard A. Duncan, MN # 192983
Elizabeth H. Schmiesing, MN #229258
Colette B. Routel, MN #313336
Sanne H. Knudsen, MN #0344552
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiff Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project

M1:1224995.03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,

                Plaintiffs,

vs.

Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,

                Defendants.

Case No. _____

### DECLARATION OF BRIAN B. O'NEILL
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

BRIAN B. O'NEILL, hereby declares:

    1. I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

    2. I am a member of the bar in good standing of the Supreme Court of Minnesota.

    3. My Minnesota Bar License number is 82521.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

> State: Minnesota, Michigan
> Federal:
> U.S. Supreme Court
> U.S. Claims Court
> U.S. Court of Appeals, 6th Circuit
> U.S. Court of Appeals, 7th Circuit
> U.S. Court of Appeals, 8th Circuit
> U.S. Court of Appeals, 9th Circuit
> U.S. Court of Appeals, 10th Circuit
> U.S. Court of Appeals, Federal Circuit
> U.S. Court of Military Appeals
> U.S. Court of Military Review
> U.S. District Court, District of Minnesota
> U.S. District Court, District of Alaska

9. I have been admitted pro hac vice one time in this Court in the past two years in the case of The Wilderness Society v. Norton, Case No. 1:03-cv-64, filed on January 23, 2003.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 28th day of July, 2005.

_Brian B. O'Neill_
Brian B. O'Neill

M1:1225128.04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>              Plaintiffs,<br><br>vs.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>              Defendants. | Case No. _____ |

---

### DECLARATION OF RICHARD A. DUNCAN
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

RICHARD A. DUNCAN, hereby declares:

1. I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

2. I am a member of the bar in good standing of the Supreme Court of Minnesota.

3. My Minnesota Bar License number is 192983.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

>State: Minnesota
>Federal:
>U.S. Supreme Court
>U.S. Court of Appeals, 8th Circuit
>U.S. Court of Appeals, 9th Circuit
>U.S. Court of Appeals, 10th Circuit
>U.S. Court of Appeals, 11th Circuit
>U.S. Court of Appeals, Federal Circuit
>U.S. Court of Appeals, District of Columbia Circuit
>U.S. District Court, District of Minnesota

9. I have been admitted pro hac vice one time in this Court in the past two years in the case of The Wilderness Society v. Norton, Case No. 1:03-cv-64, filed on January 23, 2003.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2005.

*Richard A. Duncan*
Richard A. Duncan

M1:1225128.04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>    Plaintiffs,<br><br>vs.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>    Defendants. | Case No. _____ |

DECLARATION OF ELIZABETH H. SCHMIESING
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

ELIZABETH H. SCHMIESING, hereby declares:

  1. I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

  2. I am a member of the bar in good standing of the Supreme Court of Minnesota.

  3. My Minnesota Bar License number is 229258.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

> State: Minnesota
> Federal:
> U.S. Supreme Court
> U.S. Court of Appeals, 6th Circuit
> U.S. Court of Appeals, 8th Circuit
> U.S. Court of Appeals, 10th Circuit
> U.S. District Court, District of Connecticut
> U.S. District Court, Western District of Michigan

9. I have not been admitted pro hac vice to this Court in the past two years.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2005.

*Elizabeth H. Schmiesing*
Elizabeth H. Schmiesing

M1:1225128.04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>     Plaintiffs,<br><br>vs.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>     Defendants. | Case No. _____ |

### DECLARATION OF SANNE H. KNUDSEN
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

SANNE KNUDSEN, hereby declares:

  1.  I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

  2.  I am a member of the bar in good standing of the Supreme Court of Minnesota.

  3.  My Minnesota Bar License number is 0344552.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

   State: Minnesota, Illinois
   Federal:
   U.S. Court of Appeals, 6th Circuit
   U.S. Court of Appeals, 8th Circuit
   U.S. District Court, Northern District of Illinois

9. I have not been admitted pro hac vice to this Court in the past two years.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2005.

*Sanne H. Knudsen*
Sanne H. Knudsen

M1:1225128.04

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>　　　　　　Defendants. | Case No. _____ |

### DECLARATION OF COLETTE B. ROUTEL
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Colette B. Routel, hereby declares:

　　　1.　　I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

　　　2.　　I am a member of the bar in good standing of the Supreme Court of Minnesota.

3. My Minnesota Bar License number is 313336.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

State: Minnesota
Federal:
U.S. Court of Appeals, 8th Circuit
U.S. Court of Appeals, Federal Circuit
U.S. District Court, District of Minnesota

9. I have not been admitted pro hac vice to this Court in the past two years.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2005.

*Colette B. Routel*
Colette B. Routel

M1:1225128.04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute,
Center for Biological Diversity, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), The
Humane Society of the United States,
Indigenous Environmental Network,
Klamath Forest Alliance, Minnesota Wolf
Alliance, RESTORE: The North Woods,
and the Wildlands Project,

                Plaintiffs,

vs.

Gale Norton, Secretary of the Interior,
United States Department of the Interior,
Matthew J. Hogan, Acting Director of the
United States Fish and Wildlife Service, and
United States Fish and Wildlife Service,

                Defendants.

Case No. 1:05cv01573

---

**PROPOSED ORDER GRANTING THE MOTION FOR ADMISSION PRO HAC VICE OF BRIAN B. O'NEILL, RICHARD A. DUNCAN, ELIZABETH H. SCHMIESING, COLETTE B. ROUTEL AND SANNE H. KNUDSEN**

This matter is before the Court upon a Motion of Jason C. Rylander, an active member of the bar of this Court, to admit Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, Colette B. Routel and Sanne H. Knudsen to the bar of this Court, to participate as counsel pro hac vice in the above-captioned case.

-2-

For good cause shown, it is hereby ORDERED that the Court admit Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, Colette B. Routel and Sanne H. Knudsen to the bar of this Court, to participate as counsel pro hac vice in the above-captioned case.

It is SO ORDERED.

Dated:_____

_____
Ellen Segal Huvelle
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute,
Center for Biological Diversity, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), The
Humane Society of the United States,
Indigenous Environmental Network,
Klamath Forest Alliance, Minnesota Wolf
Alliance, RESTORE: The North Woods,
and the Wildlands Project,

          Plaintiffs,

vs.

Gale Norton, Secretary of the Interior,
United States Department of the Interior,
Matthew J. Hogan, Acting Director of the
United States Fish and Wildlife Service, and
United States Fish and Wildlife Service,

          Defendants.

Case No. 1:05cv01573

**PROPOSED ORDER GRANTING THE MOTION FOR RELIEF FROM LOCAL RULE 83.2 (c)**

This matter is before the Court upon a Motion of Jason C. Rylander, an active member of the bar of this Court, to grant pro hac vice attorneys Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, Colette B. Routel and Sanne H. Knudsen relief from Local Rule 83.2(c), to give permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen to sign pleadings in this case, provided that the attorney of record will approve the pleadings prior to signing.

-2-

For good cause shown, it is hereby ORDERED that the Court grant relief from Local Rule 83.2(c) and grant permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, Ms. Routel and Ms. Knudsen to sign pleadings in this case, provided that the attorney of record will approve the pleadings prior to signing.

It is SO ORDERED.

Dated:_____                    _____
                                                  Ellen Segal Huvelle
                                                  United States District Judge