UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>      Plaintiffs,<br><br>v.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>      Defendants. | Civ. File No: 1:05CV-01573 |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served the complaint on August 8, 2005.

2. The United States Attorney General was served the complaint on August 8, 2005.

3. The Gale A. Norton, Secretary of the Department of the Interior was served the complaint on August 9, 2005.

4. The Department of the Interior was served the complaint on August 9, 2005.

5. Matthew J. Hogan, Acting Director of the U.S. Fish and Wildlife Service was served the complaint on August 8, 2005.

6. The U.S. Fish and Wildlife Service was served the complaint on August 8, 2005.

Attached to this affidavit are copies of the original certified mail receipts documenting completed service of the complaint. I retain the original receipts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 16th day of August, 2005.

_____

Jason C. Rylander  D.C. # 474995
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 682-9400

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   501 3rd Street, NW, 4th Floor
   Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X S. Robinson    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   8/8/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0005 2953 5574

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ernest Hall    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   AUG 0 8 2005
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gale A. Norton
   Secretary of the Interior
   1849 C Street, NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Maybee    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Maybee    8/9/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew J. Hogan
Acting Director,
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): NASH
C. Date of Delivery: 8/8/05

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): NASH
C. Date of Delivery: 8/8/05

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0005 2953 5550

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Maybee
C. Date of Delivery: 8/9/05

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540