<strong>UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA</strong>

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>       Plaintiffs,<br><br>v.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>       Defendants. | **Civ. File No: 1:05CV-01573-ESH** |

<strong>AFFIDAVIT OF SANNE H. KNUDSEN</strong>

State of Minnesota   )
                     ) ss.
County of Hennepin  )

Sanne H. Knudsen, being duly sworn states:

1.   I am an attorney at Faegre & Benson LLP, and I am one of the attorneys representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Biological Opinion for Issuance of Section 10(a)(1)(A) Permit to the Michigan Department of Natural Resources, dated April 14, 2005.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Biological Opinion for Issuance of Section 10(a)(1)(A) Permit to the Wisconsin Department of Natural Resources, dated March 25, 2005.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Memorandum dated March 17, 2005, from Ron Refsnider, Region 3 Listing Coordinator & Wolf Recovery Coordinator, to TJ Miller, Region 3 Endangered Species Program Manager.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Memorandum dated April 14, 2005, from Ron Refsnider, Region 3 Listing Coordinator & Wolf Recovery Coordinator, to TJ Miller, Region 3 Endangered Species Program Manager.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Authorization to Use Region 3 Endangered and Threatened Species Permit to Carry Out the Following Activities Within the State(s) of Wisconsin, issued April 1, 2005.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Authorization to Use Region 3 Endangered and Threatened Species Permit to Carry Out the Following Activities Within the State(s) of Michigan, issued April 19, 2005

8. Attached hereto as **Exhibit G** is a true and correct copy of <u>The Fund for Animals, Inc. v. Turner</u>, C. A. No. 91-2201, 1991 U.S. Dist. LEXIS 13426 (D.D.C. Sept. 27, 1991).

*[signature]*

Subscribed and sworn to before me
this 24th day of August, 2005.

*[signature]*
Notary Public
Minnesota
My Commission Expires January 31, 2010

*[Notary seal: MEGAN T. MALIK, Notary Public, Minnesota, My Commission Expires January 31, 2010]*

M1:1227153.03