

**United States Department of the Interior**

FISH AND WILDLIFE SERVICE
East Lansing Field Office (ES)
2651 Coolidge Road, Suite 101
East Lansing, Michigan 48823-6316

IN REPLY REFER TO:

April 14, 2005

Memorandum

To:        Assistant Regional Director, Ecological Services

From:      Field Supervisor, East Lansing Field Office, Michigan

Subject:   **Biological Opinion** (Log No. 05-R3-ELFO-04)
           Section 7 Consultation on Issuance of sub-permit under Section
           10(a)(1)(A) to Michigan Department of Natural Resources' for Gray Wolf
           Depredation Control Activities

Pursuant to section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.) (ESA), this biological opinion addresses the U.S. Fish & Wildlife Service's (Service) issuance of an Endangered Species Act section 10(a)(1)(A) sub-permit to Michigan Department of Natural Resources (MDNR) that would allow intentional take of gray wolves for conservation purposes. Specifically, the MDNR plans to lethally take gray wolves that have depredated livestock or other domestic animals. Since issuing a section 10(a)(1)(A) permit represents a Federal action, the Service must, pursuant to section 7 of the Act, ensure that issuance of the permit will not jeopardize the gray wolf. This biological opinion documents the Service's compliance with the section 7(a)(2) mandate and provides a take exemption for any incidental take which may occur.

For reasons discussed below, it is our biological opinion that issuance of a section 10(a)(1)(A) sub-permit for MDNR's Wolf Depredation Program is not likely to jeopardize the continued existence of gray wolves, nor any other listed species. Our biological opinion specifically analyzed the impact of removing up to 11% (10% intentional take, 1% incidental take) of Michigan's gray wolf population annually. Incidental take is based on the annual MDNR population estimate, so the actual number of wolves expected to be incidentally taken can be adjusted upon determination of each annual population estimate, if this sub-permit is renewed in subsequent years. The preliminary MDNR winter 2004-2005 estimate is 406 wolves in Michigan and this equates to the incidental take of up to 4 adult wolves annually.

Critical habitat has been designated for gray wolves on Isle Royale in Michigan. As planned wolf depredation abatement activities will not occur on Isle Royale, critical habitat will not be affected.

**Exhibit A-1**

**Consultation History**

*February 24, 2005* - The MDNR requested an Endangered Species Act section 10(a)(1)(A) permit to enhance the survival of the wolf population in Michigan. Specifically they sought the authority to use harassment and lethal control to abate wolf-related threats to human safety and domestic animals. They also sought authority to designate federal and tribal organizations as State agents to carry out these activities.

*March 23, 2005* - The MDNR sent an electronic message to the Service providing an updated permit application.

*March 23, 2005* – The MDNR and Service discussed the 10(a)(1)(A) permit application. As an outcome of this discussion, injurious and non-injurious harassment were removed from the proposed project. The MDNR does not need a permit to conduct non-injurious harassment (use of scare devices, cracker shells, and guard dogs) as the Service has stated that these activities should not rise to the level of take and are already authorized to the State under 50 CFR 17.21(c)(5). The Service decided to remove injurious harassment (use of bean bag projectiles and rubber bullets) from the proposed action since this was not covered under the 4(d) rule and might involve additional incidental take, which is not covered by 50 CFR 17.21(c)(5) and would require additional evaluation.

*March 30, 2005* – Telephone conversations occurred between staff of the Service's U.P. Ecological Services Sub-Office and the MDNR from which additional information on specific control methods and an estimate of anticipated incidental take were received.

**Exhibit A-2**

Biological Opinion
Log No. 05-R3-ELFO-04

## 1) DESCRIPTION OF THE PROPOSED ACTION

As defined in 50 CFR 402.02, "action" means all activities or programs, of any kind, authorized, funded, or carried out, in whole or in part, by Federal agencies in the United States or upon the high seas. The "action area" is defined as all areas directly or indirectly affected by the effects of the actions (including the proposed action and any interrelated or interdependent actions) and not merely the immediate area involved in the action. The direct and indirect effects of the actions must be considered in conjunction with the effects of other past and present federal, state, or private activities, as well as cumulative effects of reasonably certain future State or private activities within the action area in determining whether a proposed action will jeopardize the continued existence of a listed species.

