collisions (Dean Beyer, MDNR, unpublished information). These deaths seem to have little effect on the wolf population (Figure 1, Table 1).

### iii. Source Populations

Source populations are important in establishing new populations and maintaining populations that are heavily harvested or experience high mortality from other causes (Fuller et al. 2003). As the U.P. has had a resident wolf population for over 10 years and is not subject to heavy harvesting or other forms of excessive mortality, the importance of a source population is likely minimal at this time. However, it is important to note that the U.P. is not an isolated population. Immigration and emigration of wolves among the U.P., Wisconsin, Canada, and Minnesota occurs, and immigration is the probable basis for the re-establishment of the U.P. wolf population. Immigration may not have a significant annual effect on the U.P. wolf population but it likely contributes to the long-term sustainability of the population.

### iv. Other Factors

Natural mortality is a factor affecting the wolf population in the U.P. The two main sources of natural wolf mortality are starvation and intraspecific strife (Fuller et al. 2003). On Isle Royale, where no human-caused wolf deaths occur, annual mortality due to starvation and intraspecific strife averaged 32.5% from 1971 – 1995 (Peterson et al. 1998). Diseases, such as mange, also can affect wolf populations. From 2000 to 2004, WDNR documented that natural mortality resulting from mange is the cause of 26% of all radio-collared wolf deaths in Wisconsin (Table 3). MDNR collects similar mortality information, however, until recently all radio-collared wolves were vaccinated and therefore did not reflect the true level of disease mortality experienced by the larger population. In Michigan, natural mortality of wolves does not seem to be adversely impacting the wolf population as it continues to increase by approximately 15% annually.

Table 3. Natural mortality of radio collared wolves in Wisconsin 2000 – 2004 (Adrian Wydevan, WDNR, pers. comm. March 2005). Number in parenthesis is percentage of total mortality (natural and human caused) observed in radio collared wolves.

| Mortality Factor | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|
| Mange | 4 | 4 | 2 | 6 | 3 | 19 (26%) |
| Other disease | 1 | 2 | 1 | 2 | - | 5 (7%) |
| Malnutrition | - | - | 2 | - | - | 2 (2%) |
| Other wolves | 3 | 2 | 1 | 1 | 1 | 8 (11%) |
| Accident | - | | 1 | - | - | 1 (1%) |
| Total | 8 | 8 | 7 | 8 | 4 | 35 (48%) |

It is unknown how the addition of human-caused mortality would affect natural mortality rates. However, as compensation operates in wolf populations as in other populations, an increase in human caused mortality likely would result in a decrease in natural mortality.

In any case, the demonstrated annual rate of increase in the Michigan wolf population has occurred in spite of all causes of mortality.

### C. Summary of the Environmental Baseline

The eastern timber wolf has reached the numerical recovery goals as listed in the Plan, and recent data suggest that the wolf population in Minnesota, Wisconsin, and Michigan continues to increase. The primary factors influencing wolf recovery in the U.P. are prey density, human related mortality, and natural mortality. However, as evidenced by the increasing population, these factors do not appear to be appreciably hindering the gray wolf population in Michigan at this time.

The current rate of population increase will likely not continue into the foreseeable future. As the wolf population in Michigan expands to fill all available habitat, or as the cultural carrying capacity is approached, the rapid population growth rate is expected to slow and eventually stop. At that time we would expect to see negative growth rates (that is, wolf population declines) in some years, due to short-term fluctuations in birth and mortality rates. However, adequate wolf monitoring programs, as identified in the Michigan Gray Wolf Recovery and Management Plan (1997), should identify excessively high mortality rates or low birth rates and would trigger timely corrective action when necessary.

## 4. EFFECTS OF THE ACTION

This section assesses the effects of the proposed action, including the direct and indirect effects together with the effects of other activities that are interrelated or interdependent (50 CFR 402.02). Indirect effects are those that are caused later in time, but are still reasonably certain to occur. Interrelated actions are those that are part of a larger action and depend upon the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration (50 CFR 402.02).

