UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,

        Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,

        Defendants.

**Civ. File No: 1:05CV-01573-ESH**

**DECLARATION OF TOM HERSCHELMAN**

I, Tom Herschelman, declare as follows:

1.  I am a current member of The Humane Society of the United States ("HSUS").

2.  The HSUS is a non-profit charitable organization incorporated in 1954. HSUS is the largest animal protection organization in the world, with over nine million members and constituents. HSUS's mission is to promote the humane treatment of all animals and to foster respect, understanding and compassion for all creatures. HSUS regularly submits comments to government agencies concerning proposed actions that will affect animals. HSUS publishes a magazine and maintains a website for its members and the general public, and it regularly disseminates information concerning the treatment of wild animals, including information about government decisions that affect animals. HSUS has been an active advocate for wolf protection and recovery throughout its history. HSUS members study and observe gray wolves in the wild and have attended meetings of state and federal agencies and other interested parties concerning the wolf situation throughout the United States. HSUS members enjoy studying, photographing, and viewing all wildlife in its natural habitat, including wolves, and place a great importance on their ability to freely appreciate the wolves in the wild. HSUS members are harmed by the United States Fish and Wildlife Service's issuance of take permits to the Wisconsin Department of Natural Resources and the Michigan Department of Natural Resources because those permits were issued without providing notice and opportunity to comment, and will result in the presence of fewer wolves in the coterminous United States.

3.  I am a long-standing resident of a rural area of Sheboygan Falls, Wisconsin.

4.  I have a personal commitment in ensuring the recovery of the gray wolf and the protection of its habitat. I have on several occasions visited, and intend to continue to visit,

forests, parks, and other wilderness areas where gray wolf populations live. For example, I travel yearly and will continue to travel to the Boundary Waters Canoe Area Wilderness ("BWCAW") in Minnesota and the surrounding Superior National Forest, and also the Porcupine Mountains Wilderness State Park and the Pictured Rocks National Lakeshore. I enjoy many outdoor activities, including hiking, wilderness canoeing, and fishing. I have heard of and experienced wolf sightings in the BWCAW, and always hope to see them when I visit the area including hiking in the Northern Peninsula of Michigan. Once I observed a juvenile wolf on the Gunflint Trail. On another occasion, my family heard wolves howling around us at night while canoeing in the BWCAW. We have listened in awe to wolves howling at night while around campfires in the BWCAW. My dream is to one day video-film the life histories of gray wolves living in the BWCAW.

5.   I have also traveled to wilderness areas in Wisconsin and will continue to do so in the future. When I venture out into the Northern Highland, the Nicolet-Chequamegon National Forests, and the County Forests, I am always hopeful of observing the presence of wolves.

6.   I have a particular awareness and understanding of the gray wolf population. I attended the School of Natural Resources at the University of Michigan from 1961 to 1963. I have studied landscape ecology and biodiversity. I was the Forestry-Biodiversity Chair of the John Muir Chapter of the Sierra Club from 1991 to 2000. As the Forestry-Biodiversity Chair, I was involved in discussions over the potential delisting of the gray wolf, which I adamantly opposed. During that time, I met with Wisconsin Department of Natural Resources officials and Nicolet-Chequamegon officials regarding the Wisconsin gray wolf population. I submitted comments to the United States Fish and Wildlife Service regarding classification of the gray wolf under the Endangered Species Act. I have also written opinion

letters and given oral presentations on gray wolf management and on the gray wolf population in Wisconsin.

7.  I see wolves as an inheritance which is both a sacred and secular belief, and, therefore, they are to be nurtured, esteemed, respected and studied. They are not objects or property to be manipulated and destroyed. We are to act as their stewards. I believe that especially from a sacred and Christian viewpoint that wolf killing is contrary to sound theology. I have a deep and heartfelt interest and love of wolves, as they are part of God's creation, and because they exemplify to me wilderness and harmony. As wolves are a keystone species in the created order, to kill them is a blatant interference with God's Plan.

8.  I believe that individual wolves have inherent value, from both a secular and sacred viewpoint, and I am deeply disturbed by the knowledge that, through the improper issuance of a permit to the Wisconsin Department of Natural Resources, the United States Fish and Wildlife Service has authorized the lethal control of these intelligent, beautiful, and social animals. Wolves do not recognize state borders and the wolves in Wisconsin, Michigan, and Minnesota are all connected under one population, therefore, the Wisconsin permit will affect not only wolves in Wisconsin, but also the wolves I have observed and will continue to observe in Minnesota. The secular aesthetic, moral and scientific reasons for not killing wolves are apparent and before the USFWS.

9.  I have been harmed by the Fish and Wildlife Service's failure to comply with its statutory obligations. If a proper public notice and comment period had taken place, I would have commented about the negative consequences the issuance of the permit to the Wisconsin Department of Natural Resources will have on the gray wolf population. By failing to fulfill its procedural statutory requirements, the Fish and Wildlife Service has

unlawfully denied me the opportunity to comment on a federal action which will have an adverse impact on the gray wolf population.

10.     The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive HSUS, myself and other members of the recreational, scientific, religious and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of July 2005                Tom Herschelman

                                                Tom Herschelman