# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,

      Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,

      Defendants.

**Civ. File No: 1:05CV-01573-ESH**

## DECLARATION OF NANCY WARREN

I, Nancy Warren, declare as follows:

1.      I am a member of The Humane Society of the United States ("HSUS").

2.      The HSUS is a non-profit charitable organization incorporated in 1954. HSUS is the largest animal protection organization in the world, with over nine million members and constituents. HSUS's mission is to promote the humane treatment of all animals and to foster respect, understanding and compassion for all creatures. HSUS regularly submits comments to government agencies concerning proposed actions that will affect animals. HSUS publishes a magazine and maintains a website for its members and the general public, and it regularly disseminates information concerning the treatment of wild animals, including information about government decisions that affect animals. HSUS has been an active advocate for wolf protection and recovery throughout its history. HSUS members study and observe gray wolves in the wild and have attended meetings of state and federal agencies and other interested parties concerning the wolf situation throughout the United States. HSUS members enjoy studying, photographing, and viewing all wildlife in its natural habitat, including wolves, and place a great importance on their ability to freely appreciate the wolves in the wild. HSUS members are harmed by the United States Fish and Wildlife Service's issuance of take permits to the Wisconsin DNR and Michigan DNR because those permits were issued without providing notice and opportunity to comment, and will result in the presence of fewer wolves in the coterminous United States.

3.      I am a resident of Ewen, Michigan. I first visited the Western Upper Peninsula during the fall of 1982 and instantly fell in love with the area. We purchased land in Ontonagon County in 1990 and now own 281 acres along the South Branch of the Ontonagon River. In 1995, I had the opportunity to transfer with my job to Ironwood and we

Case 1:05-cv-01573-ESH     Document 5-9     Filed 08/24/2005     Page 3 of 5

-2-

began to build a home on our property in Ewen. I also maintain a home in Ironwood but will live in Ewen permanently upon my retirement in less than two years.

4.   I have a personal commitment to ensuring the recovery of the gray wolf and the protection of its habitat. Nearly all my spare time is devoted to working on behalf of wolves and aiding in their recovery. I enjoy searching for animal sign, observing wildlife, snowshoeing, canoeing, camping along the river, and photography. Our property borders the Ottawa National Forest and the first wild wolf we ever heard howling was while canoeing the South Branch of the Ontonagon River, in the heart of the Ottawa. Since that time, we have led groups of adults and children into the Ottawa anxious to see wolf sign, helping them identify tracks and scat and hoping to hear their howls. I have observed wolves at International Wolf Center, Ottawa National Forest and Yellowstone National Park, and have been to Necedah National Wildlife Refuge as well as Seney National Wildlife Refuge.

5.   I have had the pleasure of numerous first-hand encounters with wolves. Our property has been home to a resident pack of wolves for at least seven years. We have actually seen wolves cross our fields, found their tracks and scat, and have on occasion been awoken by their howls. While filling a bird feeder one evening, I heard wolves howling very close to our home. The howling continued throughout the night. The following day we explored our northern parcel and followed the wolf tracks to the area where they had found a dead deer and totally consumed it. Only the deer hide, stomach contents and a few bone slivers remained. This past winter we sat quietly as a pack of five wolves crossed in front of our car. Another time, while inspecting wolf and deer tracks, I heard noises in the brush, glanced up and watched two wolves cross within a few yards of where I was standing. Each stepped

-2-

into the road, gave me a piercing stare and continued on their way. I still consider it one of the thrills of my life.

6.     In addition to HSUS, I am an active member of several other conservation and wildlife organizations. I strongly believe that education is paramount to the survival of the wolf. As a volunteer, I conduct a minimum of 40-50 educational programs for schools and adults each year. I have designed my own puppet show to teach young children about wolves. My interest and knowledge of wolves has been enhanced by reading many books, publications, research papers and by attending workshops and conferences each year. I have met with and discussed issues with researchers and professional biologists. For the past four years I have volunteered my time conducting Hunter Outreach in both Michigan and Wisconsin. This entails visiting with hunters during the firearm deer season and educating them about wolves. For the past 10 years, I have been a Wisconsin Volunteer Carnivore Tracker, conducting tracking surveys within an assigned blocks recording evidence of wolf and other carnivores.

7.     I believe that individual wolves have inherent value, and I am deeply disturbed by the knowledge that, through the improper issuance of a permit to the Michigan Department of Natural Resources, the United States Fish and Wildlife Service has authorized the lethal control of these intelligent, beautiful, and social animals.

8.     I have been harmed by the Fish and Wildlife Service's failure to comply with its statutory obligations. If a proper public notice and comment period had taken place, I would have commented about the negative consequences the issuance of the permit to the Michigan Department of Natural Resources will have on the gray wolf population. By failing to fulfill its procedural statutory requirements, the Fish and Wildlife Service has unlawfully denied

me the opportunity to comment on a federal action that will have an adverse impact on the gray wolf population.

9.   The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive HSUS, myself and other members of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this __8__ day of July 2005

*Nancy Warren*
**Nancy Warren**