UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute, Center
for Biological Diversity, Friends of Animals
and Their Environment ("FATE"), Help Our
Wolves Live ("HOWL"), The Humane Society
of the United States, Indigenous
Environmental Network, Klamath Forest
Alliance, Minnesota Wolf Alliance,
RESTORE: The North Woods, and the
Wildlands Project,

       Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United
States Department of the Interior, Matthew J.
Hogan, Acting Director of the United States
Fish and Wildlife Service, and United States
Fish and Wildlife Service,

       Defendants.

**Civ. File No: 1:05CV-01573-ESH**

### DECLARATION OF ALVIN A. WARREN

I, Alvin A. Warren declare as follows:

1. I am a member of Defenders of Wildlife, and have been supporter of Defenders and several other organizations for over 20 years.

2. Defenders of Wildlife is a nonprofit corporation with nearly 500,000 members and supporters across the nation. Defenders is dedicated to preserving wildlife and emphasizing appreciation and protection for all species in their ecological role within the natural environment. Defenders has more than 24,600 members and supporters who reside in Michigan. Through

-1-

education, advocacy, litigation and other efforts, Defenders has invested organizational resources in protecting wolves and other species in these states.

3. Defenders has been a leader in wolf conservation since wolves first appeared on the federal endangered species list. In recent years, Defenders helped restore wolves to the Northern Rockies and played key roles in the reintroduction of gray wolves to the Southwest and red wolves to the Southeast. For more than 30 years, Defenders has been directly involved in making gray wolf recovery a reality in the lower 48 states.

4. In December 1999, Defenders published Places for Wolves: A Blueprint for Restoration and Long-term Recovery in the Lower 48 States (Ferris et al. 1999) as our formal and detailed response to early drafts of the FWS gray wolf reclassification proposal. This document, which was recognized as the Natural Resource Council of America's 1999 Conservation Publication of the Year, lays out our science-based vision for what federally-led wolf recovery should entail.

5. Defenders of Wildlife helped pioneer the use of economic incentives to promote protection of endangered species on private lands. Defenders created The Bailey Wildlife Foundation Wolf Compensation Trust, which pays livestock owners for losses to wolf predation. Experts credit the trust as the most important factor contributing to the reintroduction of wolves to Yellowstone National Park and the Northern Rockies. Defenders has also launched a national public education and outreach program that includes traveling education booths, a wolf curriculum and a biennial international predator conference.

6. I am a full time resident of Ewen, Michigan. My wife and I often see wolf sign such as tracks and scat and have occasionally seen wolves on our property located along the South Branch of the Ontonagon River. We both welcome the wolf's return and are thrilled that a wolf pack has chosen our home to be part of their territory.

7. I have a personal commitment in ensuring the recovery of the gray wolf and the protection of its habitat. I have on many occasions visited, and intend to continue to visit, forests, parks, and other areas in Northern Wisconsin and the Upper Peninsula of Michigan that provide habitat for the gray wolf. I am an avid canoeist and often paddle rivers located within the boundaries of the Ottawa and I frequently visit both the Chequamegon and Nicolet National Forests. I enjoy wildlife viewing, hiking, photography, camping, snowshoeing and exploring new areas. It was during a 1991 canoe trip along the South Branch of the Ontonagon River that I heard my first wolf howl. It was an experience I will not forget. Since that time, I have been surrounded by their howls so many times, that I have lost count. I have observed wolves in Yellowstone. While, it was a thrill, it is especially gratifying for me to observe wolves in the Upper Peninsula of Michigan. While driving with a friend, during the summer of 2003, seven wolf pups crossed our path near Mass City, MI. They circled the truck and began to howl. This past January I observed a group of five adults, south of Ewen. Since that first summer night when I heard the howl, I have seen no less than 10 lone wolves.

8. I graduated from Michigan State University with a Bachelor of Arts Degree. In addition to Defenders of Wildlife, I am a member of Sierra Club, National Wildlife Federation, American Rivers, The Nature Conservancy, International Wolf Center and Timber Wolf Alliance. I am the current Treasurer for the Ontonagon County Democratic Party. I consider myself to be well informed on national and world events. I have read many books, publications and research papers about wolves and wolf issues. I have attended lectures, workshops and two conferences attended by world wolf experts. I believe education is a key component to the survival of the wolf and during the past four Michigan deer firearm seasons, I volunteered my time visiting hunters at their camps telling them about the positive role wolves play in our ecosystem and I

counter published misinformation by responding with letters to the editor in both magazines and newspapers.

9. I believe that individual wolves have inherent value, and I am deeply disturbed by the knowledge that, through the improper issuance of permits to the Michigan and Wisconsin Department of Natural Resources, the United States Fish and Wildlife Service has authorized the lethal control of these intelligent, beautiful, and social animals.

10. The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive Defenders of Wildlife, myself and other members of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of August, 2005

Alvin A. Warren
P.O. Box 353
Ironwood, MI 49938