UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>　　　　　Defendants. | **Civ. File No: 1:05CV-01573-ESH** |

**DECLARATION OF JULIAN ZELAZNY**

I, Julian Zelazny, declare as follows:

1.　I am a member of Defenders of Wildlife, and have been a staff member since 2002.

2.　Defenders of Wildlife is a nonprofit corporation with nearly 500,000 members and supporters across the nation. Defenders is dedicated to preserving wildlife and emphasizing appreciation and protection for all species in their ecological role within the natural environment. Defenders has more than 15,000 members and supporters who reside in Wisconsin. Through education, advocacy, litigation and other efforts, Defenders has invested organizational resources in protecting wolves and other species in Wisconsin.

3. Defenders has been a leader in wolf conservation since wolves first appeared on the federal endangered species list. In recent years, Defenders helped restore wolves to the Northern Rockies and played key roles in the reintroduction of gray wolves to the Southwest and red wolves to the Southeast. For more than 30 years, Defenders has been directly involved in making gray wolf recovery a reality in the lower 48 states.

4. In December 1999, Defenders published Places for Wolves: A Blueprint for Restoration and Long-term Recovery in the Lower 48 States (Ferris et al. 1999) as our formal and detailed response to early drafts of the FWS gray wolf reclassification proposal. This document, which was recognized as the Natural Resource Council of America's 1999 Conservation Publication of the Year, lays out our science-based vision for what federally-led wolf recovery should entail.

5. Defenders of Wildlife helped pioneer the use of economic incentives to promote protection of endangered species on private lands. Defenders created The Bailey Wildlife Foundation Wolf Compensation Trust, which pays livestock owners for losses to wolf predation. Experts credit the trust as the most important factor contributing to the reintroduction of wolves to Yellowstone National Park and the Northern Rockies.

6. As a year-round resident of Madison, Wisconsin I have a personal commitment in ensuring the recovery of the gray wolf and the protection of its habitat. I have visited, and intend to continue to visit areas in Northern Wisconsin that provide habitat for the gray wolf. While visiting these areas, I enjoy wildlife viewing—including looking and listening for wolves—hiking, fishing, and other pursuits.

7. In 1993, I received my Master's degree in Environmental Studies from the University of Massachusetts at Lowell. In that course of study I gained an appreciation of the

importance of a top predator to biodiversity and healthy ecosystems. I later used that knowledge in testimony before the New Hampshire legislature as a representative of the Audubon Society of New Hampshire in an attempt to defeat a New Hampshire bill that sought to prohibit wolf re-introduction to New Hampshire.

8. I believe that individual wolves have inherent value, and I am deeply disturbed by the knowledge that, through the improper issuance of a permit to the Wisconsin Department of Natural Resources, the United States Fish and Wildlife Service has authorized the lethal control of these intelligent, beautiful, and social animals.

9. The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive Defenders of Wildlife, myself and other members of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of August, 2005

*Julian Zelazny*

Julian Zelazny
133 S. Butler Street, Suite 340
Madison, WI 53703