UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,<br><br>Plaintiffs,<br><br>v.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>Defendants. | Civ. File No: 1:05CV-01573-ESH |

**DECLARATION OF ALAN SANDERS**

I, Alan Sanders, declare as follows:

1. I am a member of the Center for Biological Diversity.

2. I own a home and property in Raber Township, Chippewa County, Michigan on the Upper Peninsula.

3. I have a personal commitment to ensuring the recovery of the gray wolf and the protection of its habitat. I have on many occasions visited, and intend to continue to visit, forests, parks, and other areas in both Northern Wisconsin and the Upper Peninsula of Michigan that provide habitat for the gray wolf. Some of the areas that I have visited and intend to continue to visit include Chequamegon and Nicolet National Forests, Flambeau River State Forest, Black River State Forest, Brule River State Forest, Northern Highland - American Legion State Forest in Wisconsin and the Ottawa and Hiawatha National Forests, Copper Country and Escanaba State Forests, and Seney National Wildlife Refuge as well as smaller forest and camping areas in Michigan. While visiting these areas, I enjoy wildlife viewing, hiking, photography, camping, and other pursuits.

4. I believe that individual wolves have inherent value, as well as a broader ecological value to the places that I visit and care deeply about. I am deeply disturbed by the knowledge that through the improper issuance of "take" permits to the Michigan and Wisconsin Departments of Natural Resources, the United States Fish and Wildlife Service has authorized the killing of these intelligent, beautiful, and social animals.

5. I have made comments in the Federal Register on several endangered species listing and delisting proposals and proposals for critical habitat designation. In addition, I specifically worked on wolf listing and habitat issues as an active member of the Sierra Club's Wildlife and

Endangered Species Committee. Had I been given the opportunity, I would have commented on the take permits issued by FWS to the Wisconsin and Michigan DNRs.

6. I am harmed by FWS's issuance of take permits to the Wisconsin and Michigan DNRs because those permits were issued without providing notice and opportunity to comment, and will reduce the presence of wolves in Wisconsin, Michigan, and the coterminous United States.

7. The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be reduced, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive me of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of August, 2005            _____

                                                                  Alan Sanders