UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, and the Wildlands Project,

        Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,

        Defendants.

**Civ. File No: 1:05CV-01573-ESH**

**ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of the complaint, Plaintiffs' motion for preliminary injunction, the parties' memoranda, affidavits, oral argument, and all the files, records and proceedings herein, and due deliberation being had,

IT IS HEREBY ORDERED:

1. Pursuant to Fed. R. Civ. P. 65, Plaintiffs' motion for preliminary injunction is GRANTED. Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims that the Defendants have violated the Endangered Species Act, 16 U.S.C. §§

-2-

1531-1544, and the Administrative Procedure Act, 5 U.S.C. §§ 701-706. Plaintiffs have also shown irreparable injury. Further, the Court finds that the balance of the harms and the public interest favors the grant of preliminary injunctive relief.

    2. Defendants Gale Norton, Matthew J. Hogan, the Department of the Interior, the United States Fish & Wildlife Service and their employees, agents, and any and all others acting in concert or participation with them are preliminarily enjoined and restrained from permitting any activities authorized under the issuances of Permits No. 05-05 or Permit No. 05-03 A1 to occur until a determination of this action on the merits.

    3. Defendant the United States Fish and Wildlife Service is directed immediately to halt any "takings" of gray wolves for depredation control purposes in Michigan or Wisconsin pursuant to the above-cited permits.

IT IS FURTHER ORDERED that a copy of this Order may be served upon defendants with full force and effect without regard to the exhibition of the original thereof.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____     _____

                                                                        Hon. Ellen Segal Huvelle
                                                                        United States District Judge

M1:1228581.03

## LCvR 7(k): NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS

Pursuant to LCvR 7(k), the following parties and attorneys are entitled to be notified of the entry of the foregoing Proposed Order Granting Preliminary Injunction:

Defendants:
Gale A. Norton
Secretary, United States Department of Interior
1849 C Street, NW
Washington, D.C. 20240

Matthew J. Hogan
Acting Director, U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

United States Department of Interior
1849 C Street, NW
Washington, D.C. 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

For Plaintiffs:
Jason C. Rylander
Defenders of Wildlife
1130 Seventeenth Street, NW
Washington, D.C. 20036-4604

Brian B. O'Neill
Richard A. Duncan
Elizabeth H. Schmiesing
Colette B. Routel
Sanne H. Knudsen
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901