# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2005, I caused the following documents:

1. Plaintiffs' Motion for Preliminary Injunction Oral Argument Requested and Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction;

2. Affidavit of Sanne H. Knudsen in Support of Plaintiffs' Motion for Preliminary Injunction Oral Argument Requested and accompanying exhibits;

3. Declaration of Tom Herschelman;

4. Declaration of Nancy Warren;

5. Declaration of Alvin A. Warren;

6. Declaration of Julian Zelazny;

7. Declaration of Alan Sanders; and

8. Proposed Order Granting Preliminary Injunction.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Richard A. Duncan
  rduncan@faegre.com

- Sanne H. Knudsen
  sknudsen@faegre.com

- Colette B. Routel
  croutel@faegre.com

- Jason C. Rylander
  jrylander@defenders.org

- Elizabeth H. Schmiesing
  eschmiesing@faegre.com

I further certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be mailed by UPS Overnight Mail, to the following non-ECF participants:

- Gale A. Norton
  Secretary, United States Department of Interior
  1849 C. Street, NW
  Washington, D.C. 20240

- Matthew J. Hogan
  Acting Director, U.S. Fish and Wildlife Service
  1849 C. Street, NW
  Washington, D.C. 20240

- United States Department of Interior
  1849 C. Street, NW
  Washington, D.C. 20240

- U.S. Fish and Wildlife Service
  1849 C. Street, NW
  Washington, D.C. 20240

Date:  August 24, 2005

Sanne H. Knudsen MN #0344552
Attorney for Plaintiffs
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
sknudsen@faegre.com

M1:1241211.01