IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS of WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GALE NORTON, Secretary of the )<br>Department of the Interior, MATTHEW )<br>HOGAN, Acting Director of the United )<br>States Fish and Wildlife Service, and the )<br>UNITED STATES FISH and WILDLIFE )<br>SERVICE. )<br>Defendants. )<br>) | No. 1:05CV01573 (ESH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JIMMY A. RODRIGUEZ will be appearing as counsel for Defendants in the above-captioned case. Service of all papers by regular U.S. Mail may be made to Mr. Rodriguez at the following address:

JIMMY A. RODRIGUEZ
U.S. Dept. of Justice
Environment and Natural Resources Div.
Ben Franklin Sta., P.O. Box 7369
Washington, D.C. 20044-7369
telephone: 202-305-0342
fax: 202-305-0275

DATED this 29th day of August, 2005.

KELLY A. JOHNSON, Acting Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section

_____/s/_____
JIMMY A. RODRIGUEZ, Trial Attorney
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0342

Attorneys for Defendants