UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, Secretary of the )<br>  Interior, *et al.*, )<br>)<br>Defendants. )<br> ) | Civil Action No. 05-1573 (ESH) |

## ORDER

Based on a conference call held this date, it is hereby

**ORDERED** that defendants' opposition is due by noon on September 8, 2005, and any reply must be filed by noon on September 12, 2005. A hearing on the Motion for Preliminary Injunction is set for September 13, 2005 at 11:30 a.m.

                                                              s/                
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 30, 2005