

**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Jim Doyle, Governor
Scott Hassett, Secretary

RECEIVED
Region 3 Madison, Wisconsin
FEB 15 2005
U.S. FISH AND WILDLIFE SERVICE
Ecological Services

101 S. Webster St.
Box 7921
Madison, Wisconsin 53707-7921
Telephone 608-266-2621
FAX 608-267-3579
TTY 608-267-6897

February 11, 2005

Robyn Thorson
U. S. Fish & Wildlife Service
Bishop Henry Whipple Federal Building, 1 Federal Drive
Fort Snelling, MI 55111-4056

Subject: Endangered Species Permits and Recovery Permit

Dear Ms. Thorson: Robyn

**The Wisconsin Department of Natural Resources (WDNR) would like to request that Region 3 of the U.S. Fish and Wildlife Service immediately re-issue a permit for activities involving the capture, handling and control of problem wolves in accordance with Federal Endangered Species Permit PRT-697830.** This permit will be necessary for the WDNR to conduct research, surveys and control efforts on the gray wolf, *Canis lupus*, which is now again listed as endangered due to action of the U.S. District Court in Oregon on January 31, 2005.

A permit is needed as soon as possible so that the State of Wisconsin is in compliance with the Federal Endangered Species Act. Wisconsin has a very active population monitoring program, that at time includes the capture and handling of wolves, and collection of biological samples from these wolves. Wolf depredation activities have been on the increase in recent years, and last year 27 wolves were trapped at 12 farms. Wolf depredation occurred on 22 farms. We anticipate similar or higher levels of depredation in 2005 and need authority for WDNR and our partner, USDA-Wildlife Services, to allow livetrapping to respond to any wolf depredations that may occur.

The last permit issued to WDNR (see attached permit) was Subpermit 03-05 issued March 3, 2003. I have enclosed an attachment for updates to the permit, based on changes in personnel, new equipment, new research directions, and growing wolf depredation.

**The WDNR would also like the U.S. Fish and Wildlife Service to proceed as quickly as possible to issue a special, Recovery Permit for Wolf Control Activity in Wisconsin.** This special Recovery Permit should authorize all the same activities granted to Wisconsin under the 4d rule listed in the Federal Register on April 1, 2003 (Federal Register Vol. 68, No. 62, Tuesday, April 1, 2003, Rules and Regulations, (o), pp. 15874-15875). Wolves in Wisconsin have been at a status to consider down listing to threatened since 1997 (80 wolves for 3 or more years), and at a status to consider delisting since 1999 (100 wolves for 5 or more years with Michigan). The wolf population at the end of winter 2004 was at 373 animals and we anticipate that the current population may be 400 or more, 5 times the downlisting goal. The combined population for Michigan and Wisconsin is more than 730 wolves, more than 7 times the delisting goal for these two states.

Lethal control authority needs to be returned to Wisconsin as soon as possible. Wolves are occupying nearly all areas of suitable habitat and are beginning to expand into agricultural areas with livestock

---

www.dnr.state.wi.us
www.wisconsin.gov

*Quality Natural Resources Management Through Excellent Customer Service*



production. Farms with depredations grew from 8 in 2002 to 14 in 2003 and 22 in 2004. Suitable areas for translocating problem wolves are no longer available. Local people and county officials are becoming resentful against release of problem wolves into their area. The Wisconsin DNR has received resolutions against releasing wolves from 8 Wisconsin counties and 1 northern Wisconsin town. Translocation of problem wolves into saturated habitat puts wolves into greater jeopardy and risks spreading the problem and creating more resentment against wolf recovery. The Wisconsin wolf population has recovered and needs to be managed under a special recovery permit to allow for flexible management to maintain public support of wolves in the state.

We urge the U.S. Fish and Wildlife Service to re-issue the **Endangered Species Permit** for wolf conservation activity in Wisconsin as soon as possible and develop a **Recovery Permit** for lethal wolf control in depredation situations within a few weeks. We hope the Recovery Permit will be in place by mid-March when calving activities will be in full swing and wolf packs will be about to produce pups.

Thank you for your consideration.  look forward to your response.

Sincerely,

*[signature: Laurie Osterndorf]*

Laurie Osterndorf
Division of Land Administrator
Wisconsin Department of Natural Resources


CC: Scott Hassett, WDNR, Madison
    Signe Holtz, WDNR, Madison
    Tim Andryk, WDNR, Madison
    Charles Wooley, USFWS, Fort Snelling
    Ronald Refsnider, USFWS, Fort Snelling
    Pete Fasbender, USFWS, Fort Snelling

Modification needed for US Fish and Wildlife Service, Endangered Species Permit for Wolf Conservation in Wisconsin (original subpermit no. 03-05, issued March 3, 2003).

