**Exhibit 4 -- Michigan Letter**



STATE OF MICHIGAN

JENNIFER M. GRANHOLM
GOVERNOR

## DEPARTMENT OF NATURAL RESOURCES
LANSING

REBECCA A. HUMPHRIES
DIRECTOR

February 22, 2005



RECEIVED
Region 3

FEB 2 4 2005

U.S. FISH AND WILDLIFE SERVICE
Ecological Services

Ms. Robyn Thorson, Regional Director
U.S. Fish and Wildlife Service
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

SUBJECT:     Section 10(a)(1)(A) Permit for Wolf Conservation in Michigan

Dear Ms. Thorson:

We request a permit under Section 10(a)(1)(A) of the Federal Endangered Species Act to enhance the survival of the wolf population in Michigan. Our proposed activities are outlined in the enclosed application. In general, we seek authority to use harassment and lethal control to respond to wolf-related threats to human safety and domestic animals. These actions are necessary to maintain public support and thereby ensure the long-term recovery of the species.

During the past decade, the wolf population in Michigan has increased by approximately 500%. The combined population in Wisconsin and Michigan is seven to eight times larger than required by Federal delisting criteria. As the Michigan population has grown, the incidence of problems posed by wolves has increased. Of the 66 wolf-related livestock depredation events confirmed since 1996, 39 (59%) occurred within the past two years. Eighteen of the 25 (72%) attacks on pet dogs confirmed since 1996 have occurred in the past three years. The number of wolves habituated near human residences also has been growing. As wolves expand further into agricultural and residential areas, we expect the incidence of these conflicts to increase exponentially with population size.

As a result of increasing wolf problems, public support is eroding. Negative media reports are becoming more common, and the frequency of complaints to our agency is increasing. Perhaps most significant, the number of illegal wolf killings has been on the rise. At least 10 of the 21 (48%) radio-collared-wolf mortalities which occurred in 2004 were due to illegal taking. In this way, mounting anti-wolf sentiments are having a direct effect on the wolf population, despite legal protection. Without the authority which would allow us to effectively deal with problem wolves, public support will continue to decline, and the frequency of these illegal actions are certain to increase.

NATURAL RESOURCES COMMISSION
Keith J. Charters-Chair ◻ Mary Brown ◻ Bob Garner ◻ Gerald Hall ◻ John Madigan ◻ Frank Wheatlake

STEVENS T. MASON BUILDING ◻ P.O. BOX 30028 ◻ LANSING, MICHIGAN 48909-7528
www.michigan.gov/dnr ◻ (517) 373-2329

**Exhibit 4 -- Michigan Letter**

Ms. Robyn Thorson
Page 2
February 22, 2005

Without a permit, the options currently available to us are impractical or insufficient for effective management of the wolf population. Improvement of husbandry techniques is often unsuccessful at deterring livestock depredation. Relocation is no longer feasible in the Upper Peninsula (UP) for several reasons: (1) relocated wolves often do not remain near release sites, and some return to their original territories; (2) given the widespread wolf distribution across the UP at this time, any relocated wolves would probably be killed by resident packs; (3) relocated wolves may continue to exhibit problem behavior; and (4) relocation gives the false impression that we are introducing additional wolves to the UP, which contributes to the decline in public support. We continue to provide monetary reimbursement for property loss due to wolf depredation, but most livestock producers do not see compensation as an acceptable solution. To foster tolerance within this group, we need the ability to prevent or minimize serial depredation.

For these reasons, the authority to use lethal control and harassment is absolutely necessary to manage and conserve wolves in Michigan. The ability to respond effectively to problems would minimize the development of negative public attitudes and better ensure the persistence of the population as a whole.

We request that you expedite the issuance of our permit, because depredation is expected to increase when calves and wolf pups are born in the spring. Please contact Mr. Todd Hogrefe, Endangered Species Coordinator, at 517-373-3337, if you have any questions regarding our application. Thank you for your prompt consideration of this urgent matter.

