

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

IN REPLY REFER TO:

FWS/AES-ESO

---

**AUTHORIZATION TO USE REGION 3 ENDANGERED AND THREATENED SPECIES PERMIT TO CARRY OUT THE FOLLOWING ACTIVITIES WITHIN THE STATE(S) OF MICHIGAN**

---

**SUBPERMIT NO.** 05-05  **ISSUED** April 19, 2005
 **EXPIRES** December 31, 2005

INDIVIDUALS COVERED BY THIS SUBPERMIT:

MDNR Personnel: Rebecca A. Humphries, William E. Moritz (Chief, Wildlife Division) and Wildlife Division personnel, Alan Marble (Chief, Law Enforcement Division) and Law Enforcement personnel, and other qualified designated State Agents yet to be named.

SPECIES COVERED BY THIS SUBPERMIT:

Gray Wolf    *Canis lupus*

In accordance with Federal Endangered Species Permit PRT-697830, you are authorized to conduct the following take activities on the above species for scientific research, enhancement of propagation, or enhancement of survival. Any activity related to Federally listed threatened or endangered species that is not specifically permitted in this document is prohibited.

The activities allowed under this subpermit and the conditions under which those activities must be conducted, are as follows:

1) A maximum of 20 wolves may be taken in 2005 for depredation control provided:

   1(a) Depredation occurred on lawfully present domestic animals, including livestock as defined by the Michigan Department of Agriculture. Lethal control shall not be used when wolves kill dogs that are free-roaming, hunting, or training on public lands;

   1(b) Lethal wolf control is preceded by verification that wolves were involved in the depredation. Such verification shall be made by individuals covered by this subpermit and will follow Michigan DNR guidelines for lethal control of depredating wolves;

   1(c) Depredation at the site is likely to continue in the immediate future if the depredating wolf or wolves are not removed;

   1(d) Wolf handling and euthanizing are carried out in a humane manner;

   1(e) Depredation control activities must occur within 1 mile of the depredation site;

   1(f) Traps and snares are checked at least every 24 hours;

   1(g) Young of the year captured before August 1 are released near the capture site;

   1(h) Lactating females trapped before July 1 must be released near the capture site, unless they have been involved in

three or more depredation events, in which case they may be euthanized.

    1(i) Depredation control activities on tribal lands must be coordinated with tribal natural resources personnel, and lethal control will only be carried out if requested by the tribe.

    1(j) If a depredation has not occurred in the current calendar year, lethal control shall only proceed in accordance to Conditions 1(a) through 1(i) and with the following:
        1(b)(i) Verified depredation occurred at the site, or in the immediate vicinity, during the previous year;
        1(b)(ii) There is strong evidence one or more members of the depredating pack has remained in the area since the verified depredation;
        1(b)(iii) Based on wolf behavior and other factors, the depredation is likely to be repeated; and
        1(b)(iv) Trapping is conducted in a location and in a manner to minimize the likelihood a wolf or wolves from a non-depredating pack is captured.

2) Accidental serious injury or mortality resulting from trapping activities to young of the year prior to August 1 may not exceed 4 individuals in 2005. In the event this number is met, all trapping activities shall cease. Such mortalities and serious injuries shall be reported to FWS as specified below within 5 calendar days.

3) Prior to July 1, 2005, capture of lactating females may not exceed 4 individuals. In the event this number is met, all trapping shall cease until July 1. Capture of lactating females prior to July 1, regardless of their condition at the time of their release, shall be reported to FWS within 5 calendar days.

4) The authority for lethal depredation control can be delegated to U.S.D.A.- Wildlife Services and Tribal Natural Resources Agencies. These agents are subject to the same conditions and reporting requirements described above.

5) Wolf trapping and handling by all personnel working under this subpermit shall follow Michigan DNRs' wolf trapping and handling protocols, which will be revised to incorporate new information and techniques as appropriate.

6) All trappers working under this subpermit shall be trained in, and receive annual refresher courses in the trapping, chemical immobilization, and medical handling of animals, with emphasis on wolves, to minimize accidental injury and death to wolves.

7) All mortalities and serious injuries, whether intentional or incidental, shall be reported to the Service's Region 3 Endangered Species Permits Biologist (permitsR3ES@fws.gov), the East Lansing Field Office (mike_decapita@fws.gov), the Upper Peninsula Sub-Office (christie_deloria@fws.gov), and the Service's Law Enforcement Office (robert_lumadue@fws.gov) within 5 calendar days. Notification by e-mail is sufficient. Wolves, or wolf parts, so taken may be transferred to Native Americans for religious and/or cultural purposes, public educational use, or scientific research purposes. A copy of this subpermit, or a letter of authorization from this office, must be retained with all specimens so transferred. All requests for carcasses must be made in writing. Specimens not suitable, or not needed, for such use must be destroyed.

    A copy of PRT-697830 is attached, and you are required to adhere to the conditions of that permit. This subpermit and PRT-697830 must be in your possession while conducting any authorized activities. You are reminded that necessary state and/or local permits and a U.S. Fish and Wildlife Service bird banding permit, if applicable, must also be acquired and observed; this subpermit is invalid without such permits. This subpermit does not, either directly or by implication, allow or grant right of trespass.

All specimens obtained under this subpermit remain the property of the United States Government and must be clearly identified as such.

## REPORTING REQUIREMENTS

Annual and final reporting requirements for activities conducted under the authority of this subpermit, as well as copies of all data obtained from those activities, are due as described below. In addition, copies of all reports and publications resulting from those data must be submitted to this office as they become available. Failure to furnish any reports that

are required by this subpermit is cause for subpermit revocation and/or denial of future permit or subpermit applications.

A report of your activities is due 01/31/2006. At a minimum, your report for activities conducted under the authority of this subpermit must contain a discussion of:

(1) the date, location, age, sex, ear tag number and general description of the physical condition of each wolf captured;
(2) description of any medications administered to captured wolves;
(3) the disposition of any wolves injured, killed, salvaged, held and transported;
(4) the results of any blood analysis;
(5) the results of efforts to address and resolve depredation issues, including repeat depredations by wolves; and
(6) a summary that includes the following for each wolf incidental and intentional injury or mortality that occurred (incidental and intentional mortality should be addressed separately in the report):
    6(a) the date and time of the taking;
    6(b) the name of any persons involved in the takings;
    6(c) the circumstances surrounding any taking, including the stimulus for the taking, and/or human activities involved;
    6(d) the behavioral responses of any gray wolves trapped and released; and
    6(d) any actions taken to avoid or minimize taking.
(7) Copies of all reports and publications resulting from this data shall be submitted to the Service's East Lansing Field Office as they become available.
(8) Reports shall be provided to the following:

Peter Fasbender  
US Fish and Wildlife Service  
BHW Federal Building  
1 Federal Drive  
Fort Snelling, MN 55111

Mike DeCapita  
US Fish and Widlife Service  
East Lansing Field Office  
2651 Coolidge Road  
East Lansing, MI 48823

All correspondence related to this subpermit should reference the subpermit number shown above. Any questions you may have regarding this subpermit should be directed to the Region 3 Endangered Species Permits Biologist at (612) 713-5343.

Wendi Weber  
Assistant Regional Director  
Ecological Services

Attachment

cc: FWS, Ft. Snelling, LE  
    FWS/ES TE Coordinator for Michigan  
    DNR/DOC TE Coordinator for Michigan