Exhibit 9 — Refsnider First Decl.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DEFENDERS OF WILDLIFE, et al.,        )

        Plaintiffs,

    v.

                     )    Civ. No. 05-01573 (ESH)

NORTON, et al.,

        Defendants        )
                          )

                          )
                          )

I, Ronald L. Refsnider, declare as follows:

1   I am the U.S. Fish and Wildlife Service's ("Service") Endangered Species Listing

Coordinator for Region 3, which has its Regional Office in Minneapolis, Minnesota. In this

capacity I am responsible for the overall coordination of all Region 3 activities associated

with the listing portion of the Service's mandate under the Endangered Species Act of 1973,

as amended ("ESA"). These activities include investigating species for addition to the

Service's list of candidate species; processing petitions to add, reclassify, or remove species

from the list of endangered and threatened species or to revise critical habitat; proposing

species for addition to the list, for reclassification from threatened to endangered or vice

versa, or for removal from the list; finalizing such actions; proposing and finalizing

designations or revisions to critical habitat for listed species; and activities related to such

actions, including budgeting and outreach activities for listing-related work.

1

Exhibit 9 — Refsnider First Decl.

2. In 1989 I became the Service's liaison to the Eastern Timber Wolf Recovery Team (Recovery Team) as it was revising and updating the 1978 Recovery Plan for the Eastern Timber Wolf. In this capacity I assisted the Recovery Team in addressing the comments received from wolf experts, government agencies, environmental and animal welfare organizations, and members of the public during the initial and extended public comment period for the draft revised Recovery Plan. I also assisted the Recovery Team in revising the draft Recovery Plan to incorporate changes brought about by these comments, resulting in a final revised Recovery Plan in 1992. As a result of these responsibilities I became very familiar with the threats to the gray wolf in the Midwest, and the actions the Recovery Team believed are necessary for the recovery of the gray wolf in the Eastern United States.

3. Since late 1997 and up until April 1, 2003, I was the national coordinator for the Service's gray wolf reclassification and delisting efforts. In this role I became the coordinator and primary author of the Service's Proposal to Reclassify and Remove the Gray Wolf From the List of Endangered and Threatened Wildlife in Portions of the Conterminous United States, published in the *Federal Register* on July 13, 2000, and of the Service's subsequent Final Rule to Reclassify and Remove the Gray Wolf From the List of Endangered and Threatened Wildlife in Portions of the Conterminous United States, published in the *Federal Register* on April 1, 2003.

4. Since April 1, 2003, and continuing to this date, I have been the Service's lead biologist in assisting the Department of Justice in litigation on the April 1, 2003, reclassification; I have assisted in the preparation of the Service's July 21, 2004, delisting proposal for the Eastern Distinct Population Segment of the gray wolf; and I continue to be deeply involved in wolf recovery activities in the Midwest.

5. As a result of these experiences and responsibilities, I have frequently represented the Service's Regional Office at Midwestern public wolf meetings, and I have represented the Service at national public wolf meetings.

6. The purpose of this declaration is provide a timeline for subpermit issuance and several incidents in which the subpermits and the Service's supporting documents were made available to the public and that availability was expressed to representatives of several of the Plaintiff organizations.

7 Subpermit 05-03 A1 was issued to Wisconsin DNR on April 1, 2005. Subpermit 05-05 was issued to Michigan DNR on April 19, 2005

8. On April 4 or 5, 2005, the Wisconsin subpermit (05-03 A1) and supporting documents were posted on the Region 3 web site. During the period April 21 through April 25, 2005, the Michigan subpermit (05-05) and supporting documents were posted on the Region 3 web site.

9. On April 10 or 11, 2005, I received a request from Karlyn Berg to e-mail to her a copy of the WI subpermit, because her fax was not working. I was unable to provide it via e-mail, but offered to bring it to the April 15-16, 2005, Wisconsin DNR Wolf Population and Stakeholders meeting, an annual two-session meeting hosted by WI DNR in Wausau, WI. Ms. Berg and I generally attend these annual meetings. I attend them as a representative of Region 3 of the Service. Ms Berg attends as a representative of the Humane Society of the United States.

10. On April 15 I provided a copy of subpermit 05-03 A1 to Ms. Berg. I also told her that the supporting documents were available on our web site.

3

11. On April 15 and 16, during portions of each day's session devoted to a "federal update" I announced to the audience that the Service had issued to Wisconsin DNR a subpermit for limited lethal depredation control of wolves. I also announced that we had received an application for a similar subpermit from Michigan DNR and were considering issuance of a similar subpermit for lethal depredation control of wolves in Michigan.

12. Ms. Berg was present during both days. Ms. Gina Schrader, representing Defenders of Wildlife, was in attendance during my April 16 announcement.

13. On April 26 and 27, 2005, I attended the Midwest Wolf Stewards Meeting in Hinckley, Minnesota. This is an annual meeting held in Minnesota, Wisconsin, or Michigan that is attended by state, federal, and tribal agencies involved in wolf recovery; non-governmental organizations interested in wolf recovery; stakeholder groups impacted by wolf recovery; and members of the general public. I usually attend the meeting as the representative of the Service's Regional wolf recovery program. Ms. Berg and Ms. Schrader also attended, representing the Humane Society of the United States and Defenders of Wildlife, respectively.

14. On April 26, during a portion of the meeting devoted to a summary of Federal wolf topics, I again announced the issuance of the limited lethal control subpermits for Wisconsin and Michigan DNRs, and the availability of copies of the subpermits and supporting information on our Region 3 web site.

15. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.


Executed in Fort Snelling, Minnesota, on this 7th day of September, 2005.

4