Exhibit 11 -- Permit No. 697830

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE

3-201 (1-97)

# FEDERAL FISH AND WILDLIFE PERMIT

**2. AUTHORITY-STATUTES**
16 USC 1539(a)
16 USC 1533(d)
16 USC 703-712

**REGULATIONS** (Attached)
50 CFR 17.22 & 17.32
50 CFR 17.62 & 17.72
50 CFR 21.23 & 21.27
50 CFR 13

**1. PERMITTEE**
U.S. FISH & WILDLIFE SERVICE, REGION 3
BISHOP HENRY WHIPPLE FEDERAL BUILDING
1 FEDERAL DRIVE
FORT SNELLING, MN 55111-4056
U.S.A.

**3. NUMBER**
TE697830-5     AMENDMENT

**4. RENEWABLE**  ☒ YES  ☐ NO
**5. MAY COPY**  ☐ YES  ☒ NO

**6. EFFECTIVE** 02/10/2003
**7. EXPIRES** 12/31/2005

**8. NAME AND TITLE OF PRINCIPAL OFFICER** (If #1 is a business)
ASSISTANT REGIONAL DIRECTOR, ES

**9. TYPE OF PERMIT**
THREATENED AND ENDANGERED SPECIES

**10. LOCATION WHERE AUTHORIZED ACTIVITY MAY BE CONDUCTED**
THROUGHOUT U.S. FISH AND WILDLIFE SERVICE REGION 3

**11. CONDITIONS AND AUTHORIZATIONS:**

A. GENERAL CONDITIONS SET OUT IN SUBPART D OF 50 CFR 13, AND SPECIFIC CONDITIONS CONTAINED IN FEDERAL REGULATIONS CITED IN BLOCK #2 ABOVE, ARE HEREBY MADE A PART OF THIS PERMIT. ALL ACTIVITIES AUTHORIZED HEREIN MUST BE CARRIED OUT IN ACCORD WITH AND FOR THE PURPOSES DESCRIBED IN THE APPLICATION SUBMITTED. CONTINUED VALIDITY, OR RENEWAL, OF THIS PERMIT IS SUBJECT TO COMPLETE AND TIMELY COMPLIANCE WITH ALL APPLICABLE CONDITIONS, INCLUDING THE FILING OF ALL REQUIRED INFORMATION AND REPORTS.

B. THE VALIDITY OF THIS PERMIT IS ALSO CONDITIONED UPON STRICT OBSERVANCE OF ALL APPLICABLE FOREIGN, STATE, LOCAL OR OTHER FEDERAL LAW.

C. VALID FOR USE BY PERMITTEE NAMED ABOVE.

D. ACCEPTANCE OF THIS PERMIT SERVES AS EVIDENCE THAT THE PERMITTEE AND ITS AUTHORIZED AGENTS UNDERSTAND AND AGREE TO ABIDE BY THE TERMS OF THIS PERMIT AND ALL SECTIONS OF TITLE 50 CODE OF FEDERAL REGULATIONS, PARTS 13 AND 17, PERTINENT TO ISSUED PERMITS. SECTION 11 OF THE ENDANGERED SPECIES ACT OF 1973, AS AMENDED, PROVIDES FOR CIVIL AND CRIMINAL PENALTIES FOR FAILURE TO COMPLY WITH PERMIT CONDITIONS. THIS PERMIT DOES NOT, EITHER DIRECTLY OR BY IMPLICATION, ALLOW OR GRANT RIGHT OF TRESPASS.

