# Rodriguez, Jimmy (ENRD)

**From:** Ron_Refsnider@fws.gov
**Sent:** Thursday, September 08, 2005 10:13 AM
**To:** Rodriguez, Jimmy (ENRD)
**Subject:** wolves taken under WI/MI subpermits to date

**Attachments:** tmp.htm



tmp.htm (1 KB)

WI as of 9/6 had taken 29 under the subpermit.  This includes 3 young of the year who were killed at a depredation site where 6 wolf-dog hybrids (including other young of the year) were trapped and killed at the same time.  (Hybrids are not protected by the ESA so they are not counted toward the numerical take limits in the subpermits.)  Presumably these 3 young are members of the same pack as the 6 hybrids, and since packs in WI usually only have a single litter of pups, these pups may also be hybrids.  Because they aren't as clear-cut hybrids as the 6, these 3 are being considered wolves for now, but have been sent to a geneticist at the FWS Forensics Lab in Ashland, Oregon, for a positive determination.  The bottom line:  26 to 29 wolves have been killed under the depredation control portion of the WI Subpermit, depending on whether the 3 are wolves or wolf-dog hybrids.

Depredation control trapping is currently underway at several farms in WI.

Michigan DNR has only killed two depredating wolves under the subpermit.  I don't know if depred. control trapping is underway in MI.  I'll check.

---Ron