UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>NORTON, et al., )<br>)<br>Defendants. )<br>)<br>) | Civ. No. 05-01573 (ESH)<br><br>NOTICE OF SUPPLEMENTAL EXHIBIT |

    Defendants in the above-listed action hereby notify the Court that the United Fish and Wildlife Service has submitted the attached Notice related to the issues before the Court in this case to the Federal Register for publication. See Exhibit 1.

Dated: September 12, 2005      Respectfully Submitted,

                                    KELLY JOHNSON, Acting Asst. Attorney General
                                    JEAN E. WILLIAMS, Section Chief


                                    _____/s/_____
                                    JIMMY A. RODRIGUEZ, Trial Attorney
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Wildlife & Marine Resources Section
                                    Ben Franklin Station, P.O. Box 7369
                                    Washington, DC 20044-7369
                                    Phone: (202) 305-0342/ Fax: (202) 305-0275
                                    Email: Jimmy.Rodriguez@usdoj.gov

Attorneys for Federal Defendants

Of Counsel:
Tony Sullins
Office of Solicitor
United States Department of the Interior