

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

FWS/AES-TE

August 12, 2005

Ms. Karen Thornton
Director, Office of the Federal Register
National Archives and Records Administration
Washington, D.C. 20408

Dear Ms. Thornton:

Under the provisions of 1 CFR 17, subpart C, we request immediate placement on public display and expedited publication of the enclosed *Federal Register* document. Expedited processing is necessary because the enclosed document initiates the processing of permits intended to replace existing Sub-Permits that are subject to possible injunctions by U.S. District Court, for the District of Columbia, on September 13, 2005.

This document bears the subject line "Endangered and Threatened Species Permit Applications" and references permit applications that have been assigned the numbers TE111357 and TE111360.

We sincerely appreciate your attention to this matter. Please contact Mr. Ron Refsnider at (612) 713-5346 to confirm the filing and publication dates, or if you have questions.

Sincerely,

Wendi Weber
Assistant Regional Director
Ecological Services

4310-55-P

DEPARTMENT OF THE INTERIOR

Fish and Wildlife Service

Endangered and Threatened Species Permit Applications

AGENCY: Fish and Wildlife Service, Interior.

ACTION: Notice of receipt of applications.

SUMMARY: The following applicants have applied for permits to conduct certain activities with endangered species pursuant to Section 10(a)(1)(A) of the Endangered Species Act of 1973 (16 U.S.C. 1531, et seq.), as amended (Act). This notice is provided pursuant to Section 10(c) of the Act.

DATES: Written data or comments must be received on or before [INSERT DATE 30

DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER]

ADDRESSES: Send written data or comments to the Regional Director (Attention: Peter Fasbender), U.S. Fish and Wildlife Service, Ecological Services, 1 Federal Drive, Fort Snelling, Minnesota 55111-4056.

FOR FURTHER INFORMATION CONTACT: Mr. Peter Fasbender, (612) 713-5343.

SUPPLEMENTARY INFORMATION:

Permit Application Number: TE111357

Applicant: Michigan Department of Natural Resources, Lansing, Michigan.

The applicant requests a permit to take the gray wolf (Canis lupis) throughout Michigan. The take would include both lethal and non-lethal control for wolves involved in depredating livestock, livestock guard animals, and pets and is consistent with the State Management Plan for wolves and the 1992 Recovery Plan for the Eastern Timber Wolf. Non-lethal control would involve harassing wolves by using rubber bullets, projectile bean bags, or other scare tactics. These activities are aimed at enhancement of survival of the species in the wild.

Permit Application Number: TE111360

Applicant: Wisconsin Department of Natural Resources, Madison, Wisconsin.

The applicant requests a permit to take the gray wolf (Canis lupis) throughout

Wisconsin for research, monitoring, and depredation abatement activities. The take would involve both lethal and non-lethal control for wolves involved in depredating livestock, livestock guard animals, and pets. Non-lethal control would involve harassing wolves by using rubber bullets, projectile bean bags, or other scare tactics. Research and monitoring efforts may involve unintentional injury or death to animals caught during the course of these activities. The taking is consistent with both the State Management Plan for wolves and the 1992 Recovery Plan for the Eastern Timber Wolf. The scientific research and depredation abatement activities are aimed at the enhancement of survival of the species in the wild.

Availability of Documents

Individuals requesting copies of the recovery permit applications should contact the Service by telephone at (612) 713-5343 or by letter (see ADDRESSES). Copies of the applications are available for public inspection at the Service's Regional website at: http://www.fws.gov/midwest/NEPA. All comments received from individuals become part of the official public record. Requests for such comments will be handled in accordance with the Freedom of Information Act and the Council on Environmental Quality's National Environmental Protection Act regulations [40 CFR 1506.6(f)]. Our practice is to make comments, including names and home addresses of respondents, available for public review during regular business hours. Individual respondents may request that we withhold their home address from the record, which we will honor to the extent allowable by law. If a respondent wishes us to withhold his/her name and/or address, this must be stated prominently at the beginning of the comment.

3

Authority: 16 U.S.C. § 1539(c)

Dated: September 7, 2005

*[signature]*
Wendi Weber
Assistant Regional Director,
Ecological Services, Region 3
Fort Snelling, Minnesota.