UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEFENDERS OF WILDLIFE**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1573 (ESH) |
| **GALE NORTON**, Secretary of the Interior, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is plaintiffs' motion for a preliminary injunction [#5]. For the reasons stated in open court at the hearing held this date, the Court grants the motion and will issue a permanent injunction. It is hereby

**ORDERED** that defendants Gale Norton, Matthew J. Hogan, the Department of the Interior, the United States Fish & Wildlife Service and their employees, agents, and any and all others acting in concert or participation with them are permanently enjoined and restrained from permitting any activities authorized under the issuances of Permit No. 05-05 or Permit No. 05-03 A1 to occur. Defendant the United States Fish and Wildlife Service is directed immediately to halt any "takings" of gray wolves for depredation control purposes in Michigan or Wisconsin pursuant to these permits; and it is

**FURTHER ORDERED** that judgment is entered for the plaintiffs and the above-captioned matter is **DISMISSED WITH PREJUDICE.**

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            s/
                                                                                ELLEN SEGAL HUVELLE
                                                                                United States District Judge

Date:   September 13, 2005