Exhibit 1



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

IN REPLY REFER TO:

FWS/AES-TE

**SENT VIA FAX AND FEDERAL EXPRESS**

Mr. P. Scott Hassett
Secretary
Department of Natural Resources
Box 7921
Madison, Wisconsin 53707

Dear Mr. Hassett:

Today Judge Ellen Segal Huvelle of the U.S. District Court for the District of Columbia (Defenders et al. v. Gale Norton et al. (1:05CV-01573-ESH, USDC)) issued an order (enclosed) which enjoins the continued utilization of Subpermit 05-03 A1, issued by this Region to the Wisconsin Department of Natural Resources on April 1, 2005. Therefore, we are advising you that this subpermit is no longer valid and is hereby revoked. Any activities being carried out under this subpermit must cease immediately. Furthermore, you must immediately return all copies of this subpermit to this office.

If you have questions, you may contact Mr. Peter Fasbender, Regional Permit Coordinator at (612) 713-5434 or by mail at: U.S. Fish and Wildlife Service, Ecological Services, 1 Federal Drive, Fort Snelling, Minnesota 55111-4056 (612) 713-5343.

Sincerely,

Wendi Weber
Assistant Regional Director
Ecological Services

Enclosure

cc:   Signe Holtz, Director of the Bureau of Endangered Resources
      USDA-APHIS-Wildlife Services

Exhibit 1



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

IN REPLY REFER TO:

FWS/AES-TE

**SENT VIA FAX AND FEDERAL EXPRESS**

Ms. Rebecca A. Humphries
Director
Department of Natural Resources
Box 30028
Lansing, Michigan 48909-7944

Dear Ms. Humphries:

Today Judge Ellen Segal Huvelle of the U.S. District Court for the District of Columbia (Defenders et al. v. Gale Norton et al. (1:05CV-01573-ESH, USDC)) issued an order (enclosed) which enjoins the continued utilization of Subpermit 05-05, issued by this Region to the Michigan Department of Natural Resources on April 1, 2005. Therefore, we are advising you that this subpermit is no longer valid and is hereby revoked. Any activities being carried out under this subpermit must cease immediately. Furthermore, you must immediately return all copies of this subpermit to this office.

If you have questions, you may contact Mr. Peter Fasbender, Regional Permit Coordinator at (612) 713-5434 or by mail at: U.S. Fish and Wildlife Service, Ecological Services, 1 Federal Drive, Fort Snelling, Minnesota 55111-4056 (612) 713-5343.

Sincerely,

Wendi Weber
Assistant Regional Director
Ecological Services

Enclosure

cc:   Todd Hogrefe, Endangered Species Coordinator
      USDA-APHIS-Wildlife Services