UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>NORTON, et al., )<br>)<br>Defendants )<br>)<br>) | Civ. No. 05-01573 (ESH) |

**[PROPOSED] ORDER ON FEDERAL DEFENDANTS'
MOTION FOR CLARIFICATION**

This matter comes before the Court on Federal Defendants' Motion for Clarification. The Court, having reviewed the motion, finding good cause, and being otherwise fully advised, FINDS and ORDERS as follows:

The Court hereby clarifies that the Court's September 13, 2005 Order, which enjoins any and all activity conducted under the authority of Subpermit No. 05-05 or Subpermit 05-03 A1, does not enjoin any wolf management activities taken under otherwise existing independent legal authority.

DATED, this _____ day of _____, 2005.

_____
United States District Judge