# TAB 1

**Brian B. O'Neill** – Brian O'Neill practices in general trial and appellate work for both plaintiffs and defendants.  He is a Fellow in the American College of Trial Lawyers, a Fellow in the International Academy of Trial Lawyers, and an Advocate of the American Board of Trial Advocates.  He was Trial Lawyer of the Year in 1995 by Trial Lawyers for Public Justice and listed as one of the ten best trial lawyers in America in 1994 by the National Law Journal.

In the summer of 1994, Brian O'Neill tried the civil cases resulting from the wreck of the *Exxon Valdez* in Prince William Sound, Alaska.  In 30 years of practice, he has tried most kinds of cases found in state and federal courts.  He has argued in all levels of courts in the U.S. from conciliation court to the U.S. Supreme Court.  He has also represented a variety of state and national environmental groups.

Mr. O'Neill received his J.D. from the University of Michigan, *magna cum laude*, in 1974.  He also received the Order of the Coif.  He received his undergraduate degree from the United States Military Academy in 1969, serving to Captain in the United States Army.

**Richard A. Duncan** – Richard Duncan has practiced in Faegre & Benson's business litigation and regulatory litigation groups since 1988 and has been a partner since 1996.  His practice focuses on environmental and commercial litigation, including antitrust litigation, and federal Indian law.  Mr. Duncan has taught as an adjunct professor of law at the University of Minnesota Law School, and is an officer of the governing council of the Antitrust Section of the Minnesota State Bar Association.

**Elizabeth H. Schmiesing** – Elizabeth Schmiesing has practiced in Faegre & Benson's regulatory litigation group since 1993 and has been a partner since 2000.  Ms. Schmiesing's practice includes litigation and counseling in the environmental, land use and utility regulation areas, as well as work in the Indian law area.

Ms. Schmiesing has been involved in litigation against the federal government and the state of Minnesota on a variety of issues, including environmental liability, environmental review, administrative procedure and environmental rights. She works with corporate and business clients on litigation brought by the state and federal government and on administrative enforcement actions. She assists clients with participation in various administrative processes, including commenting on proposed rules, environmental impact statements and environmental assessments, and seeking and participating in contested case and public hearings. Ms. Schmiesing has also assisted clients in seeking judicial review of administrative actions at both the federal and state levels.

Ms. Schmiesing is the past chair of the Minnesota State Bar Association Environmental and Natural Resources Law Section. She also serves as an adjunct faculty member at the University of Minnesota Law School, where she directs the Environmental Law Moot Court

**Colette B. Routel** - Colette Routel graduated *magna cum laude* from the University of Michigan Law School in 2001. While in law school Ms. Routel served as Contributing Editor to the Michigan Law Review and was awarded Order of the Coif. Upon graduation, Ms. Routel became an associate at Faegre & Benson, where her practice has focused on Indian law. In addition, Ms. Routel regularly represents environmental non-profit organizations in federal litigation. Ms. Routel is an adjunct professor at Hamline University Law School, where she teaches Native American Law and Environmental Law & Ecology.

**Sanne H. Knudsen** – Sanne Knudsen graduated *magna cum laude* from the University of Michigan Law School in 2002. While in law school, Ms. Knudsen served as a Contributing Editor to the Michigan Law Review and was awarded Order of the Coif. After graduating from law school, Ms. Knudsen clerked for the Honorable Ronald M. Gould on the Ninth Circuit Court of Appeals.

Ms. Knudsen is an attorney in the regulatory litigation group at Faegre & Benson, where she handles various regulatory and business litigation matters. Prior to joining the firm in January 2005, Ms. Knudsen was as an associate in the environmental law group at Sidley Austin Brown & Wood LLP, where her practice focused on civil environmental litigation and transactional matters. Ms. Knudsen is also an adjunct professor at Hamline University Law School, where she teaches Environmental Law and Ecology.

**David Shriver** - David Shriver is currently a third year law student at the University of Iowa Law School, where he also serves as a research assistant for Sir Geoffrey Palmer, a member of the faculty who focuses on international environmental law. During the summer of 2005, Mr. Shriver worked at Faegre & Benson as an Environmental Fellow, providing research and other legal assistance on pro bono environmental cases on behalf of organizations such as Defenders of Wildlife and The Wilderness Society.

**Susan M. Lahr** - Susan Lahr joined Faegre & Benson in 2000 and is a paralegal in the regulatory litigation group, where her emphasis is on environmental law. Ms. Lahr has assisted on various complex litigation cases including the *Exxon Valdez* Oil Spill Litigation by adjudicating over 2,000 fishermen claims; organized and managed the municipalities' claims for trial and assisted at counsel table during trial; created and operated the computer presentation to support the attorneys' fees oral argument; and assisted with the most recent punitive damages appeal brief to the Ninth Circuit Court of Appeals.

Ms. Lahr also assists on several environmental pro bono cases on behalf of The Wilderness Society, American Rivers, Izaak Walton League of America, Friends of the Boundary Waters Wilderness, Sierra Club, Defenders of Wildlife, and Friends of the Minnesota Valley by reviewing and analyzing hundreds of discovery documents to support brief arguments, working with clients to draft declarations, and managing and organizing the cases.

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute, Center
for Biological Diversity, Friends of Animals
and Their Environment ("FATE"), Help Our
Wolves Live ("HOWL"), The Humane Society
of the United States, Indigenous
Environmental Network, Klamath Forest
Alliance, Minnesota Wolf Alliance,
RESTORE: The North Woods, and the
Wildlands Project,

        Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United
States Department of the Interior, Matthew J.
Hogan, Acting Director of the United States
Fish and Wildlife Service, and United States
Fish and Wildlife Service,

        Defendants.

