UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTON, et al., )<br>)<br>Defendants )<br>)<br>) | Civ. No. 05-01573 (ESH)<br><br>FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |

   Federal Defendants respectfully move the Court for an extension of time to file a response to Plaintiffs' Motion for Attorneys' Fees. [Docket No. 15]. Plaintiffs have indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

   1. The parties prefer to reach an agreement on the attorneys' fees issue, rather than burden the Court, but require additional time to reach and then finalize an agreement.

   2. Plaintiffs have indicated that they intend to seek additional fees regarding Defendants' Motion for Clarification. [Docket No. 13]. Consequently, additional time is required so that the parties can reach an agreement on Plaintiffs' total claim for attorneys' fees.

   Wherefore, Defendants believe that an extension of time is warranted and move for an extension of time to file either a stipulated fee settlement agreement or a response to Plaintiffs' Motion for Attorneys' Fees by the later of November 14, 2005 or 14 days from the date of the Court's ruling on Defendants' Motion for Clarification.

2

Dated: October 7, 2005    Respectfully Submitted,

KELLY JOHNSON, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief


_____/s/_____
JIMMY A. RODRIGUEZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0342/ Fax: (202) 305-0275
Email: Jimmy.Rodriguez@usdoj.gov

Attorneys for Federal Defendants