# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

---

Defenders of Wildlife, American Lands
Alliance, Animal Protection Institute, Center
for Biological Diversity, Friends of Animals
and Their Environment ("FATE"), Help Our
Wolves Live ("HOWL"), The Humane Society
of the United States, Indigenous                             **Civ. File No: 1:05CV-01573-ESH**
Environmental Network, Klamath Forest
Alliance, Minnesota Wolf Alliance,
RESTORE: The North Woods, Sierra Club,
and the Wildlands Project,

       Plaintiffs,

v.

Gale Norton, Secretary of the Interior, United
States Department of the Interior, Matthew J.
Hogan, Acting Director of the United States
Fish and Wildlife Service, and United States
Fish and Wildlife Service,

       Defendants.

---

## [PROPOSED] ORDER

Upon consideration of the Federal Defendants' Motion for Clarification or, in the

Alternative, to Alter or Amend the Judgment, and upon consideration of Plaintiff's Opposition to

that motion, as well as all the files, records and proceedings herein, and due deliberation being

had,

IT IS HEREBY ORDERED:

1. Federal Defendants' request for relief pursuant to Fed. R. Civ. P. 60(a) is

DENIED. There has been no clerical mistake, and clarification of the Court's September 13,

2005 Order in the manner requested by the Federal Defendants would alter the substantive rights

of the parties.  Rule 60(a) relief is therefore improper.

      2.   Federal Defendants' request for relief pursuant to Fed. R. Civ. P. 59(e) is

DENIED.  Federal Defendants have presented neither an intervening change in the law, nor new

evidence, nor clear legal error, nor manifest injustice warranting such relief.


Dated: _____                    _____

                                    Hon. Ellen Segal Huvelle
                                    United States District Judge