**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, Sierra Club, and the Wildlands Project,<br><br>        Plaintiffs,<br><br>vs.<br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Matthew J. Hogan, Acting Director of the United States Fish and Wildlife Service, and United States Fish and Wildlife Service,<br><br>        Defendants. | **Civil No. 1:05CV-01573-ESH**<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT AND APPLICATION FOR PLAINTIFFS' FEES AND OTHER EXPENSES** |

  On September 30, 2005, Plaintiffs filed an application for fees and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Because Plaintiffs incurred additional expenses and costs after September 30, 2005, to prepare an opposition to Defendants' Motion for Clarification or, in the Alternative, to Alter or Amend the Judgment, Plaintiffs hereby request leave to file their Supplemental Affidavit and Application for Plaintiffs' Fees and Other Expenses, submitted herewith. See Hirschey v. FERC, 777 F.2d 1, 3-4 (D.C. Cir. 1985) (considering supplemental fee application and awarding fees sought therein); Am. Wrecking Corp. v. Sec'y of Labor, 364 F.3d 321, 331 (D.C. Cir. 2004) (same).

Dated: November 9, 2005

/s/ _____
Jason C. Rylander, DC # 474995
**Defenders of Wildlife**
1130 Seventeenth Street, NW
Washington, D.C. 20036-4604
jrylander@defenders.org
(202) 682-9400

Brian B. O'Neill, MN # 82521
boneill@faegre.com
Richard A. Duncan, MN # 192983
rduncan@faegre.com
Elizabeth H. Schmiesing, MN # 229258
eschmiesing@faegre.com
Colette B. Routel, MN # 0313336
croutel@faegre.com
Sanne H. Knudsen, MN # 0344552
sknudsen@faegre.com
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorneys for Plaintiffs Defenders of Wildlife, American Lands Alliance, Animal Protection Institute, Center for Biological Diversity, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), The Humane Society of the United States, Indigenous Environmental Network, Klamath Forest Alliance, Minnesota Wolf Alliance, RESTORE: The North Woods, Sierra Club, Wildlands Project.

M1:1263884.01