UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>NORTON, et al., )<br>)<br>Defendants ) | Civ. No. 05-01573 (ESH)<br><br>FEDERAL DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |

Federal Defendants respectfully move the Court for an extension of time to file a response to Plaintiffs' Motion for Attorneys' Fees [Docket No. 15] and Plaintiffs' Supplemental Motion for Attorneys' Fees [Docket No. 19]. Plaintiffs have indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

1. The parties prefer to reach an agreement on the attorneys' fees issue, rather than burden the Court.

2. The parties have been engaged in settlement negotiations, but require additional time to finalize an agreement.

Wherefore, Defendants believe that an extension of time is warranted and move for an extension of time to file either a stipulated fee settlement agreement or a response to Plaintiffs' Motion for Attorneys' Fees and Supplemental Motion for Attorneys' Fees by November 21, 2005.

2

Dated: November 14, 2005             Respectfully Submitted,

                                                KELLY JOHNSON, Acting Asst. Attorney General
                                                JEAN E. WILLIAMS, Section Chief

                                                          /s/
                                                JIMMY A. RODRIGUEZ, Trial Attorney
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                Wildlife & Marine Resources Section
                                                Ben Franklin Station, P.O. Box 7369
                                                Washington, DC 20044-7369
                                                Phone: (202) 305-0342/ Fax: (202) 305-0275
                                                Email: Jimmy.Rodriguez@usdoj.gov

                                                Attorneys for Federal Defendants