UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTON, et al., )<br>)<br>Defendants. )<br>)<br>)<br>) | Civ. No. 05-01573 (ESH) |

### [PROPOSED] ORDER ON FEDERAL DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME

This matter comes before the Court on Federal Defendants' Second Unopposed Motion for an Extension of Time to File a Response to Plaintiffs' Motion for Attorneys' Fees. The Court, having reviewed the motion, finding good cause, and being otherwise fully advised, FINDS and ORDERS as follows:

The Court hereby GRANTS Defendants' Second Unopposed Motion for an Extension of Time and ORDERS that Defendants shall file either a stipulated fee settlement agreement or a response to Plaintiffs' Motion for Attorneys' Fees by November 21, 2005.

DATED, this _____ day of _____, 2005.

_____
United States District Judge