UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>NORTON, et al.,<br><br>　　　　Defendants | Civ. No. 05-01573 (ESH)<br><br>**PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION REGARDING FEES AND COSTS, AND PROPOSED ORDER** |

　　　　Whereas plaintiffs believe that they are entitled to an award of fees and costs against the federal defendants under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), for the time and costs they have expended on this litigation to date;

　　　　Whereas plaintiffs and federal defendants desire to resolve plaintiffs' claim for fees and costs in a compromise fashion, without the need for an expenditure of significant time on that issue by the parties or the Court;

　　　　Whereas plaintiffs and federal defendants agree that it is in the public interest to avoid a protracted dispute over the fee and cost issue;

　　　　Whereas plaintiffs and federal defendants have reached a settlement of the fee and cost issue that does not entail any concession of law or fact by either plaintiffs or federal defendants;

　　　　It is therefore stipulated and agreed to, by and between plaintiffs and federal defendants, as follows:

　　　　1.　　　　The parties agree to settle any and all of plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for the amount of $50,000.00.  The payment of $50,000.00 shall be made to:

        Faegre & Benson LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901

2.    Defendants agree to submit all necessary paperwork for the administrative processing of the payment in paragraph 1 within ten (10) business days of receipt of the signed court order approving this stipulation.

3.    Plaintiffs agree that receipt of this payment from federal defendants shall operate as a release of plaintiffs' claims for attorneys' fees and costs in this matter.

4.    Defendants do not waive any right to contest fees claimed by plaintiffs or plaintiffs' counsel, including hourly rates, in any future litigation. This stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Jimmy A. Rodriguez, Attorney | Sanne Knudsen |
| U.S. Department of Justice | Faegre & Benson LLP |
| Environment & Natural Resources Division | 2200 Wells Fargo Center |
| P.O. Box 7369 | 90 South Seventh Street |
| Washington, D.C. 20044-7369 | Minneapolis, MN 55402-3901 |
| (202) 305-0209 | (612) 766-7956 |
| Counsel for Defendants | Counsel for Plaintiffs |

IT IS SO ORDERED.

Dated this _____ day of _____, 2005.

        _____
        Ellen Segal Huvellle
        United States District Court Judge