Issuance of a 10(a)(1)(A) sub-permit to the Michigan Department of Natural Resources (MDNR) allowing the use of lethal control methods within the Wolf Damage Management Program (Program) is the proposed action considered in this Biological Opinion (Opinion). This Opinion considers only those species that may be affected by the proposed action. We have determined that the proposed action may affect, but is <u>not likely to adversely affect</u> the bald eagle (*Haliaeetus leucocephalus*) and Canada lynx (*Lynx canadensis*), and is <u>likely to adversely affect</u> the gray wolf (*Canis lupus*).

### a) Action Area

The Program will be conducted where wolves are present in Michigan. Currently, wolves are found throughout the Upper Peninsula (U.P.) of Michigan. The U.P. encompasses approximately 10.1 million acres (2.5 million hectares), divided into fifteen counties: Alger, Baraga, Chippewa, Delta, Dickinson, Gogebic, Houghton, Iron, Keweenaw, Luce, Mackinac, Marquette, Menominee, Ontonagon, and Schoolcraft. Wolf damage management activities will not be conducted on Isle Royale National Park in Keweenaw County.

In late fall 2004, a wolf was trapped and shot in Presque Isle County in the northern Lower Peninsula (L.P.) of Michigan. MDNR biologists have since observed and confirmed additional wolf tracks in Presque Isle County. These observations were the first documented evidence of wolves in the L.P. since the early 1900's. If wolves become established in the L.P., the proposed action area would expand to encompass the entire state.

Activities associated with the proposed project will largely occur on privately owned land. If verified wolf depredation occurs on private land adjacent to public land, however, project activities may occasionally occur on Federal (U.S. Forest Service or U.S. Fish & Wildlife Service), State, or county owned lands. When these circumstances arise, the MDNR or its designated agent will notify the land holding agency, and obtain

permission prior to initiating project activities. Lethal control on tribal lands will only occur upon the request from a tribe.

b) **Project Description**

i) <u>**Background**</u>

European colonists brought negative views of wolves to North America. These views were largely based on myth and folklore; however, wolf depredation of livestock posed a valid threat to early settlements (Fuller et al. 2003). These negative views and threats to livestock led to the nearly complete extirpation of wolves from the contiguous U.S. In the U.S. today, farmers and ranchers still hold the most negative view of wolves (Fuller et al. 2003). When wolves prey on livestock, some form of wolf control usually follows (Fuller et al. 2003). If the State or Federal government does not act, livestock owners likely will and their actions could lead to the indiscriminate killing of wolves (Fuller et al. 2003). Because of this, livestock depredation continues to be a major problem in wolf conservation.

With an increased wolf population, depredation of livestock and domestic animals has increased (USFWS 2003a). In Minnesota, the estimated wolf population increased by 15% from 1988 to 1993 and the number of wolves killed, as a result, increased by 223% (Paul 1994). In Michigan a similar trend has begun to emerge. Of the 66 wolf-caused livestock depredation events confirmed since 1996, 39 (59%) occurred within the past two years after the late winter wolf population surpassed 300 individuals (MDNR 2005).

With the increases in livestock and pet depredation comes the increased possibility of public backlash (Mech 1995). In Michigan, public support for wolf conservation appears to be eroding with 45% of radio-collared wolf mortality in 2004 attributed to poaching. Without the authority to remove problem wolves, public support will continue to decline and the frequency of poaching will likely increase. Selective removal of depredating wolves, as would occur under the proposed section 10(a)(1)(A) sub-permit, would help reduce poaching and ensure the persistence of the wolf population in Michigan.

States where the wolf is listed as an endangered species (all Midwest states except Minnesota) have limited options for controlling depredating wolves. Management options for depredating wolves are severely restricted by general prohibitions under the Endangered Species Act (Act). The Act and its implementing regulations (50 CFR 17.21) set forth a series of general prohibitions and exceptions that apply to all endangered wildlife. These prohibitions, in part, make it illegal to take (harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect; or to attempt any of these) any endangered wildlife species. The Code of Federal Regulations, 50 CFR 17.21(c)(5), provides states with the authority to take endangered wildlife if, among other conditions, the taking will not keep the animal in captivity for more than 45 days or result in the death or permanent disabling of the animal. Thus, depredating wolves in Michigan were dealt with by non-injurious hazing or by live-trapping and translocation. These

techniques are no longer sufficient or practical for management of depredating wolves in the current wolf population.