### A. Analysis of the Effects of the Action

The proposed action is expected to result in both purposeful and incidental take of gray wolves. Purposeful take is take that is intended as part of the proposed action (e.g. capture and euthanization of target wolves). Purposeful take will be quantified here, based on the maximum amount that is expected to occur as part of this proposed action. Incidental take is take that occurs unintentionally during the conduct of an otherwise lawful activity (e.g., injury or death of pups as a result of the capture of a lactating female). Incidental take is also quantified here to the extent possible and is further discussed in the incidental take statement. In order to minimize the amount of take that may occur, the proposed action incorporates the conservation measures listed above at 1.b.iii, Conservation Measures. These measures are taken into account in our analysis of the extent of take that will occur.

### i. Lethal Wolf Control

Trapping methods including land restraint snares with stops, spring activated foot snares, and leg-hold traps are all non-lethal techniques to capture wolves. When paired with euthanasia, trapping facilitates lethal wolf control. The advantage of utilizing these techniques is the trapper's ability to release non-target individuals, such as young of the year or lactating females. Purposeful take in the form of death is expected as a result of trapping and euthanasia. Incidental take could occur in the form of injury or death if young of year are captured before August 1. According to the Conservation Measures (see 1.b.iii. Conservation Measures) all young of year wolves must be released prior to August 1 (i.e. young of year can not be purposefully killed before August 1). Injury to paws or legs could be sustained as a result of trapping.

Incidental take could also occur as a result of capturing or euthanizing a lactating female. Similar to young of year, the capture of a lactating female could result in injury to paws or legs as a result of trapping. In addition, capture and release of a lactating female could result in harm to pups depending on how long the female is held before release. Euthanasia of lactating females could result in decreased pup survival or pup mortality, depending on how old the pups are at the time of separation. Conservation Measures will help ensure pup survival since most lactating females will be released prior to July 1 when pups are most dependent. Therefore, incidental take associated with capture or mortality of lactating females will likely be small as most lactating females will not be euthanized and if captured will be released in less than 24 hours (Conservation measures 4 and 6).

Other techniques which are lethal or facilitate lethal control include day or night-time shooting, aerial gunning, and darting. These techniques are virtually 100% selective for removing target animals as positive identification is made before the animal is shot. Purposeful take in the form of death is a result of these techniques. Incidental take in the form of death is expected if young of year animals are shot prior to August 1. This should occur infrequently as young of year animals should be distinguishable from adults. As discussed above, incidental take in the form of injury or death to pups is expected if lactating females are shot.

### Discussion of Take and It's Potential Effect on the Eastern Timber Wolf Population

### i. Estimate of Purposeful Take

The April 1, 2003, final reclassification rule (USFWS 2003a) estimated, based on Minnesota wolf depredation control data from the early 1980s when the wolf population was around 1,500 individuals, that 2 to 3 percent of Michigan's wolf population would be taken annually as a result of the 4(d) regulation. However, based upon more recent data from the Minnesota wolf depredation program and estimates based on recent Michigan and Wisconsin experiences, we believe that purposeful take may exceed this estimate.

The Minnesota WS program has conducted a wolf damage management program since 1986 (USFWS 2003a). After over fifteen years of lethal wolf control evidence indicates that Minnesota's wolf population has met recovery goals (USFWS 1982) and is still growing by about 4% a year (USFWS 2003a). According to data collected from 1993 to 2002, the number of wolves killed annually as a result of depredation control activities ranged from 78 to 216 (Table 4). Since the wolf population is much larger in Minnesota than in Michigan it is appropriate to look at what percentage of the wolf population these numbers represent. The estimated percentage of the wolf population taken each year in Minnesota ranged from 3.9% to 9.4% (Table 4). This level of take does not appear to have hindered the recovery of the gray wolf in Minnesota or the establishment and recovery of the gray wolf populations in Wisconsin and Michigan.