Changes recommended for permit for 2005:

WDNR Personnel: Delete, Paul Keenlance, and Dave Unger
        Add, Greg Kessler, Shawn Rossler, Tim Van Deelen

USDA-WS Personnel: Add, David Ruid, Charles Lovell, Mike Edwards, Mark Kerr, John Nuce, Mike Petrie, and Dan Hirchert

Research, monitoring and depredation abatement activities:

(1), after "7 McBride –Button leg hold traps," include "LDR 7.5 foot hold, and cable restraints". Delete potential trapping sites outside Wisconsin.

(2), Delete 2nd sentence; modify third sentence to "Depredation wolves may be fitted with radio collars or ear tagged, and tracked as needed to successfully resolve complaints."

(7) Delete whole section

(8) Change to (7)

(9) Delete whole section, no evidence that Sandhill Wolf is still alive or present.

(10) Change to (8), and change language from 2 specific farms, to "a maximum of 24 wolves may be taken within one-half mile of **farms with chronic wolf depredation ( verified depredation in at least 2 of the last 5 years).** This taking must be preceded by......"

(11) Change to (9), Change 2nd sentence to " A maximum of 30 wolves may be lethally ......."
Change 3rd sentence to the following: "Dead or moribund wolves are to be transferred to the USGS, National Wildlife Health Center, in Madison for necropsy of radio collared or federal legal cases, or submit to WDNR Wildlife Health Lab, in Monona for non-collared wolves and state legal cases."

(10), New section to read "Severely injured wolves may be euthanized and this permit will allow up to 4 such incidental takes annually. Wolves showing signs of mange or other serious, contagious disease may be euthanized instead of translocated or relocation; such euthanize wolves should all be examined through the National Wildlife Health Center."



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

IN REPLY REFER TO:
FWS/AES-TE

---

**AUTHORIZATION TO USE REGION 3 ENDANGERED AND THREATENED SPECIES PERMIT TO CARRY OUT THE FOLLOWING ACTIVITIES WITHIN THE STATE(S) OF WISCONSIN**

---

SUBPERMIT NO.      03-05                ISSUED  March 3, 2003
                                        EXPIRES December 31, 2003

INDIVIDUALS COVERED BY THIS SUBPERMIT:

WDNR Personnel: Adrian P. Wydeven (Coordinator), Bruce E. Kohn, Ronald N. Schultz, Richard P. Thiel, Paul W. Keenlance, David E. Unger, Ellen Heilhecker, Lesa H. Schuldt, Michele A. Kastler, Todd A. Naas, Bruce R. Bacon, Kenneth W. Jonas, Wayne H. Hall, and Thomas M. Gehring; Ho-Chunk Personnel: Ritchie Brown, Will Quackenbush, Ronald Anwash, and John Blackdeer; USDA/APHIS/Wildlife Services Personnel: Robert C. Willging (Supervisor for northern WS Districts), Scott F. Beckerman (Supervisor for southern WS Districts), John Shivik, Kelly A. Thiel, Chad Q. Alberg, James C. Rollman, Ed W. Zydzik, Walter W. Follis, James Miller, Eric A. Fromm, Mike A. Haen, Jeremy J. Irish, Phil V. Peterson, Barry F. Benson, and DeWayne A. Snobl. Assistants may work under the direct and on-site supervision of named permittees.

SPECIES COVERED BY THIS SUBPERMIT:
Gray Wolf  *Canis lupus*

In accordance with Federal Endangered Species Permit PRT-697830, you are authorized to conduct the following take activities on the above species for scientific research, enhancement of propagation, or enhancement of survival. Any activity related to Federally listed threatened or endangered species that is not specifically permitted in this document is prohibited.

The activities allowed under this subpermit and the conditions under which those activities must be conducted, are as follows:

Research, monitoring, and depredation abatement activities

(1) Trapping, and retrapping, of wolves in number 4, 14, or 7 McBride-Button leg hold traps in Wisconsin; in Pine and Carlton Counties, Minnesota; and in Gogebic, Iron, and Menominee Counties, Michigan.
(2) Chemically immobilize and radio-collar adult, yearling, and pup (over 30 pounds) wolves. Thirty adult or yearlings may be fitted with radio-collars and up to 30 pups may be fitted with special ear tag transmitters annually for research purposes. Depredating wolves may be fitted with radio-collars and tracked as needed to successfully resolve complaints.
(3) Collect blood samples, carry out routine non-invasive health assessment procedures, administer standard medications to combat health problems, and affix ear tags to all wolves captured.
(4) Aerially radio-track radio-tagged wolves at daily to weekly intervals.
(5) Remove and relocate depredating wolves in response to verified landowner complaints.

(6) Attach electronic avoidance collars, or similar devices, to condition potentially depredating wolves to avoid livestock facilities.

(7) Collect, from the Minnesota St. Croix State Park (Park) staff or USDA/APHIS/Wildlife Services personnel in Minnesota, and transport to Madison Wildlife Health Laboratory, wolves that were killed or salvaged by Park and WS personnel during the course of their official duties.