Sincerely,

Mindy Koch
Resource Management Deputy
517-373-2329

Enclosures (4)
c:    Mr. Pete Butchko, USDA Wildlife Services
      Ms. M. Carol Bambery, DNR
      Mr. Alan Marble, DNR
      Dr. William Moritz, DNR
      Dr. Patrick Lederle, DNR
      Dr. Dean Beyer, DNR
      Mr. Brian Roell, DNR
      Mr. Todd Hogrefe, DNR

**Exhibit 4 -- Michigan Letter**



Department of the Interior
U.S. Fish and Wildlife Service
**Federal Fish and Wildlife Permit Application Form**

Expires September 30, 2007
OMB No. 1018-0094

**Return to:** *Click here for addresses*

Endangered Species - USFWS
BHW Federal Bldg., 1 Federal Drive
Fort Snelling, MN  55111-4056

**Type of Activity:**

**Native Endangered & Threatened Species --**
**Scientific Purposes, Enhancement of Propagation or Survival Permits**
**(i.e., Recovery Permits) and Interstate Commerce Permits**

Complete sections A. OR B. and C. on this page, plus the attached pages of this application.  Application will not be considered complete without all sections.  See additional instructions on attached pages.

| A. | Complete if applying as an individual | | |
|---|---|---|---|
| 1.a. Last name | 1.b. First name | 1.c. Middle name or initial | 1.d. Suffix |
| 2.a. Street address (line 1) | 2.b. Street address (line 2) | 2.c. Street address (line 3) | |
| 3.a. City | 3.b. Province | 3.c. State | 3.d. Zip code/Postal code: | 3.e. Country |
| 4. Date of birth (mm/dd/yyyy) | 5. Social Security No. | 6. Occupation | 7.a. Home telephone number | |
| 7.b. Work telephone number | 7.c. Fax number | 8. E-mail address | 9. County | |
| 10. List any business, agency, organizational, or institutional affiliation associated with the wildlife or plants to be covered by this permit (see C.1.) | | 11. Doing business as (dba) | |

| B. | Complete if applying as a business, corporation, public agency or institution | | | |
|---|---|---|---|---|
| 1.a. Name of business, agency, or institution  Michigan Department of Natural Resources | | 1.b. Doing business as (dba) | | |
| 2.a. Street address (line 1)  530 W. Allegan | 2.b. Street address (line 2)  P.O. Box 30444 | | 2.c. Street address (line 3) | |
| 3.a. City  Lansing | 3.b. Province | 3.c. State  MI | 3.d. Zip code  48909 | 3.e. Country  USA |
| 4. Tax identification no.  38-6000134 | 5. Describe the type of business, agency, or institution and provide state of incorporation  State of Michigan natural resource agency | | | |
| 6.a. Principal officer (President, director, etc) Last name  Koch | 6.b. First name  Mindy | 6.c. Middle name or initial  S. | | 6.d. Suffix |
| 7. Principal officer title:  Resource Management Deputy | | 8. Home telephone number | | |
| 9. Work telephone number  517-373-0046 | 10. Fax number  517-335-4242 | 11. E-mail address  kochs@michigan.gov | 12. County  Ingham | |

| C. | All applicants complete |
|---|---|
| 1. | Do you currently have or have you had any Federal Fish and Wildlife permits? (For simplification, all licenses, permits, registrations, and certificates will be referred to as a permit.)  Yes ☒  If yes, list the number of the most current permit you have held:  TE087769-0     No ☐ |
| 2. | Have you obtained all required State, Federal, or foreign government approval(s) to conduct the activity you propose?  Yes ☒  If yes, provide a copy of the approval(s).     Have applied ☐     Not required ☐ |
| 3. | Enclose check or money order payable to the U.S. FISH AND WILDLIFE SERVICE in the amount of $25 [50 CFR 13.11(d)(2)].  Institutions which qualify under 50 CFR 13.11(d)(3) may be exempt from the application processing fee. |
| 4. | Certification: I hereby certify that I have read and am familiar with the regulations contained in Title 50, Part 13, of the Code of Federal Regulations and the other applicable parts in subchapter B of Chapter I of Title 50, and I certify that the information submitted in this application for a permit is complete and accurate to the best of my knowledge and belief. I understand that any false statement herein may subject me to the criminal penalties of 18 U.S.C. 1001. |
| 5. | Signature (in blue ink) of applicant/person responsible for permit in Section A. or B. (Photocopied signatures are not accepted.)     6. Date (mm/dd/yyyy):  2-23-05 |

Form 3-200-55 (Rev. 6/2004)          **Please continue to next page**          1

Exhibit 4 -- Michigan Letter

## APPLICATION FOR A NEW FEDERAL RECOVERY PERMIT

Text in bold corresponds to items identified on Form-3-200-55

**A.**       **IDENTIFY SPECIES AND ACTIVITY**

**A.1.a.**       **Provide the common and scientific names of the species being requested for coverage in the permit and their status (endangered or threatened).**

Gray wolf (*Canis lupus*): endangered

**A.1.b.**       **Provide the number, age, and sex of such species to the extent known.**

Up to 10 percent of the wolf population in Michigan annually, including both male and female wolves but excluding young-of-year wolves prior to August 1 each year.