E. AUTHORIZED TO TAKE LISTED SPECIES AS CONDITIONED AND IDENTIFIED BELOW FOR SCIENTIFIC PURPOSES OR THE ENHANCEMENT OF PROPAGATION OR SURVIVAL FOR APPROVED RECOVERY ACTIVITIES:

**MAMMALS**
Bat, gray (*Myotis grisescens*)
Bat, Indiana (*Myotis sodalis*)
Bat, Ozark big-eared (*Plecotus townsendii ingens*)
Lynx, Canada (*Lynx canadensis*)
Wolf, gray (*Canis lupus*)

☒ ADDITIONAL CONDITIONS AND AUTHORIZATIONS ALSO APPLY

**12. REPORTING REQUIREMENTS**
ANNUAL REPORT DUE: 01/31

**ISSUED BY** [signature]
**TITLE** REGIONAL DIRECTOR
**DATE** 02/10/2003

Exhibit 11 -- Permit No. 697830

**BIRDS**
Crane, whooping (*Grus americana*)
Eagle, bald (*Haliaeetus leucocephalus*)
Plover, piping (*Charadrius melodus*)
Tern, least tern (*Sterna antillarum*)
Warbler, Kirtland's (*Dendroica kirtlandii*)

**REPTILES**
Snake, copperbelly water (*Nerodia erythrogaster neglecta*)
  (northern population)
Snake, Lake Erie water (*Nerodia sipedon insularum*)

**FISH**
Cavefish, Ozark (*Amblyopsis rosae*)
Darter, Niangua (*Etheostoma nianguae*)
Madtom, Scioto (*Noturus trautmani*)
Madtom, Neosho (*Noturus placidus*)
Sturgeon, pallid (*Scaphirhynchus albus*)
Topeka shiner (*Notropis topeka*)

**CLAMS**
Clubshell (*Pleurobema clava*)
Fanshell (*Cyprogenia stegaria*)
Mussel, ring pink (*Obovaria retusa*)
Mussel, winged mapleleaf (*Quadrula fragosa*)
Pearlymussel, cracking (*Hemistena lata*)
Pearlymussel, Curtis' (*Epioblasma florentina curtisi*)
Pearlymussel, Higgins' eye (*Lampsilis higginsi*)
Pearlymussel, orange-foot pimple back (*Plethobasus cooperianus*)
Pearlymussel, pink mucket (*Lampsilis abrupta*)
Pearlymussel, purple cat's paw pearlymussel (*Epioblasma obliquata obliquata*)
Pearlymussel, tubercled-blossom (*Epioblasma torulosa torulosa*)
Pearlymussel, turgid-blossom (*Epioblasma turgidula*)
Pearlymussel, white cat's paw (*Epioblasma obliquata perobliqua*)
Pearlymussel, white wartyback (*Plethobasus cicatricosus*)
Pigtoe, rough (*Pleurobema plenum*)
Pocketbook, fat (*Potamilus capax*)
Riffleshell, northern (*Epioblasma torulosa rangiana*)

**SNAILS**
Cavesnail, Tumbling Creek (*Antrobia culveri*)
Crayfish, cave (*Cambarus aculabrum*)
Snail, Iowa Pleistocene (*Discus macclintocki*)

**INSECTS**
Beetle, American burying (*Nicrophorus americanus*)
Beetle, Hungerford's crawling water (*Brychius hungerfordi*)
Butterfly, Karner blue (*Lycaeides melissa samuelis*)
Butterfly, Mitchell's satyr (*Neonympha mitchellii mitchellii*)
Dragonfly, Hine's emerald (*Somatochlora hineana*)

**CRUSTACEANS**
Amphipod, Illinois cave (*Gammarus acherondytes*)

**PLANTS**
*Aconitum noveboracense* – Northern wild monkshood
*Apios priceana* - Price's potato-bean
*Asclepias meadii* - Mead's milkweed
*Asplenium scolopendrium americanum* - American hart's-tongue fern
*Boltonia decurrens* - Decurrent false aster
*Cirsium pitcheri* - Pitcher's thistle
*Dalea foliosa* - Leafy prairie-clover
*Erythronium propullans* - Minnesota dwarf trout lily
*Geocarpon minimum* - no common name
*Helenium virginicum* - Virginia sneezeweed
*Hymenoxys herbacea* - Lakeside daisy
*Iris lacustris* - Dwarf lake iris
*Isotria medeoloides* - Small whorled pogonia
*Lespedeza leptostachya* - Prairie bush-clover