**Civ. File No: 1:05CV-01573**

## DECLARATION OF JASON C. RYLANDER

I, Jason C. Rylander declare as follows:

1.      I am an attorney licensed to practice law in the District of Columbia and the

Commonwealth of Virginia.

2.      I received my *Juris Doctor* in 2000 from the William and Mary School of Law, in

Williamsburg, Virginia, where I was an editorial board member of the Law Review,

symposium editor for the Environmental Law & Policy Review, and a member of Moot

Court. I received a Bachelor of Arts degree in 1993 from Cornell University, in Ithaca,

New York.

3.      I was admitted to practice law in the Commonwealth of Virginia on October 8, 2000 and was admitted to practice in the District of Columbia on November 2, 2001.

4.      I am admitted to practice before the U.S. Supreme Court; the U.S. Courts of Appeals for the Federal Circuit, D.C. Circuit, and Fourth Circuit; the U.S. District Courts for the District of Columbia and the Eastern District of Virginia; the Virginia Supreme Court; and the District of Columbia Court of Appeals.

5.      From September 2000 until May 2002, I was an associate in the Washington, D.C., office of the law firm of Perkins Coie, LLP.  I was a member of the Political Law Group and handed general litigation and matters related to political and campaign finance law and business ethics.

6.      From May 2002 until January 2005, I was Litigation and Policy Counsel for Community Rights Counsel, a non-profit appellate law firm in Washington, D.C., that specializes in environmental and constitutional litigation.  I participated as an *amicus* counsel in numerous cases before federal and state appellate courts and the U.S. Supreme Court on cases involving the Takings Clause and other constitutional provisions.

7.      Since January 2005, I have served as staff attorney for Defenders of Wildlife in Washington, D.C.  I specialize in litigation involving the Endangered Species Act and other federal and state wildlife protection statutes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of September, 2005

/s/ Jason C. Rylander

_____
Jason C. Rylander
District of Columbia Bar # 474995
Defenders of Wildlife
1130 17th Street, NW
Washington, D.C. 20036
(202) 682-9400 x. 145
(202) 682-1331

M1:1251479.01

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute, Center
for Biological Diversity, Friends of Animals
and Their Environment ("FATE"), Help Our
Wolves Live ("HOWL"), The Humane Society
of the United States, Indigenous
Environmental Network, Klamath Forest         Civ. File No: 1:05CV-01573-ESH
Alliance, Minnesota Wolf Alliance,
RESTORE: The North Woods, Sierra Club,
and the Wildlands Project,

        Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United
States Department of the Interior, Matthew J.
Hogan, Acting Director of the United States
Fish and Wildlife Service, and United States
Fish and Wildlife Service,

        Defendants.

---

### DECLARATION OF PATRICIA R. LANE

    1.     I am the Senior Attorney in the Animal Protection Litigation Section of

The Humane Society of the United States.

    2.     For the past eight years, I have acted as either first-chair or in a supporting

role in over 40 litigation matters involving local, state, and federal actions that affect

wildlife and farmed animal species. Prior to my experience at The Humane Society of

the United States, I first-chaired U.S. Court of Appeals litigation for the Federal Aviation

Administration (FAA) for 13 years and managed an office of litigating attorneys in both

the U.S. District Courts as well as the U.S. Court of Appeals. I had three years trial experience as a state public defender before my experience at the FAA.

3.      Since my admission to the bar in 1983, I have developed an expertise in the application of the National Environmental Policy Act and federal and state laws affecting non-human animal species, including wolves and other wildlife species.

4.      Based on my experience, I am able to offer specific insight into wildlife issues and laws relating to the various species. I have been involved with and worked on all the national litigation concerning wolves and the issues surrounding the species since 1997. From my involvement, I can review pleadings and participate in the construction of litigation matters and add substantive value to the works.

5.      I have worked with members of Faegre & Benson in the past on various matters and differing litigation matters and have acted as local counsel for the attorneys from the firm on other litigation cases. The lawyers at Faegre & Benson have been involved with litigation concerning wolf matters for the past decade and have the resources, expertise, and experience to undertake complex wildlife litigation against the federal government.

2

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on September 28, 2005, in Gaithersburg, Maryland.


*Patricia Lane*

Patricia R. Lane
Senior Attorney
Animal Protection Litigation Section
The Humane Society of the United States
700 Professional Drive
Gaithersburg, MD  20833
    301-258-3153
    plane@hsus.org

# TAB 2

### TIME FOR BRIAN O'NEILL

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 05/17/05 | 2.00 | Research APA regarding need for notice of intent to sue, nature of claim |
| | | |
| 07/15/05 | 1.50 | Research ESA Section 10(a)(1)(A) permit |
| | | |
| 8/02/05 | 1.00 | Review law regarding issuance of take permits |
| | | |
| 8/03/05 | 4.50 | Conference with S. Knudsen regarding members of plaintiff coalition, filing; review all pleadings |
| | | |
| 8/30/05 | 1.00 | Analyze parameters of an acceptable settlement agreement |
| | | |
| **Total** | **10.00** | |