In April 2003 the Service published a final rule in the Federal Register which reclassified wolves from endangered to threatened within the Eastern Gray Wolf Distinct Population Segment (which included the State of Michigan), and a special rule was promulgated under section 4(d) of the Act (USFWS 2003a). Section 4(d) provides that whenever a species is listed as a threatened species, the Service shall issue regulations deemed necessary and advisable to provide for the conservation of the species. The 4(d) rule for the EDPS allowed States, tribes or their designated agents to "take" gray wolves in Michigan, along with other Midwestern States, under certain situations. Pursuant to the 4(d) rule, wolves would be taken for depredation control. MDNR, and their designated agents, controlled depredating wolves under the 4(d) rule from April 2003 until February 2005.

On January 31, 2005, a United States District Court in Oregon enjoined and vacated the Service's Final Reclassification Rule of April 2003. The ruling effectively returned wolves in Michigan to endangered status and cancelled the 4(d) rule. After learning of the court ruling, the Service advised MDNR that the 4(d) rule was no longer valid and advised MDNR to cease any lethal wolf control activities. The MDNR applied for a 10(a)(1)(A) permit, which is the subject of this consultation, to again obtain authority to lethally control depredating wolves. The MDNR's wolf depredation abatement program which would be conducted via a section 10(a)(1)(A) sub-permit is similar to the program which was initiated under the 4(d) rule.

### ii) **Proposed Action**

To manage and conserve wolves in Michigan the MDNR proposes to conduct lethal control of wolves involved in depredation of livestock or other domestic animals. Methods of lethal control to resolve wolf depredation on livestock and domestic animals will include leg-hold traps and euthanasia, snares and euthanasia, and shooting. Wolves will be killed by shooting or lethal injection. Tranquilizer/transmitter darts may also be used to facilitate removal of wolves in urban areas (Brian Roell, MDNR, pers. comm. March 2005). Lethal control could also include day or night-time shooting or use of other humane euthanasia techniques.

The MDNR also has requested the authority to designate other federal agencies and tribal governments as State agents authorized to conduct lethal control activities. Agents of the State must receive wolf training similar to MDNR depredation control trappers and they must adhere to all Conservation Measures listed below.

### iii) **Conservation Measures**

Implementation of the below conservation measures could reduce impacts to the gray wolf population in the U.P. These conservation measures will be incorporated in the

10(a)(1)(A) permit and are considered part of the proposed action. The conservation measures are considered in the analysis of effects section.

(1) Wolf depredation on lawfully present domestic animals must be verified by appropriately trained personnel.
 (a) If a verified depredation has not occurred in the current calendar year, lethal control shall only proceed when all of the following conditions are met:
  (i) Verified depredation occurred at the site or in the immediate vicinity during the previous year;
  (ii) There is strong evidence one or more members of the depredating pack has remained in the area since the verified depredation;
  (iii) Based on wolf behavior and other factors, the depredation is likely to be repeated; and
  (iv) Trapping is conducted in a location and in a manner to minimize the likelihood a wolf or wolves from a non-depredating pack is captured
(2) Depredation control activities must occur within 1 mile of the depredation site.
(3) Taking, wolf handling, and euthanizing must be carried out in a humane manner, and may include use of steel leghold traps, snares, shooting, and lethal injection.
(4) Traps and snares must be checked at least every 24 hours.
(5) Young-of-year wolves trapped before August 1 must be released.
(6) Lactating females trapped before July 1 must be released near the point of capture unless they have been involved with chronic depredation problems; in this case, lactating females may be captured and euthanized.
(7) Lethal control efforts may not be implemented at livestock operations or on other private lands that fail to follow technical assistance guidelines in a timely manner.
(8) Lethal control may not be used when wolves kill dogs that are free-roaming, hunting, or training on public lands.