Table 4. Number of individuals and percentage of wolf population taken from 1993 – 2002 as a result of Minnesota USDA Wildlife Services' wolf depredation control activities (USDA 2002).

| Year | Population Estimate | Wolves Taken | Percentage of Population Taken (Estimate) |
|---|---|---|---|
| 1993 | 2000 | 139 | 7.0 |
| 1994 | 2000 | 172 | 8.6 |
| 1995 | 2000 | 78 | 3.9 |
| 1996 | 2200 | 154 | 7.0 |
| 1997 | 2300 | 216 | 9.4 |
| 1998 | 2400 | 161 | 6.7 |
| 1999 | 2500 | 151 | 6.0 |
| 2000 | 2600 | 148 | 5.7 |
| 2001 | 2750 | 109 | 4.0 |
| 2002 | 2750 | 146 | 5.3 |

From 2003 until February 2005, the MDNR and Wisconsin Department of Natural Resources (WDNR) operated a wolf damage management program under the authority of the 4(d) rule. The proposed section 10(a)(1)(A) permit for Michigan DNR would adopt very similar guidelines and have somewhat tighter restrictions than the now invalid 4(d) rule. Although only two years of data were collected, the information indicates that much less than 10% of the population was removed annually (Table 5, Table 6). The wolf population in 2004, after operation of the depredation control program for nearly one year, increased by 11.7% in Michigan and Wisconsin combined (Figure 2, Table 2).

Table 5. Number of individuals and percentage of wolf population taken from May 2003 – December 2004 as a result of implementation of the 4(d) rule in Michigan (Brian Roelle, MDNR, pers. comm. February 2005).

| Year | Population Estimate | Wolves Taken | Percentage of Population Taken (Estimate) |
|---|---|---|---|
| 2003 | 321 | 4 | 1% |
| 2004 | 360 | 6 | 2% |

Table 6. Number of individuals and percentage of adult wolf population taken from May 2003 – December 2004 as a result of implementation of the 4(d) rule in Wisconsin (Adrian Wydevan, WDNR, pers. comm March 2005). YOY is young of year wolves.

| Year | Population Estimate | Wolves Taken | Percentage of Population Taken (Estimate) |
|---|---|---|---|
| 2003 | 335 | 9 adults, 8 YOY | 2.7% |
| 2004 | 373 | 20 adults, 4 YOY | 5.4% |

Based on recent data collected by WS in Minnesota and limited depredation data in Michigan and Wisconsin, we estimate that between 4 and 10% of the wolf population may be purposefully taken as a result of depredation abatement program. The purposeful take will include both adult wolves and young of year wolves (killed after August 1). In Michigan, at the preliminary late winter 2005 population level of 406 wolves this would be approximately 16 to 41 wolves. As depredation events will likely increase with an increase in wolf population, it is appropriate to utilize percentage of the population versus actual numbers of individuals.

### ii. Estimate of incidental take

To summarize, we anticipate incidental take will occur in the following ways:

Lethal control of depredating wolves could result in incidental take by:

1) injury or death of lactating females wolves intended for release (not involved in chronic depredation);
2) injury or death of young of year taken prior to August 1;
3) indirect injury or death of pups if lactating females are captured (prior to July 1) and die or are not released in a timely fashion;
4) indirect injury or death of pups if lactating females are euthanized;

Implementation of the conservation measures listed under section 1.b.iii will minimize incidental take. The exact level of incidental take which may occur as a result of this project cannot be determined. The estimates provided below are based on past experiences combined with a prediction of future wolf depredation control needs. It is the best estimate of incidental take available and it is used for purposes of this Opinion.