(8) A maximum of eight wolves known to be repeat depredators may be lethally taken per year under the following circumstances:
    8a. All wolves trapped at depredation sites shall be marked to identify subsequent depredation events;
    8b. Reasonable effort is made to successfully relocate the individual after the initial depredation event;
    8c. Individual animal has been confirmed as repeat depredator on livestock (including poultry), livestock guard animals and pets confined or leashed on private land. Events occurring on free-roaming dogs and deer or other game farm animals confined to enclosures do not qualify as depredation events;
    8d. Control actions for repeat depredators in the vicinity of tribal reservation boundaries shall be coordinated with Tribes prior to action. The Service's Green Bay Ecological Services Field Office shall decide course of action in case of disagreement. Wolves clearly identified as being of reservation origin (Tribal radio collars, ear tags, or other markings) shall not be lethally taken without the permission of the Tribe;
    8e. Lethal take shall be confined to private land and to Wisconsin state boundaries;

(9) You are authorized to temporarily hold one male wolf at Sandhill WMA that was accidentally injured, treated for injury, and subsequently escaped (on 5/24/95) from an enclosure at Sandhill WMA, Wisconsin. This wolf will be allowed to freely roam throughout the Wildlife Management Area until DNR biologists/managers determine the most appropriate disposition for the animal. You must receive authorization from the U.S. Fish and Wildlife Service before taking any action to trap, remove, relocate, or otherwise harass this individual.

(10) Permittees are authorized to take gray wolves in response to depredation on lawfully present domestic animals. A maximum of eight wolves may be taken within one-half mile of the James and Marcia Mihalek farm, 23605 Old US Highway 2, and within one-half mile of the James Gadamus farm, 29000 Hagstrom Road, Ashland, Wisconsin. This taking must be preceded by a determination by permittees that the depredation has likely been caused by gray wolves and depredation at the site is likely to continue in the absence of a taking. In addition, such taking must be performed in a humane manner.

(11) Any wolf injuries or mortalities as a result of activities conducted under this subpermit shall be reported to the U.S. Fish and Wildlife Service, BHW Federal Building, 1 Federal Drive, Fort Snelling, MN 55111-4056, telephone (612-713-5343) and the Green Bay Field Office, 2661 Scott Tower Road, New Franken, Wisconsin, 54229 (920/866-1717) within 5 calendar days. A maximum of 12 wolves may be lethally taken per year under authority of this permit. Dead or moribund wolves are to be transferred to the National Biological Service Madison Wildlife Health Laboratory as needed for necropsy. Specimens may be retained for further study or educational purposes with the written permission of the Madison Wildlife Health Laboratory; copies of such permission must be submitted with the report required by this subpermit. Wolves, or wolf parts, so taken may be transferred to Native Americans for religious and/or cultural purposes, public educational use, or scientific research purposes. A copy of this subpermit, or a letter of authorization from this office, must be retained with all specimens so transferred. All requests for carcasses must be made in writing. Specimens not suitable, or not needed, for such use must be destroyed.

A copy of PRT-697830 is attached, and you are required to adhere to the conditions of that permit. This subpermit and PRT-697830 must be in your possession while conducting any authorized activities. You are reminded that necessary state and/or local permits and a U.S. Fish and Wildlife Service bird banding permit, if applicable, must also be acquired and observed; this subpermit is invalid without such permits. This subpermit does not, either directly or by implication, allow or grant right of trespass. All specimens obtained under this subpermit remain the property of the United States Government and must be clearly identified as such.

REPORTING REQUIREMENTS

Annual and final reporting requirements for activities conducted under the authority of this subpermit, as well as copies of all data obtained from those activities, are due as described below. In addition, copies of all reports and publications resulting from those data must be submitted to this office as they become available. Failure to furnish any reports that are required by this subpermit is cause for subpermit revocation and/or denial of future permit or subpermit applications.

A report of your activities are due 01/31/2004. At a minimum, your report for activities conducted under the authority of this subpermit must contain a discussion of:

(1) The date, location, age, sex, ear tag number, and general description of the physical condition of each wolf captured;

(2) The results of any non-lethal wolf deterrent studies;

(3) Any administration of medications to captured wolves;

(4) The disposition of wolves killed, injured, salvaged, and/or transported to the Madison Wildlife Health Laboratory;

(5) The results of any blood analyses.

(6) The results of efforts to address and resolve depredation issues.

All correspondence related to this subpermit should reference the subpermit number shown above. Any questions you may have regarding this subpermit should be directed to the Region 3 Endangered Species Permits Biologist at (612) 713-5343.

Charlie Wooley
Assistant Regional Director, Ecological Services

cc: FWS/ES Endangered Species Coordinator for   Wisconsin
    DNR/DOC Endangered Species Coordinator for  Wisconsin

3