**A.1.c.**       **Identify the activity sought to be authorized for each species.**

Activities:

The Michigan Department of Natural Resources requests authority to:

1. Conduct lethal control of wolves involved in confirmed depredation of livestock or other domestic animals, according to the following conditions:
    a. Wolf depredation on lawfully present domestic animals must be verified by appropriately trained personnel.
    b. Depredation is likely to be repeated.
    c. The taking must occur within 1 mile of the depredation site.
    d. Taking, wolf handling, and euthanizing must be carried out in a humane manner, and may include the use of steel leghold traps, snares, shooting, and/or lethal injection.
    e. Traps and snares must be checked at least every 24 hours.
    f. Young-of-year wolves trapped before August 1 must be released.
    g. Lactating females trapped before July 1 must be released near the point of capture unless they have been involved with chronic depredation problems (i.e., three or more depredation events); in this case, lactating females may be captured and euthanized.
    h. Lethal control efforts may not be implemented at livestock operations or on other private lands that fail to follow technical assistance guidelines in a timely manner.

1

**Exhibit 4 -- Michigan Letter**

       i. Lethal control may not be used when wolves kill dogs that are free-roaming, hunting, or training on public lands.
       j. Disposal of wolf carcasses and parts will follow the: *Michigan Department of Natural Resources (MDNR) Wildlife Division procedure: disposal of wildlife carcasses and parts* (enclosed).

2. Harass wolves that pose a threat to humans, livestock and other domestic animals, according to the following conditions:
    a. Injurious harassment may be conducted when:
       i. a wolf attacks or closely approaches livestock or other domestic animals.
       ii. a wolf has lost its fear of humans.
       iii. a wolf closely approaches humans.
       iv. a wolf closely approaches a human residence three or more times.
       v. the harassment cannot be reasonably expected to cause permanent physical damage or death to a wolf.
    b. Noninjurious harassment may occur in all instances identified in 2.a. and also when:
       i. a wolf approaches a human residence
       ii. a wolf nears/enters an area occupied by livestock or other domestic animals.
       iii. the harassment cannot be reasonably expected to cause temporary or permanent physical damage or death to a wolf.

3. Designate other agencies, tribal governments, organizations, and private individuals as State agents authorized to conduct activities outlined under Items 1 and 2, according the following conditions.
    a. Designated State agents must understand and adhere to all conditions outlined under Items 1 and 2.
    b. Permittee must inform the U.S. Fish and Wildlife Service of any wolves taken by designated agents in accordance with the reporting requirements outlined below.

<u>Reporting:</u>

The Michigan Department of Natural Resources will provide an annual permit report to the U.S. Fish and Wildlife Service East Lansing Field Office by January 31 each year. This report will include:

1. the date, location, age, sex, and general description of the physical condition of each wolf captured;
2. description of any medications administered to captured wolves;
3. the disposition of any wolves injured, killed, salvaged, held and transported;

2

Exhibit 4 -- Michigan Letter

4. the results of any blood analysis;
5. the results of efforts to address and resolve depredation issues; and
6. a summary that includes the following for each wolf injury or mortality that occurred:
   a. the date and time of the taking;
   b. the name of any persons involved in the takings;
   c. the circumstances surrounding any taking, including the stimulus for the taking, and/or human activities involved;
   d. the behavioral responses of any gray wolves taken; and
   e. any actions taken to avoid or minimize taking.

Definitions:

Depredation is defined as the injury or killing of livestock and other domestic animals.

Domestic animals include animals that have been selectively bred over many generations to enhance specific traits for their use by humans, including use as pets.

Injurious harassment includes, but is not limited to, the use of nonlethal ammunition such as rubber bullets or projectile bean bags.

Livestock include, but are not limited to, cattle, sheep, new world camelids, goats, bison, privately owned cervids, ratites, swine, equine, poultry, aquaculture, rabbits and herding or guard animals (e.g., llamas, donkeys, and certain special-use breeds of dogs commonly used for guarding or herding livestock).