**Exhibit 11 -- Permit No. 697830**

*Lesquerella filiformis* - Missouri bladder-pod
*Lesquerella globosa* - Short's bladderpod
*Lindera melissifolia* - Pondberry
*Mimulus glabratus michiganensis* – Michigan monkey-flower
*Oxytropis campestris chartacea* - Fassett's locoweed
*Platanthera leucophaea* - Eastern prairie fringed orchid
*Platanthera praeclara* - Western prairie fringed orchid
*Sedum integrifolium leedyi* - Leedy's roseroot
*Solidago houghtonii* - Houghton's goldenrod
*Solidago shortii* - Short's goldenrod
*Spiraea virginiana* - Virginia spiraea
*Trifolium stoloniferum* - Running buffalo clover

F. PRIOR TO CONDUCTING ANY ACTIVITIES NOT EXCLUDED UNDER THE SERVICE'S NEPA CATEGORICAL EXCLUSIONS (516 DM 6, APPENDIX 1), THE PERMITTEE MUST ENSURE THAT ALL NEPA REQUIREMENTS HAVE BEEN SATISFIED.

G. PERMITTEE MUST MONITOR EACH ACTION TAKEN UNDER THIS PERMIT TO ASSURE THAT THE LIMITS SPECIFIED IN EACH SUBPERMIT ARE NOT EXCEEDED AND THAT RESEARCH EFFORTS AND HANDLING OF INDIVIDUAL SPECIES IS NOT DUPLICATED BY OVERLAPPING RESEARCH.

H. THIS PERMIT IS CONDITIONED UPON ALL APPLICABLE POLICY AND GUIDANCE.

I. SUBPERMITTEES MUST BE DESIGNATED IN WRITING.

J. SUBPERMITTEES MUST BE REQUIRED TO HOLD AND TRANSPORT LIVING SPECIMENS CAPTURED IN THE WILD ACCORDING TO THE PROVISIONS AND PROCEDURES OUTLINED IN PROFESSIONALLY ESTABLISHED PROTOCOLS FOR THE HANDLING AND TRANSPORT OF THE AFFECTED SPECIES.

K. PROCEDURES WILL BE INSTITUTED TO ENSURE THAT DISEASE TRANSMISSION DOES NOT OCCUR DURING TISSUE SAMPLING OR OTHER INVASIVE PROCEDURES AND THAT SUCH ACTIVITIES ARE ONLY PERFORMED BY PERSONS SKILLED IN THE TECHNIQUES OF HANDLING THE AFFECTED SPECIES.

L. THE PERMITTEE MUST ENSURE THAT ALL APPROPRIATE SECTION 7 CONSULTATION REQUIREMENTS HAVE BEEN COMPLETED PRIOR TO INITIATING ANY OTHERWISE PERMITTED ACTIVITIES AND THAT NO ACTION TAKEN UNDER THIS PERMIT WILL VIOLATE SUBSECTION 7(a)(2) OF THE U.S. ENDANGERED SPECIES ACT.

M. PERMITTEE MAY REMOVE GRAY WOLVES IN MINNESOTA WHICH CONSTITUTE A DEMONSTRABLE BUT NONIMMEDIATE THREAT TO HUMAN SAFETY, PROVIDED THAT THE TAKING IS DONE IN A HUMANE MANNER; THE TAKING MAY INVOLVE KILLING OR INJURING ONLY IF IT HAS NOT BEEN REASONABLY POSSIBLE TO ELIMINATE SUCH THREAT BY LIVE-CAPURING AND RELEASING THE SPECIMEN UNHARMED, IN A REMOTE AREA. ANY TAKING PURSUANT TO THIS PARAGRAPH MUST BE REPORTED IN WRITING TO THE ASSISTANT REGIONAL DIRECTOR, LAW ENFORCEMENT, 1 FEDERAL DRIVE, FORT SNELLING, MINNESOTA 55111-4056, WITHIN 5 DAYS. THE SPECIMEN MAY ONLY BE RETAINED, DISPOSED OF, OR SALVAGED IN ACCORDANCE WITH DIRECTIONS FROM LAW ENFORCEMENT.