### TIME FOR RICHARD A. DUNCAN

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 9/09/05 | .80 | Work with S. Knudsen on preliminary injunction oral argument |
| | | |
| 9/13/05 | 1.00 | Phone conference with S. Knudsen; notify clients of hearing outcome; review and circulate court order; e-mails to clients regarding next steps |
| | | |
| **Total** | **1.80** | |

## TIME FOR ELIZABETH SCHMIESING

| Date | Hours | Services |
|------|-------|----------|
| 06/13/05 | .40 | Review draft complaint |
| 06/14/05 | .30 | Conference with S. Knudsen regarding draft complaint |
| 06/15/05 | .10 | Conference with S. Knudsen regarding preliminary injunction |
| 06/20/05 | .20 | Conference with S. Knudsen regarding wolf permits matter |
| 06/21/05 | .10 | Communications with S. Knudsen and C. Routel regarding permits lawsuit |
| 07/07/05 | .70 | Review draft preliminary injunction memorandum; conference with S. Knudsen regarding same |
| 07/12/05 | .20 | Conference with S. Knudsen regarding comments to preliminary injunction memo |
| 8/04/05 | .10 | Conference with S. Knudsen regarding filing |
| 8/16/05 | .30 | Review e-mail from K. Berg; conference with C. Routel regarding status of preliminary injunction motion |
| 8/25/05 | .10 | Communication with S. Knudsen regarding amending in Sierra Club |
| 8/26/05 | .20 | Conference with S. Knudsen regarding HSUS comments on preliminary injunction motion |
| 8/29/05 | .30 | Conference with S. Knudsen regarding conference call with chambers and regarding government request for extension |
| 8/30/05 | .80 | Conference call with chambers regarding scheduling preliminary injunction hearing; discuss same with S. Knudsen |
| 9/07/05 | .30 | Conference with S. Knudsen regarding status of settlement |
| 9/08/05 | .20 | Conference with S. Knudsen regarding reply brief |
| 9/11/05 | .80 | Review pleadings and reply brief |
| 9/12/05 | .40 | Send e-mail to S. Knudsen with comments on reply |

| Date | Hours | Services |
|------|-------|----------|
|  |  |  |
| 9/12/05 | 3.00 | Travel to D.C. |
|  |  |  |
| 9/13/05 | 1.00 | Attend preliminary injunction argument |
|  |  |  |
| 9/13/05 | 3.00 | Travel from D.C. to Minneapolis |
|  |  |  |
| **Work Total** | **6.50** |  |
| **Travel Total** | **6.00** |  |
| **Total** | **12.50** |  |

**TIME FOR SANNE KNUDSEN**

| Date | Hours | Services |
|------|-------|----------|
| 05/31/05 | 4.50 | Meeting with C. Routel re drafting complaint challenging scientific take permits issued in Wisconsin and Michigan; research procedural requirements for issuing scientific take permits; outline draft of complaint |
| 06/01/05 | 2.00 | Read permit materials in preparation for drafting complaint |
| 06/03/05 | 5.00 | Review background materials re issuance of permits; research general permit that is referenced in subpermits; review research from D. Shriver regarding Section 10(c) caselaw |
| 06/06/05 | 6.50 | Draft complaint |
| 06/07/05 | 7.10 | Draft complaint |
| 06/08/05 | 2.50 | Edit complaint and circulate to B. O'Neill, C. Routel, R. Duncan, and E. Schmiesing for comment |
| 06/09/05 | .50 | Discuss comments to complaint with R. Duncan; draft e-mail circulating complaints to plaintiffs for review |
| 06/10/05 | .10 | Contact E. Schmiesing for comments on complaint |
| 06/13/05 | 3.00 | Meet with D. Shriver regarding research on standing requirements for purpose of procedural challenge; review cases on standing |
| 06/14/05 | 2.40 | Review of E. Schmiesing comments regarding complaint; revise complaint in accordance with E. Schmiesing comments |
| 06/15/05 | 1.10 | Circulate draft complaint to clients; review and respond to e-mails re same; discuss process for drafting preliminary injunction papers with E. Schmiesing and M. Hill |
| 06/16/05 | .20 | Talk to M. Hill re obtaining samples of preliminary injunction papers |
| 06/18/05 | 2.00 | Review preliminary injunction papers and begin researching preliminary injunction standards in D.C. Circuit |
| 06/20/05 | 3.10 | Research preliminary injunction standards in D. C. Circuit |

| Date | Hours | Services |
|------|-------|----------|
|  |  |  |
|  |  |  |
| 06/21/05 | 9.70 | Research cases and draft preliminary injunction motion; discuss motion with E. Schmiesing |
| 06/22/05 | 7.90 | Draft preliminary injunction; discuss comments to complaint with P. Lane from United States Humane Society |
| 06/23/05 | 5.60 | Draft memorandum in support of preliminary injunction motion |
| 06/27/05 | 1.80 | Meet with D. Shriver to discuss standing affidavits and other research projects in preparation for motion for preliminary injunction |
| 06/28/05 | 1.00 | Edit declaration template for standing purposes and send same to plaintiff group |
| 06/30/05 | .20 | Review standing legal research memo by D. Shriver |
| 07/05/05 | 5.00 | Reply to J. Rylander from Defenders re status of complaint; call M. Senatore at Defendants re participation as local counsel; revise complaint; prepare papers for filing the complaint, including civil cover sheet, summons, and corporate disclosure |
| 07/06/05 | 4.10 | Prepare materials for filing complaint; revise memorandum in support of preliminary injunction and circulate to C. Routel, R. Duncan, E. Schmiesing, and B. O'Neill for comment |
| 07/07/05 | 2.70 | Review comments from E. Schmiesing re memorandum in support of preliminary injunction motion; revise same |
| 07/11/05 | 5.50 | Revise preliminary injunction memorandum in support; circulate pro hac vice affidavits and final version of complaint to B. O'Neill, E. Schmiesing, R. Duncan, and C. Routel |
| 07/12/05 | 7.40 | Revise memorandum in support of preliminary injunction motion and circulate internally for review; review local rules for pro hac vice affidavits and revise affidavits accordingly; review local court rules for electronic filing; call M. Senatore at Defenders of Wildlife re logistics of serving as local counsel; leave message and respond to e-mail from P. Lane re filing of complaint; respond to various e-mails from plaintiffs regarding declarations and litigation |
|  |  |  |