**Species Not Likely To Be Adversely Affected By the Proposed Action**

   **Bald Eagle**

Bald eagles nest in every county of the U.P. and many counties of the L.P. Bald eagles could potentially be captured in foot snares and leghold traps which will be utilized as part of the Program. This effect, however, is expected to be discountable as traps will be set with pan tension devices which are intended to reduce or eliminate the possibility of capturing non-target birds and animals, including bald eagle (Turkowski et al. 1984, Phillips and Grover 1996). Furthermore, as part of on-going USDA Wildlife Services'(WS) national wildlife management program, WS has utilized spring activated foot snares and no incidental capture of bald eagle has occurred in the history of their program (WS 2003).

We conclude that issuance of a 10(a)(1)(A) sub-permit for wolf depredation control is "not likely to adversely affect" the bald eagle.

**Canada Lynx**

In November 2003, a lynx was trapped in Mackinac County in the eastern portion of the U.P. Scat and hair samples from the animal were tested and provided verification that the individual was a wild Canada lynx. Over the last several years two other reports of lynx observations (tracks only) have been made (Don Lonsway, Wildlife Services, pers. comm.). Unfortunately, these observations could not be verified with DNA testing. The historic data and recently verified lynx trapped in the U.P. suggests that lynx may be present throughout the U.P., within suitable habitat. However, we estimate that lynx, if actually present, are likely to be present in extremely low numbers. There are no data to suggest that a resident breeding population exists at this time.

The use of leg-hold traps, neck snares, foot snares, or shooting as associated with the Program could occur in potential lynx habitat. Lynx have been captured incidentally in leg-hold traps which were set to capture other mammal species (USFWS 2001). Therefore, there is some risk of incidental capture of lynx from MDNR's use of leg-hold traps for wolf depredation control purposes. However, based on WS program's history of no non-target lynx captures in the eastern U.S. (WS 2004), the risk is extremely low. In the unlikely event that lynx are trapped, the requirement for trap checks to occur no less frequently that every 24 hours will reduce the likelihood of serious injury; any accidentally-trapped individuals will be released in healthy condition.

Other trapping or lethal control techniques used as part of the wolf depredation control program, foot snares, and shooting or darting, should also have no or very limited risk of incidental impacts to lynx. If foot snares are used in lynx habitat, incidental take could potentially occur, but is highly unlikely; injuries will be minimized by the trap check frequency. A ten year (fiscal year 1989 to 1998) review of WS program data indicates that WS' use of snares set for wolves failed to capture any non-target lynx (WS 2004.) Shooting or darting would have no effect on lynx because positive identification of target species would be made before animals are shot. Therefore, the incidental capture or injury of lynx is discountable.

We conclude that issuance of a 10(a)(1)(A) sub-permit for wolf depredation control is "not likely to adversely affect" the Canada lynx.

**Species Likely To Be Adversely Affected By the Proposed Action**

We determined that the proposed action considered in this Opinion is "likely to adversely affect" the gray wolf. The remainder of this Opinion addresses whether the proposed action, including any interrelated or interdependent actions, is likely or not likely to jeopardize the continued existence of the gray wolf.

**Gray Wolf**

## 2. STATUS OF THE SPECIES AND CRITICAL HABITAT

This section presents the relevant biological and ecological information. The purpose is to provide the appropriate information on the species' life history, habitat, and range-wide distribution and conservation status for analyses in later sections. This section also documents the effects of all past human and natural activities or events that led to the current status of the species.

### A. Species Description and Life History

Gray wolves are the largest wild members of the Canidae, or dog family, with adults ranging from 18 to 80 kilograms (kg) depending upon sex and subspecies (Mech 1974). Wolves' fur color is frequently a grizzled gray but it can vary from pure white to coal black. Wolves may appear similar to coyotes (*Canis latrans*) and some domestic dog breeds (such as the German shepherd or Siberian husky) (*C. familiaris*). However, wolves' longer legs, larger feet, wider head and snout, and straight tail distinguish them from both coyotes and dogs (USFWS 2003a).

Wolves primarily are predators of medium and large mammals. Wild prey species in North America include animals such as white-tailed deer (*Odocoileus virginianus*), moose (*Alces alces*), and elk (*Cervus canadensis*). Small mammals, such as snowshoe hare (*Lepus americanus*) and beaver (*Castor canadensis*), birds, and large invertebrates are sometimes taken. In the Midwest, during the last 22 years, wolves have also killed domestic animals including cattle, sheep, goats, dogs, and cats (USFWS 2003a).