As indicated above incidental take will result from capture and release of lactating females prior to July 1, capture and euthanization of lactating females prior to July 1, and capture and release of young of year prior to August 1. At a population of 360 wolves in Michigan, MDNR anticipates that up to 4 lactating female wolves could be captured prior to July 1 (Brian Roelle, MDNR, pers. comm. March 2005). This represents about 1% of the late winter 2003 – 2004 adult wolf population estimate of 360 individuals. Out of these 4 lactating females only 1 would likely need to be euthanized due to involvement with repeat depredation (Brian Roelle, MDNR, pers. comm. March 2005). This represents the best available estimate, based on past experiences and a prediction of potential wolf depredation control needs into the future.

Associated with the capture of lactating females is the indirect incidental take of young of year wolves. The average litter size in Michigan is 5 pups. If 3 lactating females were captured and released up to 15 pups could be incidentally taken (3 females x 5 pups each = 15). We anticipate that incidental take of these pups will likely be in the form of harm or injury, not necessarily death since these lactating females will be released within 24 hours. If one lactating female was captured and euthanized, 5 pups may be incidentally taken. Depending on the pup's stage of development, the incidental take may result in harm or death. An estimated total of 20 pups may be incidentally taken as a result of the proposed action.

Additionally, we anticipate that 4 young of year wolves may be incidentally captured or injured prior to August 1 annually. Incidental take associated with trapping young of year wolves would likely be in the form of harm and injury, but not death, as young would be released in 24 hours.

Incidental take is based on the annual MDNR population estimate, so the actual number of wolves involved will be adjusted upon release of each annual population estimate. Currently, the MDNR's preliminary 2004-2005 estimate of 406 wolves in Michigan is in effect and this equates to the incidental take of up to 4 wolves (406 x 0.01 = 4) in 2005. The allowable amount of incidental take of young of year wolves will also be calculated annually by determining what 1% of the current year wolf population is, multiplying that figure by 5, and then adding 4. Using the 2004-2005 estimate of 406 wolves, 4 lactating females (1% of 406) and up to 24 young of year (4 x 5 = 20 + 4) could be incidentally taken in 2005. We anticipate that this "take" would be in the form of harm or injury not necessarily death.

### iii. Impact of take on Michigan's wolf population and Eastern timber wolf population

We anticipate a combined incidental and purposeful take of up to 11% of the wolf population annually in Michigan. Many studies have examined various levels of mortality and harvest and the impacts these mortality levels have on gray wolf populations:

**Exhibit A-21**

- Mech (1970) suggests that over 50% of wolves older than 5-10 months must be killed to "control" the wolf population. Control in this instance means keeping the wolf population below the level to which it would rise without human caused mortality.
- Gasaway et al. 1983 recorded stable wolf populations after early winter harvests of 16 to 24%, and wolf population declines of 20 – 52% after harvests of 42 - 61%.
- Ballard et al. (1997) suggests that the wolf population remained stable at 53% winter mortality, which included some natural mortality.
- Fuller (1989b) observed stable or slight increases in the wolf population at an annual mortality rate of 29%.
- USDA WS (2002) in Minnesota has taken between 4 and 10% of the wolf population for many years as a result of implementing a depredation control program in Minnesota, and the Minnesota wolf population increased during that period. Further, while the WS control program occurred, and while other natural and human caused mortality occurred, this population provided most, if not all, of the source wolves for Wisconsin and Michigan.

There is considerable variation in what researchers have found to be sustainable levels of human caused wolf mortality. A given wolf population's productivity is likely the most important factor in determining the annual percentage of a wolf population that can be killed by humans without reducing the population (Fuller et al. 2003). The higher the population's productivity, the higher the level of mortality the population may sustain. Currently, the U.P. wolf population is highly productive. Over the past 5 years the wolf population in the U.P. increased at an average of +15% annually (Figure 2).

As discussed previously, compensatory mortality operates within the wolf population. Compensatory mortality suggests that if more wolves are killed for depredation control purposes, fewer wolves will die from starvation, interspecific strife, or other natural causes. So, the removal of 11% of the population annually may not greatly influence gray wolf numbers in Michigan. Even if a portion of the 11% take is additive mortality, this additional mortality might result in a slightly decreased rate of population growth, but is not likely to reduce the recovery or survival of the wolf in Michigan.