Noninjurious harassment includes, but is not limited to, the use of scare devices such as hazing kits, strobe lights, and sirens.

**B.**        **IDENTIFY LOCATION OF THE PROPOSED ACTIVITY**

**B.1.**      **Provide the name of the State, county, and specific location of the proposed activity site(s). Include a formal legal description, section/township/range information, county tax parcel number, local address, or any other identifying property designation that will precisely place the location of the proposed activity site(s).**

State of Michigan.

**B.2.**      **If the specific study area is known at the time of application, attach a U.S. Geological Survey map of the study area in 7.5 minute quadrangle (1:24,000) scale, or other appropriately scaled map. If you**

3

Exhibit 4 -- Michigan Letter

plan to conduct surveys on a contract basis in the future, these maps can be provided once the specific area is known (the counties in which you will work must be provided at this time).

Not useful.

**B.3.**    **If your request is for aquatic species, identify the aquatic system (river/lake/stream name, river mile information, and drainage basin).**

Not applicable.

**C.**    **DESCRIBE THE PROPOSED ACTIVITY**

**C.1.**    **Provide a statement justifying the permit request, including the following: [*A copy of a research or study proposal that provides this information can be attached in lieu of the information requested below.*] Use additional sheets as necessary.**

See below.

**C.1.a.**    **Describe in detail the purpose(s) and objective(s) of the project.**

The purpose of the proposed activities is to enhance the survival and recovery of the gray wolf in Michigan, by preventing or minimizing the development of negative public attitudes which can result in widespread adverse impacts to the population. The objectives of the proposed activities are to reduce threats to human safety and to prevent or minimize depredation by wolves on domestic animals. By responding effectively to human-safety and depredation concerns, we will be able to minimize the development of intolerance and resentment for the wolf population. The proposed actions are therefore necessary to maintain public support and thereby ensure the long-term recovery of the species.

**C.1.a.i.**    **Include study design, sampling methodologies and equipment to be used.**

See activities and conditions outlined under A.1.c. For a more thorough discussion of methodologies and equipment to be used, see:

*Michigan Department of Natural Resources Wildlife Division procedure: guidelines for management and lethal control of wolves following confirmed depredation events* (enclosed).

4

Exhibit 4 -- Michigan Letter

**C.1.a.ii.**    **Identify any null hypothesis or other anticipated results from the project that will support the reasoning why the project is justified for enhancement of propagation or survival of the affected species.**

During the past decade, the wolf population in Michigan has increased by approximately 500 percent. The combined population in Wisconsin and Michigan is now 7–8 times larger than required for Federal delisting criteria. As the Michigan population has grown, the incidence of problems posed by wolves has increased dramatically. Of the 66 wolf-related livestock depredation events confirmed since 1996, 39 (59%) occurred within the past two years alone. Eighteen of the 25 attacks on pet dogs confirmed since 1996 have occurred in the past three years. The number of wolves habituated near human residences has also been growing. As wolves expand further into agricultural and residential areas, we expect the incidence of these conflicts to increase exponentially with population size.

As a result of increasing wolf problems, public support is eroding. Negative media reports are becoming more common. The frequency of complaints to our agency is increasing. Perhaps most significant, the number of illegal wolf killings has been on the rise. At least 10 of the 22 (45%) radiocollared-wolf mortalities in 2004 were due to illegal poaching. In this way, mounting anti-wolf sentiments are having a direct effect on the wolf population, despite legal protection. Without the authority which would allow us to effectively deal with problem wolves, public support will continue to decline and the frequency of these illegal actions are certain to increase.

Without a permit, the options currently available to us are infeasible or insufficient to effectively manage the wolf population. Improvement of husbandry techniques is often unsuccessful at deterring depredation. Relocation is no longer practicable in the Upper Peninsula (UP) for several reasons: (1) relocated wolves do not remain near release sites, and some return to their original territories; (2) given the widespread wolf distribution across the UP at this time, any relocated wolves would probably be killed by resident packs; (3) relocated wolves may continue to exhibit problem behavior; and (4) relocation gives the false impression to the public that we are introducing additional wolves to the UP, which contributes to the decline in public support. We continue to provide monetary reimbursement for property loss due to wolf depredation, but most livestock producers do not see compensation as an acceptable solution. To foster tolerance within this group, we need the ability to prevent or minimize serial depredation.