| Date | Hours | Services |
|------|-------|----------|
| | | |
| | | |
| 07/13/05 | .80 | Review motion for preliminary injunction and discuss edits with D. Shriver |
| 07/19/05 | 3.40 | Research FWS ability to issue taking subpermit under general permit issued to Region 3 |
| 7/20/05 | 4.40 | Research ESA regulations regarding ability of FWS to issue taking subpermit |
| 7/25/05 | .20 | Respond to e-mail from J. Rylander regarding setting a filing date for complaint; discuss same with B. O'Neill |
| 7/27/05 | .30 | Send e-mail to group regarding filing date and press releases |
| 7/29/05 | 5.00 | Prepare complaint for filing; revise and prepare preliminary injunction motion and papers for filing; review Humane Society press release and send comment to P. Lane |
| 8/01/05 | .20 | Talk to J. Rylander regarding filing logistics |
| 8/03/05 | 2.70 | Prepare complaint and materials for filing; discuss same with B. O'Neill |
| 8/22/05 | 1.00 | Review e-mails from J. Rylander regarding case filing and comments regarding preliminary injunction motion; incorporate suggested changes into preliminary injunction materials; fax electronic court filings form to district court in order to acquire login and password |
| 8/23/05 | 1.70 | Review local rules in preparation for filing preliminary injunction motion; confer with J. Rylander regarding receipt of additional standing affidavits; edit motion and memorandum in support to reflect additional affidavits |
| 8/24/05 | 1.90 | Prepare and file preliminary injunction motion, memorandum in support, declarations, affidavit, exhibits and proposed order |
| 8/25/05 | .80 | Draft and send e-mail to clients announcing filing of preliminary injunction motion; provide two courtesy copies of filing to Judge Huvelle; conference with E. Schmiesing regarding amending complaint |
| | | |

| Date | Hours | Services |
|------|-------|----------|
| 8/26/05 | .50 | Review and respond to e-mails regarding filing of preliminary injunction motion |
| 8/29/05 | 3.50 | Confer with J. Rylander regarding conference call requested by Judge Huvelle; confer with E. Schmiesing, R. Duncan, B. O'Neill regarding same; call J. Rodriguez regarding request for extension; review materials received from Region 3 in response to FOIA request for documents related to issuance of section 10(a)(1)(A) permits for depredation control |
| 8/30/05 | 1.90 | Confer with J. Rodriguez regarding request for extension and settlement possibilities; call HSUS regarding status of preliminary injunction motion and HSUS concerns; conference call with J. Huvelle; discuss settlement with J. Rodriguez after he spoke with clients; confer with E. Schmiesing, B. O'Neill and J. Rylander regarding same |
| 9/01/05 | 4.10 | Review FOIA materials received from Region 3 regarding issuance of permits for depredation control; prepare amended complaint to add Sierra Club as plaintiff; file amended complaint |
| 9/02/05 | 1.10 | Review filing notification from district court regarding amended complaint; e-mail Sierra Club to notify of amendment; review materials received as part of FOIA request sent to Region 3 of the Fish and Wildlife Service regarding request for extension; review materials received from Region 3 in response to FOIA request for documents related to issuance of section 10(a)(1)(A) permits for depredation control |
| 9/06/05 | 6.60 | Read decision in Vermont wolf case and review summary judgment briefing for Oregon wolf case in preparation for oral argument on motion for preliminary injunction |
| 9/07/05 | 9.20 | Review file and prepare for oral argument; confer with E. Schmiesing regarding status of settlement |
| 9/08/05 | 13.90 | Review Defendants' Opposition to Motion for Preliminary Injunction; research counter arguments and beginning draft reply to same |

| Date | Hours | Services |
|---|---|---|
| 9/09/05 | 10.50 | Draft reply brief to Defendants' Opposition to Motion for Preliminary Injunction; revise oral argument based on Defendants' opposition; conduct moot argument with R. Duncan, E. Schmiesing, and J. Rylander to prepare for argument |
| 9/11/05 | 5.00 | Draft reply brief to Defendants' Opposition to Motion for Preliminary Injunction; revise oral argument based on Defendants' opposition |
| 9/12/05 | 13.00 | Finalize reply brief and file same; e-mail copies to J. Rylander for hand delivery to Judge Huvelle; prepare for oral argument |
| 9/13/05 | 4.00 | Prepare for and argue preliminary injunction motion before district court |
| 9/14/05 | 3.10 | Meet with B. O'Neill to discuss fee petition; review sample fee petitions; contact J. Rodriguez regarding steps being taken to notify state agencies of injunction; contact court clerk regarding ordering hearing transcript |
| 9/14/05 | 3.00 | Travel from D.C. to Minneapolis after preliminary injunction |
| 9/15/05 | .60 | Review press release sent by K. Berg regarding FWS intent to file notice in federal register and continue to work toward delisting wolves in Michigan and Wisconsin; send same to J. Rylander |
| 9/16/05 | 5.00 | Prepare fee petition |
| 9/19/05 | 3.90 | Prepare fee petition |
| 9/20/05 | 1.70 | Call from J. Rodriguez regarding Wisconsin DNR independent authority for nonlethal takes pursuant to state cooperative agreement; research viability of assertion; discuss same with B. O'Neill; send e-mail internally and to J. Rylander regarding same |
| 9/21/05 | 3.10 | Prepare fee petition; leave voice mail for J. Rodriguez regarding fee petition and independent authority for nonlethal takes |
| 9/22/05 | 410 | Prepare fee petition; conference with J. Rodriguez regarding intent to file fee petition and oppose motion for nonlethal takes under independent state authority; contact J. Lovvorn regarding supplying affidavit for fee petition |