Wolves are social animals, normally living in packs of 2 to 12 wolves. Packs are primarily family groups consisting of a breeding pair, their pups from the current year, offspring from the previous year, and occasionally an unrelated wolf. Packs typically occupy and defend from other packs and individual wolves, a territory of 50 to 550 square kilometers. Within the pack a single litter is produced annually, generally with only the top-ranking (alpha) male and female in each pack breeding. Litter sizes range between 1 to 11 pups, but generally include 4 to 6 pups (USFWS 2003a).

Once thought to need wilderness areas to survive, research, as well as the expansion of wolf range over the last two decades, has shown that wolves can successfully occupy a wide range of habitats, and they are not dependent on wilderness areas for their survival. Wolves tend to more readily occupy heavily forested areas and landscapes with low road densities (Mladenoff et al. 1995). Mech (1995) believes that inadequate prey density and a high level of human persecution are the main factors that limit wolf distribution.

The historical decline and near extirpation of wolves from the lower 48 states was caused by intensive control programs including bounties and widespread poisoning, intended to

eliminate wolves. This large scale extirpation effort was driven by negative views of wolves due to folklore and livestock depredation.

### B. Range-wide Status and Distribution of the Species

The proposed project will occur within the range of the eastern timber wolf (*Canis lupus lycaon*), and this discussion is focused only on that gray wolf population. The eastern timber wolf was listed as an endangered species in Michigan and Minnesota in 1974. At that time, a few wolves occurred in Michigan at Isle Royale National Park. Wisconsin had scattered reports of individual wolves and occasional reports of wolf pairs (USFWS 2003A). At the time of listing, Minnesota was the stronghold for the eastern timber wolf with several hundred wolves occurring in the northern portions of that State.

#### i. Recovery Progress

Currently, eastern timber wolves are commonly found in Minnesota and number in the hundreds in northern Wisconsin and the U.P. of Michigan. In Minnesota, the wolf has been listed as a threatened species since 1978 and a wolf depredation control program, similar to the one described for Michigan in this BO, has been conducted since 1978.

The federal numerical recovery goals, as set out in the Eastern Timber Wolf Recovery Plan (Plan, USFWS 1992), have been met. Recovery criteria in the Plan require that at least two viable wolf populations must exist within the eastern United States. Furthermore, these two populations must satisfy the following conditions. First, the survival of the wolf in Minnesota must be stable or growing, and its continued survival must be assured. Second, another population must be reestablished outside of Minnesota and Isle Royale. The Plan provides two alternatives for reestablishing this second viable wolf population. If the population is beyond 100 miles from Minnesota population, it must contain 200 wolves for at least 5 consecutive years (USFWS 2003a). If the population is within 100 miles of the Minnesota population, it must contain at least 100 wolves for at least 5 consecutive years (USFWS 2003a).

#### Minnesota

In Minnesota, the wolf population size is not surveyed or estimated annually, however in 2004 Minnesota Department of Natural Resources (MNDNR) estimated the wolf population had reached approximately 3,020 individuals. The previous estimate (for the winter of 1997-98) estimated a Minnesota wolf population of 2445 wolves. Biologists generally accept that the Minnesota wolf population has increased and will continue to increase (Mech 1998, Paul 2000).

While the Plan identifies no numerical recovery criterion for Minnesota, the Plan does identify State subgoals for use by land managers and planners. For Minnesota, the Plan's subgoal is 1,251 to 1,400 wolves. The Minnesota wolf population currently is estimated to be more than double that numerical goal.

**Exhibit A-9**

A wolf depredation control program, similar to the one described for Michigan in this BO, has been conducted in Minnesota since 1978 when wolves were reclassified as threatened and a 4(d) regulation was promulgated. After 25 years of lethal wolf control, the Minnesota wolf population continues to increase.