Furthermore, wolf mortality due to poaching may decrease with the implementation of the depredation abatement program. In the absence of an abatement program, it is more likely that wolves perceived to be causing depredation would be illegally killed. Illegal killing likely would be less selective and may remove more individuals than is necessary to curtail depredation activities. Hence, a reduction in poaching may off-set some of the mortality associated with the depredation control program.

The eastern timber wolf is currently found in Michigan, Wisconsin, and Minnesota. All three states have established wolf populations which no longer rely solely on wolf immigration from other states for their survival. As Wisconsin and Minnesota both have gray wolf populations which do not depend on Michigan's population for survival, and Michigan's population is unlikely to change as a result of this program, we expect the

proposed project will have no impact on Wisconsin or Minnesota wolf populations. Implementation of the Michigan wolf depredation abatement program, therefore, is not likely to appreciably reduce the survival and recovery of the eastern timber wolf.

We are not aware of any actions that are interdependent or interrelated to the proposed action being considered in this Opinion.

## 5. CUMULATIVE EFFECTS

Cumulative effects include the combined effects of any future, State, local, or private actions that are reasonably certain to occur within the action area covered in this Opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

It is anticipated that future State, Tribal, local or private actions combined with this proposed program will contribute to the conservation of the gray wolf in the U.P. of Michigan. The MDNR has prepared a Michigan Gray Wolf Management and Recovery Plan (1997) and developed guidelines for managing depredating wolves, which will provide for the continued existence and conservation of gray wolves in Michigan. These efforts should contribute to the long-term survival of the gray wolf in Michigan.

## 6. CONCLUSION

After reviewing the current status of the gray wolf, the environmental baseline for the action area, the effects of the action and the cumulative effects, it is the Service's biological opinion that the action as proposed is not likely to jeopardize the continued existence of the gray wolf and is not likely to destroy or adversely modify designated critical habitat. Critical habitat for this species has been designated at Isle Royale National Park in Michigan, however, this action does not affect that area and no destruction or adverse modification of that critical habitat is anticipated.

The following factors were of primary importance in our jeopardy assessment:

   1)   The wolf population in Michigan, Wisconsin, and Minnesota has surpassed recovery goals and the wolf population continues to increase in all three States.
   2)   The current rate of increase for the Michigan and Wisconsin wolf population is approximately 10% annually.
   3)   Mortality as a result of the proposed action would likely be partially compensatory. However, the proposed action could increase the mortality rate for the U.P. wolf population by up to 11%. Currently, the wolf population in the U.P. is increasing by 15% annually.
   4)   Based on literature and experiences from the Minnesota wolf depredation control program, purposeful and incidental take of up to 11% is unlikely to cause a decline in the wolf population. The current rate of increase in the Michigan population may slow as a result of the proposed action.

5) In 2003 and 2004, MDNR employed the same lethal methods discussed here to resolve selected wolf depredations. Those measures appear to have had no impact on the overall Michigan wolf population.
6) Implementation of the proposed action will likely decrease illegal take of wolves, so that component of the current mortality rate will be reduced and will partially off-set the additional mortality that will occur as a result of the proposed action.
7) We believe that the proposed action is unlikely to cause a decline in annual recruitment and will not appreciably reduce the survival or recovery of the wolf in Michigan.

We believe the proposed action will not appreciably reduce the likelihood of both the survival and recovery of the eastern timber wolf in the wild by reducing their reproduction, numbers, or distribution.

## INCIDENTAL TAKE STATEMENT

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct. Harm is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. Harass is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding, feeding or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of this incidental take statement.

In general, an incidental take statement specifies the impact of any incidental taking of endangered or threatened species. It also provides reasonable and prudent measures that are necessary to minimize the impacts of the take and sets forth terms and conditions which must be complied with in order to implement the reasonable and prudent measures.