For these reasons, the authority to use lethal control and harassment is absolutely necessary to manage the Michigan wolf population. The ability

5

Exhibit 4 -- Michigan Letter

ability to respond effectively to problems would minimize the development of negative public attitudes and better ensure the persistence of the population as a whole.

For a more thorough discussion of how the proposed activities will enhance the survival and recovery of the species, see:

*Federal Register. April 1, 2003. Final rule to reclassify and remove the Gray wolf from the list of endangered and threatened wildlife in portion of the coterminous United States; establishment of two special regulations for threatened gray wolves. 50 CFR Part 17 Volume 68, No. 62, pages 15804–15875.*

**C.1.a.iii.**   **Include planned disposition of specimens upon completion of project.**

The disposition of specimens will be determined according to 50 CFR 17.21 and the: *Michigan Department of Natural Resources (MDNR) Wildlife Division procedure: disposal of wildlife carcasses and parts* (enclosed).

**C.1.b.**   **Describe how the proposal will help recover each species.**

See C.1.a and C.1.a.ii.

**C.1.b.i.**   **If there is an approved recovery plan, identify the recovery tasks by number and name, if applicable.**

Not applicable.

**C.1.b.ii.**   **Identify, or provide copies of any previous or similar research conducted on this species.**

For a description of depredation management conducted in Michigan under the former 4(d) rule, see:

*Michigan Department of Natural Resources Wildlife Division procedure: guidelines for management and lethal control of wolves following confirmed depredation events* (enclosed).

**C.1.b.iii.**   **If this information exists, explain how the project will answer questions not answered by earlier research.**

Not applicable.

**C.1.b.iv.**   **Explain how you will coordinate your efforts with past and ongoing research studies.**

Exhibit 4 -- Michigan Letter

Lethal control will be conducted using methods similar to those authorized and used under the former 4(d) rule. For a description of these methods, see:

*Michigan Department of Natural Resources Wildlife Division procedure: guidelines for management and lethal control of wolves following confirmed depredation events* (enclosed).

**C.1.c.    Can this project result in the injury, death, or removal from the wild of any individuals of the species?**

Yes.

**C.1.c.i.    If yes, describe all that apply (i.e., injury, death, removal from the wild).**

Injury and death could occur due to the proposed actions. Live animals would not be removed from the wild.

**C.1.c.ii.    For each species, please state the maximum number of individuals that would be injured, killed, or removed from the wild: [If applicable, please identify, based on a reasonable expectation, the number of individuals likely to be injured or killed per activity.]**

We request authority to take as much as 10 percent of the population annually in response to confirmed depredation events. The Michigan wolf population is estimated to consist of approximately 400 wolves. At the requested level of take and the current population size, as many as 40 wolves could be removed from the population annually. However, the actual number of wolves taken annually would probably not exceed 20 during the next few years. As the population grows and depredation events occur more frequently, this number will probably increase.

**C.1.c.iii.    Please state what will be done to minimize the possibility of injury to or death of individuals.**

1. Wolf depredation on lawfully present domestic animals must be verified by appropriately trained personnel. All personnel making field evaluations to determine whether an incident constitutes a verified wolf depredation event will have undergone the depredation training provided by MDNR Wildlife Division.
2. The evaluation of whether depredation is likely to occur again will be based on a field review, past history of depredations in the area, known pack locations and movement patterns, and consultation with MDNR Management Unit Supervisors.
3. Traps and snares must be checked at least every 24 hours.

7

Exhibit 4 -- Michigan Letter

4.  Snares should be set for nonlethal capture (to avoid entanglement of the captured animal).
5.  Young-of-year wolves trapped before August 1 must be released.
6.  Lactating females trapped before July 1 must be released near the point of capture unless they have been involved with chronic depredation problems (i.e., three or more depredation events); in this case, lactating females may be captured and euthanized.
7.  Lethal control efforts may not be implemented at livestock operations or on other private lands that fail to follow technical assistance guidelines in a timely manner.
8.  Lethal control may not be used when wolves kill dogs that are free-roaming, hunting, or training on public lands.
9.  On farms that suffer their first loss, control efforts will usually be stopped after two wolves have been captured.
10. Technical assistance will be provided to the extent practical to help address animal husbandry practices that may be contributing to wolf depredation. The MDNR will work with partners to develop and distribute materials detailing appropriate management practices to be used on farms where wolves occur in the vicinity. All technical assistance advised or given to producers prior to or after a depredation incident will be recorded.
11. Permittees will follow the most current accepted wolf-capture and handling protocols to ensure the risk of incidental injury or death is minimized to the fullest extent.
12. All wolf trappers will be properly trained in chemical immobilization, trapping, medical treatment, and other wolf handling procedures.