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 9/23/05 | 2.00 | Prepare fee petition; discuss same with P. Lane |
| | | |
| 9/27/05 | 2.10 | E-mail J. Rylander regarding fee petition information; incorporate information from J. Rylander and P. Lane into fee petition; review motion for clarification filed by J. Rodriguez |
| | | |
| 9/28/05 | .40 | Circulate government motion for clarification to clients with explanation |
| | | |
| **Work Total** | **212.60** | |
| **Travel Total** | **3.00** | |
| **Total** | **215.60** | |

### TIME FOR COLETTE ROUTEL

| Date | Hours | Services |
|---|---|---|
| | | |
| 8/16/05 | 1.00 | Review preliminary injunction papers; multiple telephone conferences/correspondence with J. Rylander regarding preliminary injunction discuss same with E. Schmiesing; telephone conference with court clerk; completed e-filing paperwork/obtained password |
| | | |
| **Total** | **1.00** | |

## TIME FOR DAVID SHRIVER

| Date | Hours | Services |
|------|-------|----------|
| 6/01/05 | 4.80 | Research ESA Section 10(c) case law |
| 6/13/05 | 5.70 | Research sixty day notice of intent to sue requirement |
| 6/16/05 | .40 | Research fee issue under EAJA |
| 6/17/05 | 1.70 | Research fee issue under EAJA; research requirements for standing |
| 6/20/05 | 6.60 | Research requirements for organizational standing |
| 06/21/05 | 7.60 | Research requirements for organizational standing; write memo regarding same |
| 06/22/05 | 1.10 | Write memo regarding organizational standing |
| 06/27/05 | 2.60 | Research ESA Section 1539 legislative history |
| 06/28/05 | 3.30 | Prepare pro hac vice motion and affidavits |
| 06/29/05 | 2.40 | Prepare pro hac vice motion and affidavits |
| 06/30/05 | 1.50 | Research D.C. local court rules |
| 07/01/05 | .20 | Research local court rules |
| 07/05/05 | 1.60 | Review local court rules |
| 07/07/05 | 2.10 | Research legislative history regarding ESA Section 1539(c) |
| 07/11/05 | 1.10 | Research legislative history regarding ESA Section 1539(c) |
| 07/12/05 | 4.10 | Draft motion for preliminary injunction; research legislative history regarding ESA Section 10(a)(1)(A) |
| 07/13/05 | 2.70 | Revise motion for preliminary injunction; draft proposed order granting preliminary injunction; research local rules for deadlines relative to a preliminary injunction |
| 7/28/05 | 2.20 | Research legislative history re ESA Section 10(a)(1)(A) |

| Date | Hours | Services |
|------|-------|----------|
|      |       |          |
| 8/01/05 | 4.50 | Research legislative history and case law for information relevant to ESA Section 10(a)(1)(A) |
|      |       |          |
| **Total** | **56.20** |      |

## TIME FOR SUSAN LAHR

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 7/26/05 | 3.00 | Run queries for wolf de-listing briefs, review results, organize results |
| | | |
| 7/27/05 | 2.20 | Search and organize documents regarding de-listing of wolves as requested |
| | | |
| **Total** | **5.20** | |

**TIME FOR JASON RYLANDER**

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 08/01/05 | .60 | Research local rules related to pro hac vice motions and filing fees; review rules on submissions in preparation for filing; e-mail S. Knudsen regarding pro hac vice requirements |
| | | |
| 08/04/05 | 4.50 | Review all submissions for filing of complaint; research local rules for compliance; prepare photocopies; personally deliver filing to U.S. District Court |
| | | |
| 08/18/05 | 2.50 | Review and edit motion for preliminary injunction; research local rules regarding service of motion on government parties; call to clerk's office regarding service; draft and send e-mail to S. Knudsen with comments |
| | | |
| 08/21/05 | 1.00 | Review and format declarations from Defenders members; send copies to signatories for final approval |
| | | |
| 08/22/05 | .10 | Send declarations to S. Knudsen for filing with preliminary injunction motion |
| | | |
| 08/29/05 | .30 | Telephone conversation w/J. Rodriguez regarding government's interest in settlement and request for extension of time; prepare e-mail to S. Knudsen summarizing conversation w/Rodriguez |
| | | |
| 08/30/05 | .80 | Prepare for conference call and participate in conference call w/Judge Huvelle, S. Knudsen and J. Rodriguez regarding case status and scheduling of motion hearing |
| | | |
| 09/02/05 | .20 | Teleconference w/J. Rodriguez of DOJ regarding FWS position on settlement or opposition to motion for preliminary injunction; draft and send update e-mail to S. Knudsen |
| | | |
| 09/08/05 | 1.60 | Review government's brief in opposition to preliminary injunction |
| | | |
| 09/09/05 | 1.00 | Participate via teleconference in moot of motion argument w/S. Knudsen, R. Duncan, E. Schmiesing |
| | | |
| 09/09/05 | .50 | Research state wolf compensation funds for data to include in reply brief; e-mail information to S. Knudsen |
| | | |