### Wisconsin and Michigan

In Wisconsin and Michigan, wolf populations also have increased substantially. Late winter wolf population estimates in Wisconsin from 1994 to 2004 are 57, 83, 99, 148, 178, 205, 248, 257, 327, 335, and 373 animals respectively (Figure 1). In Michigan, wolf population estimates from 1994 – 2005 are 57, 80, 116, 112, 140, 174, 216, 249, 278, 321, 360 and 406, respectively (Figure 1, Table 1, 2005 is a preliminary estimate). Wisconsin and Michigan combined contained approximately 733 wolves in 2004 (Figure 1, Table 1). Final results for the late winter count of 2004 - 2005 are not yet available, but are believed to be approximately 400 animals each in Wisconsin and Michigan (Adrian Wydeven, Wisconsin Department of Natural Resources, pers. comm. 2005; Brian Roelle, MDNR, pers. comm. April 2005). (All Michigan wolf estimates exclude wolves on Isle Royale.)

The annual percent change in the wolf population from 1994 – 2004 has ranged from +3.63% to +49.49% in Wisconsin and -3.45% to +80% (the 80% increase may be a reflection of increased sampling effort, not necessarily a true 80% population increase) in Michigan (Figure 2, Table 2). In Michigan and Wisconsin the combined average annual percent change from 1994 – 2004 was +21.28%. Over the last 5 years the 2-state combined average annual percent change has decreased to +14.75% but still shows a notable increasing population trend (Figure 2, Table 2). The preliminary Michigan wolf estimate of 406 for 2005 represents a 12.78% increase from 2004.

The second criterion for successful recovery of the eastern timber wolf is the formation of a second viable population, which is more than 100 miles away from Minnesota, of at least 200 wolves for 5 years. The Michigan/Wisconsin wolf population is more than 100 miles from Minnesota and recent surveys indicate more than 700 wolves in these two states. The 200 wolf second population size has been exceeded for nine consecutive years (Fig 1). Also, while no numerical individual state recovery criteria for Michigan and Wisconsin are listed in the Plan, State subgoals were incorporated. For Wisconsin and Michigan, the Plan's subgoals are 80 and 80 – 90 wolves, respectively (USFWS 1992). Current populations in both these States are more than triple these numerical subgoals.

### 3. ENVIRONMENTAL BASELINE

This section describes the species status and trend information within the <u>action area</u>. It also includes an analysis of past, present and future impacts from past and ongoing State, tribal, local, private actions or from such actions that will occur contemporaneously with the proposed action. The anticipated impacts from unrelated Federal actions that have

Figure 1. Wolf population estimates for Wisconsin, Michigan, and Wisconsin and Michigan combined (total) from 1973 - 2004.



Exhibit A-11

Table 1. Wolf population estimates for Wisconsin, Michigan, and Wisconsin and Michigan combined (Total) from 1980 - 2004. "Year" indicated is an estimate made during the winter ending that year; e.g., the 2004 row gives population data for the winter of 2003-2004. *Preliminary* winter 2004-2005 estimates for Wisconsin and Michigan are included.

| YEAR | WISCONSIN | MICHIGAN | TOTAL |
|---|---|---|---|
| 1980 | 25 | 0 | 25 |
| 1981 | 21 | 0 | 21 |
| 1982 | 27 | 0 | 27 |
| 1983 | 19 | 0 | 19 |
| 1984 | 17 | 0 | 17 |
| 1985 | 15 | 0 | 15 |
| 1986 | 16 | 0 | 16 |
| 1987 | 18 | 0 | 18 |
| 1988 | 28 | 0 | 28 |
| 1989 | 31 | 3 | 34 |
| 1990 | 34 | 10 | 44 |
| 1991 | 40 | 17 | 57 |
| 1992 | 45 | 21 | 66 |
| 1993 | 40 | 30 | 70 |
| 1994 | 54 | 57 | 111 |
| 1995 | 85 | 80 | 165 |
| 1996 | 102 | 116 | 218 |
| 1997 | 148 | 112 | 260 |
| 1998 | 180 | 140 | 320 |
| 1999 | 197 | 174 | 371 |
| 2000 | 248 | 216 | 464 |
| 2001 | 257 | 249 | 506 |
| 2002 | 327 | 278 | 598 |
| 2003 | 335 | 321 | 656 |
| 2004 | 373 | 360 | 733 |
| 2005 | *400* | *406* | *806* |

**Exhibit A-12**

Figure 2. Annual percent change of gray wolf population in Wisconsin, Michigan and Wisconsin and Michigan combined (Total) from 1981 – 2004.