**AMOUNT OR EXTENT OF TAKE**

In this incidental take statement, we are evaluating the incidental take of gray wolf that may result from issuance of a Endangered Species Act section 10(a)(1)(A) sub-permit for implementation of a wolf depredation control program. The Service anticipates that incidental take of gray wolves will result from the proposed activities.

Lethal control of depredating wolves could result in incidental take by:

1) injury or death of lactating females wolves intended for release (not involved in chronic depredation);
2) injury or death of young of year prior to August 1;
3) indirect injury or death of pups if lactating females are captured and die or are not released in a timely fashion (prior to July 1);
4) indirect injury or death of pups if lactating females are euthanized;

Based on this information, this incidental take statement anticipates the taking of 1% of the adult wolf population in Michigan annually. Incidental take is based on the annual MDNR population estimate, so the actual number of wolves involved will be adjusted upon release of each annual population estimate. Currently, the MDNR's preliminary winter 2004-2005 estimate of 406 wolves in Michigan is in effect and this equates to the incidental take of up to 4 wolves for the 2005 wolf depredation management year. We also anticipate that the adult incidental take could cause indirect take (in the form of harm or injury) to young of year wolves. For each lactating female captured, we anticipate that 5 young of year could be impacted (5 is the average pack size in Michigan). So, for the 2005 depredation season the incidental take of 4 adult wolves could result in take of up to 20 young of year wolves. This take would not result in pup mortality in all cases, but would likely result in harm due to separation from the lactating female. Additionally, we anticipate that 4 young of year wolves may be incidentally captured or injured prior to August 1 annually.

**EFFECT OF TAKE**

In the accompanying Opinion, we determined that the proposed action is not likely to jeopardize the continued existence of the gray wolf. Therefore, we believe that the level of anticipated incidental take associated with the actions completed under the Wolf Damage Management Program is not likely to jeopardize the species.

**REASONABLE AND PRUDENT MEASURES**

The Service believes that the following reasonable and prudent measures are necessary and appropriate to minimize the incidental take of gray wolves during the proposed action:

1. The Service will ensure that incidental and intentional take levels do not exceed the levels anticipated in this biological opinion.

2. The Service will require the permittee and its agents to follow the most current wolf capturing protocols to ensure injury potential is minimized to the fullest extent possible.

3. The Service will require the permittee and its agents to ensure all wolf trappers are properly trained in proper chemical immobilization, trapping, and medical treatment.

4. Disposition and salvage of any gray wolf specimens shall be in compliance with the conditions specified in MDNR's procedure "Disposal of Wildlife Carcasses and Parts".

**TERMS AND CONDITIONS**

In order to be exempt from the prohibitions of section 9 of the Act, the Service must comply with the following terms and conditions which implement the reasonable and prudent measures described above. These terms and conditions will be non-discretionary.

**Terms and Conditions associated with RPM # 1**

1. The Service will require the permittee and its agents to cease trapping wolves and to contact the East Lansing Field Office or the U.P. Sub-Office if 1% of the late winter wolf population have been incidentally injured or killed.

2. The Service will require that all intentional and incidental wolf injuries or mortalities as a result of their lethal wolf control activities be reported to the Service's Region 3 Endangered Species Permits Office, the East Lansing Field Office, U.P. Sub-Office, and the Service's nearest Law Enforcement Office within 5 calendar days.

**Terms and Conditions associated with RPM # 2**

The Service will require the permittee and its agents to follow the Michigan DNR's wolf trapping and handling protocols or, if other procedures are proven to cause fewer injuries or mortalities, those procedures shall be utilized instead.

**Terms and Conditions associated with RPM # 3**

The Service will require that all trappers working for the Michigan DNR, or a designated State agent, be trained in and receive annual refresher courses in the trapping, chemical immobilization, and medical handling of wild animals (with emphasis on wolves) to minimize injury and death to wolves.