C.1.c.iv.    **If the proposed activity would cause the death of individuals from the wild or remove individuals from the wild, describe your attempts to obtain the wildlife or plant specimens currently held in captivity/nurseries/museums, or produced in captivity. You must demonstrate conclusively that existing specimens are unavailable or your study objectives require new/additional specimens. [Provide the identity and phone number of each contact made in this regard.]**

The purpose of the proposed action is to further wolf recovery and ensure population persistence through the removal of individual, wild wolves showing problem behavior. This purpose cannot be achieved through acquisition of captive specimens.

C.1.d.i.    **State whether full funding will be available for the completion of the proposed activity. [If you do not hold a contract at this time, but foresee receiving one, you may apply for a permit contingent upon receiving the contract(s).]**

8

Exhibit 4 -- Michigan Letter

Full funding, from State and Federal sources, will be available for conducting the proposed activities.

**C.1.e.**   **If live wildlife or plants to be covered by the permit are to be held in captivity: [C.1.e.i–C.1.e.vii]**

Not applicable.

**D.**   **IDENTIFY THE PERSONS WHO WILL CONDUCT THE PROPOSED ACTIVITY:**

**D.1.**   **Provide the full name of all individuals, including first name, middle initial, and last name, who you propose will work under this permit.**

Rebecca A. Humphries, Director
Michigan Department of Natural Resources

William E. Moritz, Chief
Wildlife Division, Michigan Department of Natural Resources

Alan Marble, Chief
Law Enforcement Division, Michigan Department of Natural Resources

Wildlife Division and Law Enforcement Division personnel working under the supervision of the persons named above.

Agents of the State designated according to the conditions outlined under A.1.c.

**D.1.a.**   **If more than one activity is included in the permit application, indicate which activity(ies) will be completed by each individual.**

All individuals working under the permit will potentially conduct all activities outlined under A.1.c.

**D.1.b.**   **For each listed individual, please also provide a copy of each person's resume and/or curriculum vitae, plus specific information on previous professional experience working with the species affected by the permit request. Information should include: the approximate number of hours of focused activity with each species in occupied habitat; approximate number of each species the applicant has worked with at each site (e.g., how many pair of birds at a specific site); names, dates, and location of areas surveyed; and experience with similar species. Please provide the names and phone numbers of at least two**

9

Exhibit 4 -- Michigan Letter

references who can verify experience with the species (reference letters are always appreciated).

Curricula vitae and other specific information on the persons named under D.1 will be made available upon specific request from the U.S. Fish and Wildlife Service.

References:

Mr. Craig Czarnecki, Field Supervisor
U.S. Fish and Wildlife Service
2651 Coolidge Road, Suite 101
East Lansing, MI 48823
517-351-8470

Mr. Mike DeCapita
U.S. Fish and Wildlife Service
2651 Coolidge Road, Suite 101
East Lansing, MI 48823
517-351-6274

| | |
|---|---|
| **E.** | **IDENTIFY THE LOCATION OF THE AFFECTED SPECIES:** |
| E.1.a–c. | **For each species indicate whether, at the time of the application, the organism was: still in the wild; had been removed from the wild (provide State, county, and specific location of removal); and was born in captivity or artificially propagated (provide State, county, specific location, and name of the institution where born or propagated).** |
| | All wolves relevant to this permit application are in the wild. |
| E.2. | **If you are applying for a permit for the collection of plants from the wild, list the lands from which you plan to collect the plants. [E.2.a–c]** |
| | Not applicable. |
| **F.** | **IDENTIFY OTHER PERMITS REQUIRED** |
| F.1. | **List any additional valid permits currently held or other permits needed for the proposed activities (i.e., permission to work on Federal lands, Federal bird banding permit, Corps of Engineers permits, Environmental Protection Agency NPDES permits, State, county or local permits, etc).** |

10

**Exhibit 4 -- Michigan Letter**

No additional permits are needed.

F.2.　　　**Attach a copy of permit or provide agency name, permit number (if any), effective date, and duration.**

Not applicable.

F.3.　　　**Provide information on any pending applications for the above permits and the reasons why the permits have not been issued.**

Not applicable.