| 09/10/05 | 1.20 | Review and edit reply brief in response to opposition to preliminary injunction motion; prepare e-mail to S. Knudsen with comments on brief |
|---|---|---|
| | | |
| 9/12/05 | 1.70 | Review final draft of reply brief in response to opposition to preliminary injunction motion; personally deliver copies to Judge Huvelle's chambers |
| | | |
| 09/13/05 | 2.00 | Attend hearing at U.S. District Court on motion for preliminary injunction w/E. Schmiesing and S. Knudsen |
| | | |
| **TOTAL** | **18.00** | |
| | | |

## TIME FOR PATRICIA LANE

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 06/17/05 | 1.30 | Prepare standing declarations; review of draft complaint |
| | | |
| 06/23/05 | 1.40 | Call with declarant N. Warren; review of draft complaint |
| | | |
| 06/24/05 | .50 | Call with declarant T. Herschelman |
| | | |
| 06/27/05 | 1.30 | Call with declarant T. Herschelman; prepare and revise standing declarations |
| | | |
| 06/28/05 | 1.60 | Call with declarant N. Warren; prepare and revise standing declarations |
| | | |
| 06/29/05 | 1.70 | Call with declarant N. Warren; prepare and revise standing declarations |
| | | |
| 06/30/05 | 2.00 | Call with wolf consultant K. Berg; prepare and revise standing declarations |
| | | |
| 07/05/05 | 2.10 | Call with declarant N. Warren; prepare and revise standing declarations |
| | | |
| 07/06/05 | 1.50 | Call with declarant T. Herschelman; prepare and revise standing declaration |
| | | |
| 07/07/05 | .10 | Call with declarant T. Herschelman |
| | | |
| 07/08/05 | .20 | Call with declarant T. Herschelman |
| | | |
| 07/18/05 | .70 | Call with wolf consultant K. Berg |
| | | |
| 09/09/05 | 1.50 | Review of draft reply brief for preliminary injunction |
| | | |
| **Total** | **15.90** | |

**TIME FOR BRIAN O'NEILL**
**(Incurred But Deleted)**

| Date | Hours | Services |
|------|-------|----------|
|      |       |          |
| 05/16/05 | 1.50 | Review 10(j) research, memo |
|      |       |          |
| 05/20/05 | .50 | Review FOIA request, approve same |
|      |       |          |
| 06/01/05 | 2.00 | Review law regarding rulemaking |
|      |       |          |
| 7/27/05 | 3.00 | Review pleadings |
|      |       |          |
| 8/02/05 | 2.00 | Outline Preliminary Injunction argument |
|      |       |          |
| 8/11/05 | 2.00 | Outline Preliminary Injunction argument; check statutes |
|      |       |          |
| 8/22/05 | 2.50 | Investigate permit status in states other than Michigan and Wisconsin |
|      |       |          |
| **Total** | **13.50** |          |

**TIME FOR ELIZABETH SCHMIESING**
**(Incurred But Deleted)**

| Date | Hours | Services |
|------|-------|----------|
| 06/27/05 | .20 | Telephone conference with S. Knudsen and D. Shriver |
| 07/06/05 | .30 | Conference with S. Knudsen |
| 07/15/05 | .10 | Conference with S. Knudsen |
| 7/22/05 | .30 | Review draft FOIA appeal; conference with S. Knudsen regarding same |
| 8/03/05 | .10 | Correspondence regarding plaintiffs |
| 8/12/05 | .10 | Review correspondence |
| 8/31/05 | .20 | Review communications with clients and local counsel |
| 9/14/05 | .10 | Review e-mails |
| 9/15/05 | .10 | Review e-mails |
| **Total** | **1.50** | |

## TIME FOR SANNE KNUDSEN
### (Incurred But Deleted)

| Date | Hours | Services |
|------|-------|----------|
| 06/01/05 | .70 | Research ESA cases in D.C. Circuit and 8th Circuit |
| 06/09/05 | .20 | Discuss strategy of choosing venue with B. O'Neill and C. Routel |
| 06/10/05 | .70 | Research venue options in Seventh Circuit |
| 06/13/05 | .90 | Research venue issues |
| 06/14/05 | 2.40 | Telephone conference with R. Refsnider from Fish and Wildlife Service Region 3 re narrowing FOIA request; discuss same with B. O'Neill; research Seventh Circuit caselaw re application of Supreme Court decision Bennett v. Spear |
| 06/15/05 | .50 | Discuss preparation of new matter form with S. Stephens from Sierra Club |
| 06/16/05 | 1.20 | Respond to e-mail from D. Hall from American Lands re goals of litigation and expected financial contribution; talk to Region 1 of the FWS re narrowing FOIA request for permit information; discuss new matter form with S. Stephens from Sierra Club |
| 06/22/05 | .20 | Discuss new matter form with S. Stephens |
| 06/27/05 | .90 | Contact S. Stephens re timing of complaint; discuss transfer of venue research with D. Shriver and E. Schmiesing; edit complaint to reflect participating plaintiffs |
| 06/28/05 | 1.50 | Phone conversation with S. Stephens re Sierra Club approval for litigation; phone conversation with P. Lane re filing in D. C. Circuit; send email to plaintiff group re deadlines for confirming participation in complaint |
| 07/05/05 | 1.40 | Review materials obtained from Region 1 in response to FOIA request |
| 07/06/05 | .20 | E-mail S. Stephens re status of Sierra Club participation |