**Exhibit A-13**

Table 2. Annual percent change of gray wolf population in Wisconsin, Michigan, and Wisconsin and Michigan combined (total) from 1981 - 2004. *Preliminary* 2005 Wisconsin and Michigan figures are included.

| YEAR | WISCONSIN | MICHIGAN | TOTAL |
|---|---|---|---|
| 1981 | -16% | - | -16% |
| 1982 | 28.57 | - | 28.57 |
| 1983 | -29.63 | - | -29.63 |
| 1984 | -10.53 | - | -10.53 |
| 1985 | -11.76 | - | -11.76 |
| 1986 | 6.67 | - | 6.67 |
| 1987 | 12.50 | - | 12.50 |
| 1988 | 55.56 | - | 55.56 |
| 1989 | 10.71 | - | 10.71 |
| 1990 | 9.68 | - | 9.68 |
| 1991 | 17.65 | 70.00 | 29.55 |
| 1992 | 12.5 | 23.53 | 15.79 |
| 1993 | -11.11 | 42.86 | 6.06 |
| 1994 | 42.50 | 80.00 | 58.57 |
| 1995 | 45.61 | 48.15 | 48.65 |
| 1996 | 19.28 | 45.00 | 32.12 |
| 1997 | 49.49 | -3.45 | 19.27 |
| 1998 | 20.27 | 25.00 | 23.08 |
| 1999 | 15.17 | 24.29 | 15.94 |
| 2000 | 20.98 | 24.14 | 25.07 |
| 2001 | 3.63 | 15.28 | 9.05 |
| 2002 | 27.24 | 11.65 | 18.18 |
| 2003 | 2.45 | 15.47 | 9.70 |
| 2004 | 11.34 | 12.15 | 11.74 |
| 2005 | *7.24* | *12.78* | *9.96* |

**Exhibit A-14**

completed formal or informal consultation are also included in the environmental baseline.

### A. Status of the Species within the Action Area

The Program's action area contains the entire gray wolf population in Michigan. Gray wolves are currently found in all counties of the U.P. Recent evidence suggests that wolves are also establishing in the northern L.P.; however, at this time a breeding population has not been confirmed. As previously stated under "Status and Distribution of the Species", the winter 2003-2004 wolf population in Michigan was estimated at 360 individuals (Figure 1, Table 1) and has grown on average about 15% annually over the last five years in Michigan (Figure 2, Table 2). Final results for the late winter count of 2005 are not yet available, but preliminary estimates indicates approximately 400 animals in each Wisconsin (Adrian Wydeven, Wisconsin Department of Natural Resources pers. comm. 2005) and Michigan (Brian Roelle, MDNR pers. comm. 2005). This suggests the Michigan and Wisconsin wolf population has increased by nearly 10% from last year.

### B. Factors Affecting the Species within the Action Area

Throughout the range of the wolf, generally three factors dominate wolf population dynamics: food, people, and source populations (Fuller et al. 2003). These factors are likely to play the primary role regulating the U.P.'s wolf population, as well.

#### i. Food

Prey density and vulnerability are important in determining what areas wolves inhabit and at what level. It appears that, over time, absent severe human persecution, wolf numbers are mainly limited only by food (Fuller et al. 2003). In establishing populations, as in the U.P., the wolf population is likely to grow until food is a limiting factor. As the U.P. population continues to grow by approximately 15% annually (Figure 2), it is unlikely that prey is a limiting factor for wolves in the U.P. at this time.

#### ii. People

The indirect or direct killing of wolves by humans also is important in determining the location and density of wolf populations (Fuller et al. 2003). Direct killing of wolves still occurs, however at much lower rates than was experienced in the past. In Wisconsin, there were 32 known wolves killed as a result of poaching from 2000 to 2003. In 2004, 10 of 21 radio-collared wolf mortalities in Michigan were due to poaching.

Wolf populations do not appear to be greatly affected by other human factors such as snowmobiles, vehicles, or logging activities, except when they result in accidental or intentional killing of wolves or changes to prey density (Fuller et al. 2003). If the wolf population is large enough, even when these factors have an adverse affect on individuals, these activities seem to have little effect the wolf population (Fuller et al. 2003). From 1992 – 2002, 31 wolves have been killed in Michigan as a result of vehicle