## REQUIREMENTS FOR MONITORING AND REPORTING INCIDENTAL AND INTENTIONAL TAKE OF GRAY WOLVES

Federal agencies have a continuing duty to monitor the impacts of incidental take resulting from their activities [50 CFR 402.14(i)(3)]. In doing so, the Service will require a report from MDNR annually which describes the progress of the action and its impact on the gray wolf.

1) Supply the Service's East Lansing Field Office with a report due by January 31st of each year, that outlines the following:

   a) the date, location, age, sex, ear tag number and general description of the physical condition of each wolf captured;
   b) description of any medications administered to captured wolves;
   c) the disposition of any wolves injured, killed, salvaged, held and transported;
   d) the results of any blood analysis;
   e) the results of efforts to address and resolve depredation issues, including repeat depredations by wolves; and
   f) a summary that includes the following for each wolf incidental and intentional injury or mortality that occurred (incidental and intentional mortality should be addressed separately in the report):
      i) the date and time of the taking;
      ii) the name of any persons involved in the takings;
      iii) the circumstances surrounding any taking, including the stimulus for the taking, and/or human activities involved;
      iv) the behavioral responses of any gray wolves taken; and
      v) any actions taken to avoid or minimize taking.

In addition, copies of all reports and publications resulting from those data must be submitted to the Service's East Lansing Field Office as they become available.

We anticipate the incidental taking of 1% of the adult gray wolf population in the U.P. annually. Further, the Service believes that between 4 and 10% of Michigan's wolf population will be intentionally taken annually as a result of the Program activities. The reasonable and prudent measures, with their implementing terms and conditions, are designed to minimize the impact of incidental take that might otherwise result from the proposed action. If, during the course of the action, the level of incidental take is exceeded, such take represents new information requiring reinitiation of consultation and review of the reasonable and prudent measures provided. The Federal agency must immediately provide an explanation of the causes of the taking and review with the Service the need for possible modification of the reasonable and prudent measures.

## REINITIATION NOTICE

This concludes formal consultation on the actions outlined in the request. As provided in 50 CFR 402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: 1) the amount or extent of incidental or intentional take is exceeded; 2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this Opinion; 3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this Opinion; or 4) a new species is listed or critical habitat designated that may be affected by the action. Specifically, if the level of purposeful take exceeds 10%, the Service should reinitiate consultation. An increase

**Exhibit A-27**

level of take represents new information that indicates that the effects of the action may be affecting the wolf in an extent not considered in this biological opinion (50 CFR 402.16).   In instances where the amount or extent of incidental take is exceeded, any operations causing such take must cease pending reinitiation.

Literature Cited

Ballard, W.B., L.A. Ayres, P.R. Krausman, D.J. reed, and S.G. Fancy. 1997. Ecology of wolves in relation to a migratory caribou herd in northwest Alaska. Wildlife Monographs, no. 135. The Wildlife Society, Bethesda, MD. 47pp.

Gasaway, W.C., R.O. Stephenson, J.L. Davis, P.E. K. Shepherd, and O.E. Burris. 1983. Interrelationships of wolves, prey, and man in interior Alaska. Wildlife Monographs, no. 84. The Wildlife Society, Bethesda, MD. 50pp.

Fritts, S.H., R.O. Stephenson, R.D. Hayes, and L. Boitani. 2003. Chapter Twelve: Wolves and Humans. In L.D. Mech and L. Boitani. Wolves: behavior, ecology, and conservation. University of Chicago Press, Chicago, IL. 448pp.

Fuller, T.K, L.D. Mech, and J.F. Cochrane. 2003. Chapter Six: Wolf Population Dynamics. In L.D. Mech and L. Boitani. Wolves: behavior, ecology, and conservation. University of Chicago Press, Chicago, IL. 448pp.

Fuller, T.K. 1989. Population dynamics of wolves in north-central Minnesota. Wildlife Monographs, no. 105. The Wildlife Society, Bethesda, MD 41pp.

MDNR (Michigan Department of Natural Resources) 2005. Cover letter and application requesting Endangered Species Act section 10(a)(1)(A) permit for lethal control of depredating wolves. From Michigan Department of Natural Resources to U.S. Fish & Wildlife Service, February 22, 2005.