| Date | Hours | Services |
|------|-------|----------|
| 07/07/05 | .50 | Contact Oregon Natural Resources Council and Restore: The North Woods regarding status of participation in new litigation; coordinate with C. Routel re contacting other organizations |
| 07/11/05 | .50 | Review voice-mail from PEER re election not to participate in litigation; attempt to contact S. Stephens re Sierra Club participation in litigation; leave voice-mail for D. Heiken at Oregon Natural Resources Council re participation in litigation |
| 7/12/05 | .10 | Respond to e-mail from D. Heiken re participation in litigation |
| 07/14/05 | .40 | Review FOIA response and talk to D. Shriver re preparing appeal of FWS decision to withhold certain materials |
| 07/15/05 | 1.30 | Contact S. Stephens re status of Sierra Club's approval of litigation; talk to American Lands Alliance re status of Board approval of litigation |
| 07/18/05 | .60 | Respond to inquiry from K. Berg re timing of filing of complaint; review draft of FOIA appeal provided by D. Shriver |
| 07/19/05 | 3.40 | Research FOIA appeals and revise FOIA appeal accordingly |
| 7/22/05 | 1.00 | Prepare FOIA appeal for submission |
| 7/27/05 | .20 | Contact S. Stephens regarding Sierra Club participation |
| 7/29/05 | .40 | Respond to e-mail from K. Krust regarding Sierra Club new matter form; leave voice mail for S. Stephens regarding status of Sierra Club's participation |
| 8/01/05 | .10 | Contact Sierra Club regarding status of approval of litigation |
| 8/03/05 | .20 | Review and respond to e-mail from K. Krust from Sierra Club regarding counter-suit |
| 8/04/05 | 2.20 | Review and reply to voice mail message from S. Stephens regarding status of Sierra Club's participation; review and respond to e-mails regarding status of filing; send e-mail regarding filing status |
| 8/05/05 | 1.40 | Prepare preliminary injunction papers without Sierra Club as participating organization; coordinate with C. Routel regarding filing of that motion |

| Date | Hours | Services |
|------|-------|----------|
|  |  |  |
| 8/22/05 | .30 | Discuss case updates with C. Routel |
|  |  |  |
| 8/25/05 | 1.00 | Review documents received in response to FOIA request |
|  |  |  |
| **Total** | **24.40** |  |

## TIME FOR DAVID SHRIVER
### (Incurred But Deleted)

| Date | Hours | Services |
|------|-------|----------|
| 05/31/05 | .90 | Research 60 day notice of intent to sue requirement and ESA Section 10(c) case law |
| 06/02/05 | 3.20 | Research ESA Section 10(c) case law |
| 06/03/05 | .10 | Research ESA Section 10(c) case law |
| 06/27/05 | 2.60 | Meet with S. Knudsen regarding transfer of venue; research transfer of venue in D.C. circuit |
| 06/28/05 | 3.30 | Draft change of venue memo |
| 06/29/05 | 2.40 | Draft memo regarding change of venue |
| 06/30/05 | .20 | Edit memo regarding change of venue |
| 07/14/05 | 1.90 | Research and drafting FOIA appeal |
| 07/15/05 | 3.10 | Research FOIA appeal issues under Exemption 5 |
| 07/18/05 | 3.70 | Draft FOIA appeal in Oregon |
| 07/19/05 | 1.20 | Revise FOIA appeal draft |
| 7/20/05 | .60 | Revise FOIA appeal letter |
| 7/22/05 | .10 | Revise FOIA appeal |
| 8/03/05 | .60 | Sort documents; research materials |
| **Total** | **23.90** | |

M1:1249215.05

# TAB 3

## TIME FOR BRIAN O'NEILL
### (Incurred But Deleted)

| Date | Hours | Services |
|------|-------|----------|
| 05/16/05 | 1.50 | Review 10(j) research, memo |
| 05/20/05 | .50 | Review FOIA request, approve same |
| 06/01/05 | 2.00 | Review law regarding rulemaking |
| 7/27/05 | 3.00 | Review pleadings |
| 8/02/05 | 2.00 | Outline Preliminary Injunction argument |
| 8/11/05 | 2.00 | Outline Preliminary Injunction argument; check statutes |
| 8/22/05 | 2.50 | Investigate permit status in states other than Michigan and Wisconsin |
| **Total** | **13.50** | |

## TIME FOR ELIZABETH SCHMIESING
### (Incurred But Deleted)

| Date | Hours | Services |
|------|-------|----------|
| 06/27/05 | .20 | Telephone conference with S. Knudsen and D. Shriver |
| 07/06/05 | .30 | Conference with S. Knudsen |
| 07/15/05 | .10 | Conference with S. Knudsen |
| 7/22/05 | .30 | Review draft FOIA appeal; conference with S. Knudsen regarding same |
| 8/03/05 | .10 | Correspondence regarding plaintiffs |
| 8/12/05 | .10 | Review correspondence |
| 8/31/05 | .20 | Review communications with clients and local counsel |
| 9/14/05 | .10 | Review e-mails |
| 9/15/05 | .10 | Review e-mails |
| **Total** | **1.50** | |