MDNR (Michigan Department of Natural Resources) 2003. Guidelines for Management and Lethal Control of Wolves Following Confirmed Depredation Events, September 3, 2003. Michigan Department of Natural Resources, Wildlife Division Procedure, Lansing, MI. 10pp.

MDNR (Michigan Department of Natural Resources) 1997. Michigan Gray Wolf Recovery and Management Plan. Michigan Department of Natural Resources, Wildlife Division, Lansing, MI. 63pp.

Mech, D.L. 1998. Estimated costs of maintaining of maintaining a recovered wolf population in agricultural regions of Minnesota. Wild. Soc. Bull. 26:817-22.

Mech, L.D. 1995. The challenge and opportunity of recovering wolf populations. Conservation Biology 9:270-78.

Mech, L.D. 1977. Record movement of a Canadian lynx. Journal of Mammalogy 58:676-677.

Mech, D.L. 1974. *Canis lupus*. Mammalian Species, no. 37. American Society of Mammalogists. 6 pp.

Mech, D.L. 1970. The Wolf: the ecology and behavior of an endangered species. The Natural History Press, Garden City, NY. 384pp.

Mladenoff, D.J., T.A. Sickley, R.G. Haight, and A.P. Wydeven. 1995. A regional landscape analysis and prediction of favorable gray wolf habitat in the northern Great Lakes region. Conserv. Biol. 9:279-94.

Paul, W.J., and P.S. Gipson, 1994. Wolves: Damage Prevention and Control Methods. Prevention and Control of Wildlife Damage 1994. Cooperative Extension Divion, Institute of Agriculture and Natural Resources, University of Nebraska, Lincoln, Nebraska. 6 pp.

Paul, W.J. 2000. Wolf depredation on livestock in Minnesota: Annual update of statistics. U.S. Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services.

Peterson, R.O., N.J. Thomas, J.M. Thurber, J.A. Vucetich, and T.A. Waite. 1998. Population limitation and the wolves of Isle Royale. J. Mammal. 79:828-41.

Phillips, R.L. and K.S. Gruver. 1996. Performance of the Paws-I-Trip pan tension device on 3 types of traps. Wild. Soc. Bulletin. 24: 119-122.

Turkowski, F.J., A.R. Armistead, and S.B. Linhart. 1984. Selectivity and effectiveness of pan tension devices for coyote foothold traps. J. Wildl. Manage. 48: 700-708.

USFWS (U.S. Fish & Wildlife Service). 2003a. Endangered and Threatened Wildlife and Plants: Final rule to reclassify and remove the gray wolf from the list of endangered and threatened wildlife in portions of the conterminous United States; Establishment of two special regulations for threatened gray wolves. Federal Register, Vol. 68, No. 62, 15804 – 15875.

USFWS (U.S. Fish & Wildlife Service). 2003b. Endangered and Threatened Wildlife Plants: Advance notice of proposed rulemaking to remove the Eastern Distinct Population Segment (DPS) of gray wolf from the list of endangered and threatened wildlife. Federal Register, Vol. 68, No. 62, 15876-15879.

USFWS (U.S. Fish & Wildlife Service). 2001. Letter from Acting Assitant Regional Director, Ecological Service to Regional Director, Animal and Plant Health Inspection Service, Wildlife Services. May 9, 2001.

USFWS (U.S. Fish and Wildlife Service). 1992. Recovery Plan for the Eastern Timber Wolf. Twin Cities, Minnesota. 73pp.

WS (United States Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services). 2003. Biological Assessment for Wolf Damage

Management in Michigan: Analysis of potential impacts on threatened and endangered species. Okemos, MI. 27pp.

WS (United States Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services). 2002. Final Environmental Assessment: management of wolf-livestock conflicts and control of depredating wolves in the State of Minnesota. Grand Rapids, MN.

**Exhibit A-31**