## TIME FOR SANNE KNUDSEN
### (Incurred But Deleted)

| Date | Hours | Services |
|------|-------|----------|
| 06/01/05 | .70 | Research ESA cases in D.C. Circuit and 8th Circuit |
| 06/09/05 | .20 | Discuss strategy of choosing venue with B. O'Neill and C. Routel |
| 06/10/05 | .70 | Research venue options in Seventh Circuit |
| 06/13/05 | .90 | Research venue issues |
| 06/14/05 | 2.40 | Telephone conference with R. Refsnider from Fish and Wildlife Service Region 3 re narrowing FOIA request; discuss same with B. O'Neill; research Seventh Circuit caselaw re application of Supreme Court decision Bennett v. Spear |
| 06/15/05 | .50 | Discuss preparation of new matter form with S. Stephens from Sierra Club |
| 06/16/05 | 1.20 | Respond to e-mail from D. Hall from American Lands re goals of litigation and expected financial contribution; talk to Region 1 of the FWS re narrowing FOIA request for permit information; discuss new matter form with S. Stephens from Sierra Club |
| 06/22/05 | .20 | Discuss new matter form with S. Stephens |
| 06/27/05 | .90 | Contact S. Stephens re timing of complaint; discuss transfer of venue research with D. Shriver and E. Schmiesing; edit complaint to reflect participating plaintiffs |
| 06/28/05 | 1.50 | Phone conversation with S. Stephens re Sierra Club approval for litigation; phone conversation with P. Lane re filing in D. C. Circuit; send email to plaintiff group re deadlines for confirming participation in complaint |
| 07/05/05 | 1.40 | Review materials obtained from Region 1 in response to FOIA request |
| 07/06/05 | .20 | E-mail S. Stephens re status of Sierra Club participation |

| Date | Hours | Services |
|------|-------|----------|
| 07/07/05 | .50 | Contact Oregon Natural Resources Council and Restore: The North Woods regarding status of participation in new litigation; coordinate with C. Routel re contacting other organizations |
| 07/11/05 | .50 | Review voice-mail from PEER re election not to participate in litigation; attempt to contact S. Stephens re Sierra Club participation in litigation; leave voice-mail for D. Heiken at Oregon Natural Resources Council re participation in litigation |
| 7/12/05 | .10 | Respond to e-mail from D. Heiken re participation in litigation |
| 07/14/05 | .40 | Review FOIA response and talk to D. Shriver re preparing appeal of FWS decision to withhold certain materials |
| 07/15/05 | 1.30 | Contact S. Stephens re status of Sierra Club's approval of litigation; talk to American Lands Alliance re status of Board approval of litigation |
| 07/18/05 | .60 | Respond to inquiry from K. Berg re timing of filing of complaint; review draft of FOIA appeal provided by D. Shriver |
| 07/19/05 | 3.40 | Research FOIA appeals and revise FOIA appeal accordingly |
| 7/22/05 | 1.00 | Prepare FOIA appeal for submission |
| 7/27/05 | .20 | Contact S. Stephens regarding Sierra Club participation |
| 7/29/05 | .40 | Respond to e-mail from K. Krust regarding Sierra Club new matter form; leave voice mail for S. Stephens regarding status of Sierra Club's participation |
| 8/01/05 | .10 | Contact Sierra Club regarding status of approval of litigation |
| 8/03/05 | .20 | Review and respond to e-mail from K. Krust from Sierra Club regarding counter-suit |
| 8/04/05 | 2.20 | Review and reply to voice mail message from S. Stephens regarding status of Sierra Club's participation; review and respond to e-mails regarding status of filing; send e-mail regarding filing status |
| 8/05/05 | 1.40 | Prepare preliminary injunction papers without Sierra Club as participating organization; coordinate with C. Routel regarding filing of that motion |

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 8/22/05 | .30 | Discuss case updates with C. Routel |
| | | |
| 8/25/05 | 1.00 | Review documents received in response to FOIA request |
| | | |
| **Total** | **24.40** | |

## TIME FOR DAVID SHRIVER
### (Incurred But Deleted)

| Date | Hours | Services |
|---|---|---|
| 05/31/05 | .90 | Research 60 day notice of intent to sue requirement and ESA Section 10(c) case law |
| 06/02/05 | 3.20 | Research ESA Section 10(c) case law |
| 06/03/05 | .10 | Research ESA Section 10(c) case law |
| 06/27/05 | 2.60 | Meet with S. Knudsen regarding transfer of venue; research transfer of venue in D.C. circuit |
| 06/28/05 | 3.30 | Draft change of venue memo |
| 06/29/05 | 2.40 | Draft memo regarding change of venue |
| 06/30/05 | .20 | Edit memo regarding change of venue |
| 07/14/05 | 1.90 | Research and drafting FOIA appeal |
| 07/15/05 | 3.10 | Research FOIA appeal issues under Exemption 5 |
| 07/18/05 | 3.70 | Draft FOIA appeal in Oregon |
| 07/19/05 | 1.20 | Revise FOIA appeal draft |
| 7/20/05 | .60 | Revise FOIA appeal letter |
| 7/22/05 | .10 | Revise FOIA appeal |
| 8/03/05 | .60 | Sort documents; research materials |
| **Total** | **23.90** | |

M1:1249215.05